# EXHIBIT 3

# YES WE SCAN

## SUPPORT THE 2014 SUMMER OF CODE!

Help us raise funds to scan the Official Codes of our Official States with your tax-deductible contribution!

For 2014, we are proud to have selected the great states of Georgia, Idaho, and Mississippi. As a special bonus, we have all the Official Codes for the District of Columbia dating back to World War II and would like to scan and post those as well.

This summer, give the tax-deductible gift of law! We've established 4 separate Indiegogo campaigns, one for each of our specially selected jursidictions.



|  | D.C. | GEORGIA | IDAHO | MISSISSIPPI |
|---|---|---|---|---|
| Minimum Amount Needed: | $3,000 | $3,000 | $3,000 | $3,000 |
| Amount We Can Put To Use: | $12,000 | $12,000 | $12,000 | $12,000 |
| Amount Raised So Far: | $3,075 | $3,035 | $3,775 | $3,885 |
| CLICK TO GO TO INDIEGOGO! | GOGO D.C.! | GOGO GEORGIA! | GOGO IDAHO! | GOGO MISSISSIPPI! |

Your tax-deductible contribution goes to Public.Resource.Org, a 501(c)(3) certified non-profit. Our complete due diligence information is on-line and we maintain a GuideStar Gold Seal of Excellence for nonprofit transparency and accountability. You may also donate directly to us via PayPal.

 

*The Proclamation Was Dispatched on March 15, 2014*

## PROCLAMATION OF PROMULGATION

» ATTENTION! YOUR RESPONSE MUST BE RECEIVED BY MAY 1, 2014! «

- Mr. V. David Zvenyach, General Counsel of the District of Columbia

- The Honorable Joshua McKoon, Chairman of the Georgia Code Revision Commission
- The Honorable Ben Ysura, Secretary of State of the State of Idaho, and the Idaho Code Commission
- The Honorable Jim Hood, Attorney General of the State of Mississippi
- Mr. Bubba Neely and Mr. Ronny Frith, Co-Counsels, Joint Legislative Code Committee of Mississippi
- Mr. Mike Walsh, Chief Executive Officer, LexisNexis
- Mr. Ian McDougall, Executive Vice President & General Counsel, LexisNexis
- Mr. Anders Ganten, Senior Director of Government Content Acquisition, LexisNexis

**WHEREAS,** the District of Columbia Official Code is "the only version of the District of Columbia Code that is reviewed and approved by the government of the District of Columbia" and is considered the definitive and authoritative statement of the law of the District of Columbia; and

**WHEREAS,** the Official Code of Georgia Annotated is the "Official version of the Georgia statutes, including guidance from the Georgia Code Commission" and is considered the definitive and authoritative statement of the law of the State of Georgia; and

**WHEREAS,** the Idaho Code is "the only official source in Idaho for primary law" and is considered the definitive and authoritative statement of the law of the State of Idaho; and

**WHEREAS,** the Mississippi Code of 1972 Annotated is published by the Mississippi Joint Legislative Committee on Compilation, Revision, and Publication of Legislation which "maintains careful editorial control over the publication of the official code" and is considered the only official "correct statement of the law" of the State of Mississippi; and

**WHEREAS,** Public.Resource.Org has posted on the global Internet computer network all four of these Official Codes for the purpose of providing the citizenry the information by which they may inform themselves of their rights and obligations under the law; and

**WHEREAS,** the freedom to read, know, and speak the law is essential to our democracy, and is a fundamental underpinning of the doctrines of the rule of law, equal protection, due process, and access to justice; therefore

**BE IT RESOLVED,** this promulgation will be continued and greatly expanded during the 2014 Summer of Code with the aim of providing accurate, up-to-date, and comprehensive access to the Official Codes through the mechanisms of crowdsourcing the funding of scanning of the codes, by facilitating the gatherings of developers across the nation to make the codes more useful, and through the mass distribution throughout the named jurisdictions of free thumb drives containing copies of the codes.

**NOTICE IS HEREBY GIVEN** that any that wish to object to these constitutionally protected activities should state their objections before May 1, 2014.

---

*This Section Published on March 15, 2014*

## ABOUT THE 2014 SUMMER OF CODE

*Caveat Coders!* *The 2014 Summer of Code is not affiliated with, endorsed by, or in any way related to any other "summer of code" efforts, including such wonderful programs as those that allow students to spend the summer working on open source projects with a worthy mentor. Thank you for your understanding.*

The 2014 Summer of Code will use the mechanism of "crowdfunding" as a way to fund the scanning of the official codes and to make them broadly available throughout the named jurisdictions. This effort kicks off on May 1, a day known throughout the world as "Law Day." *We are presently in the comment period. Check back here on May 1 for specifics on the crowdfunding effort.*

> **POOR LARRY'S ALMANAC**
>
> "CODE IS LAW!"

Here's how it's going to work:

- Your tax-deductible contribution to Public.Resource.Org will be earmarked for a particular state (Georgia, Idaho, or Mississippi) or the District of Columbia, and will be used to pay for the scanning of the official code at a nonprofit, open source scanning center such as the one operated by the Internet Archive.
- If you contribute at higher levels, we will send a *Freedom Drive* (a USB flash drive) containing the contents of the Official Code and public safety codes (such as the building, fire, electrical, plumbing, fuel & gas, mechanical, and energy codes) to a library, school, or other public endeavor in that state.
- You—the patriotic and generous donor—will be given the title of Patron of the Law and we will send you a handsome Certificate of Promulgation (suitable for framing!) along with a picture of the worthy library, school, or other public endeavor to which we sent the *Freedom Drive*.
- Any excess funds raised will be used to create XML-compatible data in the open source States Decoded format and in other ways that add value to Official Codes to make them more useful.

(BEN WOULD APPROVE!)

*About the Comment Period:* Public.Resource.Org sent the *Proclamation of Promulgation* to the Official Code Officials of Georgia, Idaho, Mississippi, and the District of Columbia, as well as their vendor, on March 15, 2014 with a 45-day comment period. We believe that the Official Code Officials are the ones that should be making these codes available—without restrictions on use—because the law belongs to the people.

It is our sincere and express hope that the Official Code Officials will consult with the citizens of their jurisdictions and then take steps so that they would be the ones promulgating the official codes, in an appropriate manner befitting edicts of government. Only if no such action occurs will the Summer of Code begin, an effort to make the law available for all to read, know, and speak so that we may be informed of our rights and our obligations.

---

Public.Resource.Org sent 19 hardcopies of the *Proclamation of Promulgation* to the Official Code Officials, their vendor, selected officials of the federal government, and members of the mainstream media. You may view the snailmail version (5.1 mbytes) of the *Proclamation of Promulgation* and pictures of the public printing production process in the Codes of the World photoset. Enjoy!

---

(Looking for the 2013 code double-key YesWeScan page?)  
(Looking for the 2011 scan all of .gov YesWeScan page?)  
(Looking for the 2010 federal reporter YesWeScan page?)  
(Looking for the 2009 public printer YesWeScan page?)