# EXHIBIT 6

## O.C.G.A. Works Copied by Defendant

| No. | Volume | Titles | Chapters | Edition/ Supplement | Copyright Reg. Nos. |
|---|---|---|---|---|---|
| 1 | 1 | | | 2007 | TX 6-913-180<br>TX 5-954-373 |
| 2 | 2 | | | 2007 | TX 6-913-180<br>TX 6-830-237<br>TX 5-954-373<br>TX 5-594-374 |
| 3 | 3 | 1,2,3 | | 2000 | TX 5-297-038<br>TX 5-954-378 |
| 4 | 5 | 7,8 | | 2004 | TX 6-075-716<br>TX 5-954-375 |
| 5 | 6 | 9 | 1-10 | 2007 | TX 6-913-180<br>TX 5-954-373 |
| 6 | 7 | 9 | 11-15 | 2014 | TX 7-898-935<br>TX 5-954-371 |
| 7 | 9 | 11 | | 2002 | TX 5-626-881<br>TX 5-594-377 |
| 8 | 12 | 14 | | 2003 | TX 5-866-857<br>TX 5-880-238<br>TX 5-954-376 |
| 12 | 13 | 15 | | 2014 | TX 7-898-935<br>TX 5-954-371 |
| 13 | 14 | 16 | 1-6 | 2011 | TX 7-413-966<br>TX 5-954-370 |
| 14 | 14A | 16 | 7-11 | 2011 | TX 7-413-966<br>TX 5-954-370 |
| 15 | 14B | 16 | 12-17 | 2011 | TX 7-413-966<br>TX 5-954-370 |
| 16 | 15 | 17 | | 2013 | TX 7-948-091<br>(Need copy) |
| 17 | 17 | 20 | | 2012 | TX 7-564-165<br>TX 5-954-380 |
| 18 | 21 | 25, 26 | | 2014 | TX 7-898-935 |

| No. | Volume | Titles | Chapters | Edition/ Supplement | Copyright Reg. Nos. |
|---|---|---|---|---|---|
| 19 | 22 | 27,28, 29,30 | | 2007 | TX 5-954-371 <br> TX 6-913-180 <br> TX 6-830-237 <br> TX 5-954-373 <br> TX 5-954-374 |
| 20 | 23 | 31,32 | | 2012 | TX 7-564-165 <br> TX 5-954-380 |
| 21 | 24 | 33 | 1-22 | 2014 | TX 7-898-935 <br> TX 5-954-371 |
| 22 | 27 | 35,36 | | 2012 | TX 7-564-165 <br> TX 5-954-380 |
| 23 | 28 | 37,38, 39 | | 2012 | TX 7-564-165 <br> TX 5-954-380 |
| 24 | 29 | 40 | | 2014 | TX 7-898-935 <br> TX 5-954-371 |
| 25 | 30 | 43 | | 2011 | TX 7-413-966 <br> TX 5-954-370 |
| 26 | 32 | 44 | 8-15 | 2002 | TX 5-626-881 <br> TX 5-594-377 |
| 27 | 33 | 45 | | 2002 | TX 5-626-881 <br> TX 5-594-377 |
| 28 | 34 | 46 | | 2004 | TX 6-030-866 <br> TX 6-075-716 <br> TX 5-954-375 |
| 29 | 37 | 48 | 7-18 | 2013 | TX 7-948-091 <br> TX 5-594-372 |
| 30 | 38 | 49, 50 | 1-12 | 2013 | TX 7-948-091 <br> TX 5-594-372 |
| 31 | 39 | 51 | | 2000 | TX 5-297-038 <br> TX 5-954-378 |
| 32 | 40 | 52,53 | | 2011 | TX 7-413-966 <br> TX 5-954-370 |
| 33 | 1 (Supp) | | | 2007/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 34 | 2 (Supp) | | | 2007/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 35 | 3 (Supp) | 1-3 | | 2000/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 36 | 4 (Supp) | 4-6 | | 2013/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 37 | 5 (Supp) | 7, 8 | | 2004/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 38 | 6 (Supp) | 9 | | 2007/2014 | TX 7-898-935 <br> TX 5-954-371 |

| No. | Volume | Titles | Chapters | Edition/Supplement | Copyright Reg. Nos. |
|---|---|---|---|---|---|
| 39 | 8 (Supp) | 10 | | 2009/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 40 | 9 (Supp) | 11 | | 2002/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 41 | 10 (Supp) | 12 | | 2012/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 42 | 11 (Supp) | 13 | | 2010/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 43 | 12 (Supp) | 14 | | 2003/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 44 | 14 (Supp) | 16 | 1-6 | 2011/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 45 | 14A (Supp) | 16 | 7-11 | 2011/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 46 | 14B (Supp) | 16 | 12-17 | 2011/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 47 | 15 (Supp) | 17 | | 2013/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 48 | 16 (Supp) | 18, 19 | | 2010/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 49 | 17 (Supp) | 20 | | 2012/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 50 | 18 (Supp) | 21 | | 2008/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 51 | 19 (Supp) | 22, 23 | | 2014 | TX 7-898-935 <br> TX 5-954-371 |
| 52 | 20 (Supp) | 24 | | 2013/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 53 | 22 (Supp) | 27-30 | | 2007/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 54 | 23 (Supp) | 31, 32 | | 2012/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 55 | 25 (Supp) | 33 | 23-64 | 2013/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 56 | 26 (Supp) | 34 | | 2008/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 57 | 27 (Supp) | 35, 36 | | 2012/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 58 | 28 (Supp) | 37-39 | | 2012/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 59 | 30 (Supp) | 43 | | 2011/2014 | TX 7-898-935 |

| No. | Volume | Titles | Chapters | Edition/ Supplement | Copyright Reg. Nos. |
|---|---|---|---|---|---|
|  |  |  |  |  | TX 5-954-371 |
| 60 | 31 (Supp) | 44 | 1-7 | 2010/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 61 | 32 (Supp) | 44 | 8-15 | 2002/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 62 | 33 (Supp) | 45 |  | 2002/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 63 | 34 (Supp) | 46 |  | 2004/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 64 | 35 (Supp) | 47 |  | 2010/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 65 | 36 (Supp) Reprint | 48 | 1-6 | 2010/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 66 | 37 (Supp) | 48 | 7-18 | 2013/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 67 | 38 (Supp) | 49, 50 | 1-12 (50) | 2013/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 68 | 38A (Supp) | 50 | 13-38 | 2013/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 69 | 39 (Supp) | 51 |  | 2000/2014 | TX 7-898-935 <br> TX 5-954-371 |
| 70 | 40 (Supp) | 52, 53 |  | 2011/2014 | TX 7-898-935 <br> TX 5-954-371 |