# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION<br>on Behalf of and For the Benefit of the<br>GENERAL ASSEMBLY OF GEORGIA,<br>and the STATE OF GEORGIA,<br><br>        Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO.
1:15-cv-2594-MHC

## ACCEPTANCE OF SERVICE

I was served a copy of the complaint and summons of the Defendant, Public.Resource.Org, in this lawsuit on July 24, 2015, which is the date by which the time to serve a reply is calculated, which time may be extended by an order from the court.  I am an officer, a managing or general agent, or other agent authorized by appointment or by law to receive service of process on behalf of the Defendant, and I hereby accept service in this capacity.

I understand that I, or the Defendant, will keep all defenses or objections to this lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any and all objections to the absence of a summons or of service.

Date: _7/24/2015_

Elizabeth H. Rader
Counsel for Defendant
Alston & Bird LLP
950 F Street, NW
Washington, DC 20004
Phone: 202-239-3008
Email:  elizabeth.rader@alston.com