# Exhibit B

# Congress of the United States
## Washington, DC 20515

January 5, 2011

Carl Malamud
President & CEO
Public.Resource.Org, Inc.
1005 Gravenstein Highway North
Sebastopol, CA 95472

Dear Carl:

We're writing today to thank you for your nearly two decades of work to increase the availability of public data, and more recently your efforts to publish proceedings of the House Oversight and Government Reform Committee online in their entirety.

A major pillar of House Republicans' *Pledge to America* is that of reforming Congress and restoring public trust so that we can put power back in the hands of the people. Increasing transparency by making more high-quality government video available and easy-to-find represents a significant step in doing just that. It's our hope that this project is only the beginning of an effort to eventually bring all congressional committee video online.

Thank you again for your continued work. We look forward to working with you and the many other civic-minded technologists that will help this new majority leverage modern tools in making The People's House more open and accessible to all Americans.

Sincerely,

Rep. John A. Boehner
Speaker of the House

Rep. Darrell Issa
Chairman
House Oversight and Government Reform