IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on Behalf of and For the Benefit of the GENERAL ASSEMBLY OF GEORGIA, and the STATE OF GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:15-cv-2594-MHC<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT PUBLIC.RESOURCE.ORG, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Public.Resource.Org, Inc. hereby states that there is no parent corporation of Public.Resource.Org, Inc. nor any publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

By: /s/ Jason D. Rosenberg
Jason D. Rosenberg
Georgia Bar No. 510855
jason.rosenberg@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

LEGAL02/35827060v1

Telephone 404-881-7461
Fax (404) 253-8861

Elizabeth H. Rader
(motion for admission *pro hac vice* to be filed)
elizabeth.rader@alston.com
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3008
Fax: (202) 239-3333

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, September 14, 2015, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT of Defendant Public.Resource.Org, Inc. with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record in this case.

By: /s/ Jason D. Rosenberg_____
Jason D. Rosenberg
Georgia Bar No. 510855
jason.rosenberg@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone 404-881-7461
Fax (404) 253-8861