AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| CODE REVISION COMMISSION, ET AL., )<br>*Plaintiff* )<br>v. )<br>PUBLIC.RESOURCE.ORG, INC. )<br>*Defendant* ) | Case No.  1:15-CV-2594-MHC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PUBLIC.RESOURCE.ORG, INC.

Date:   09/29/2015

/s/ Sarah Parker LaFantano
*Attorney's signature*

Sarah Parker (Ga. Bar No. 734610)
*Printed name and bar number*
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street NW
Atlanta, GA 30309

*Address*

sarah.lafantano@alston.com
*E-mail address*

(404) 881-7811
*Telephone number*

(404) 881-7777
*FAX number*