IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br>          Plaintiff,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br>          Defendant. | Civil Action No. 1:15-CV-2594-MHC |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

**1.**  **Description of Case:**

    **(a)**  **Describe briefly the nature of this action.**

This is an action for copyright infringement seeking injunctive relief based on the defendant's copying and distribution of the entire Official Code of Georgia Annotated ("O.C.G.A.") and a countersuit seeking a declaratory judgment that Defendant did not infringe any copyrighted interest existing in the O.C.G.A.

    **(b)**  **Summarize, in the space provided below, the facts of this case. The summary should not be argumentative nor recite evidence.**

The State of Georgia enacts, promulgates, and amends the laws of the state through its legislature, the General Assembly. The Georgia General Assembly is

1

* * * * * * * * * * * * *

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

- Discovery Opens:  October 19, 2015
- Parties to serve Fed.R.Civ.P. 26(a) Initial Disclosures: October 19, 2015
- Opening expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on issues for which the disclosing party bears the burden of proof due: December 18, 2015
- Any rebuttal expert disclosures or opening expert disclosures on issues for which the disclosing party does not bear the burden of proof due: January 22, 2016;
- Any rebuttal expert disclosures for any opening expert disclosures on issues for which the rebutting party bears the burden of proof due: February 19, 2016;
- Fact Discovery Close: February 19, 2016;

14

- Expert Discovery Close: March 18, 2016.

- Motions for summary judgment shall be filed not later than sixty days after the close of expert discovery.

IT IS SO ORDERED, this __15th__ day of _____October_____, 2015.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

15