IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| CODE REVISION COMMISSION on Behalf of and For the Benefit of the GENERAL ASSEMBLY OF GEORGIA, and the STATE OF GEORGIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:15-cv-2594-MHC |
| Plaintiff, | | |
| v. | | |
| PUBLIC.RESOURCE.ORG, INC., | | |
| Defendant. | | |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that on this day, Monday, October 19, 2015, I served a true and correct copy of DEFENDANT'S INITIAL DISCLOSURES by e-mail, pursuant to the agreement of the parties, upon Plaintiffs' counsel listed below:

Anthony B. Askew
Aaskew@mcciplaw.com
Lisa Pavento
LPavento@mcciplaw.com
Warren James Thomas
wthomas@mcciplaw.com

LEGAL02/35827060v1

2

Meunier Carlin & Curfman, LLC
Suite 1300
999 Peachtree Street, NE
Atlanta, GA 30309

Dated:     October 19, 2015

By:   /s/ Jason D. Rosenberg
Jason D. Rosenberg
Georgia Bar No. 510855
jason.rosenberg@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone 404-881-7461
Fax (404) 253-8861