## **CERTIFICATE OF SERVICE**

I certify that on Monday, October 19, 2015, I served these Plaintiff's Initial Disclosures by sending a copy to all counsel of record via electronic mail to the following counsel of record:

>Elizabeth H. Rader (pro hac vice)
>ALSTON & BIRD LLP
>950 F Street, NW
>Washington, DC 20004
>Telephone: 202-239-3008
>Fax: (202) 239-3333
>elizabeth.rader@alston.com
>
>Jason D. Rosenberg
>Georgia Bar No. 510855
>Sarah Parker LaFantano
>ALSTON & BIRD LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309-3424
>Telephone 404-881-7461
>jason.rosenberg@alston.com
>sarah.lafantano@alston.com

>>By:  /s/ Warren J. Thomas
>>Anthony B. Askew (G.A. Bar: 025300)
>>Lisa C. Pavento (G.A. Bar: 246698)
>>Warren Thomas (G.A. Bar: 164714)
>>Meunier Carlin & Curfman LLC
>>999 Peachtree Street, NE, Suite 1300
>>Atlanta, Georgia 30309
>>Phone: 404-645-7700
>>Fax: 404-645-7707

12

        taskew@mcciplaw.com
        lpavento@mcciplaw.com
        wthomas@mcciplaw.com

        *Counsel for the Plaintiff, Code Revision Commission on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia*