# Exhibit C

## CHAPTER 1

## GENERAL PROVISIONS

| Sec. | | Sec. | |
|---|---|---|---|
| 1-1-1. | Enactment of Code. | 1-1-7. | Notes and catchlines of Code sections not part of law. |
| 1-1-2. | Legislative intent. | | |
| 1-1-3. | Severability. | 1-1-8. | References to state law or this Code. |
| 1-1-4. | Validating Acts. | | |
| 1-1-5. | Effect of adoption of Code upon rules or regulations. | 1-1-9. | Effective date of Code. |
| | | 1-1-10. | Specific repealer; provisions saved from repeal. |
| 1-1-6. | Effect of adoption of Code upon terms of office and rights of officials or employees. | | |
| | | 1-1-11. | General repealer. |

### 1-1-1. Enactment of Code.

The statutory portion of the codification of Georgia laws prepared by the Code Revision Commission and the Michie Company pursuant to a contract entered into on June 19, 1978, is enacted and shall have the effect of statutes enacted by the General Assembly of Georgia. The statutory portion of such codification shall be merged with annotations, captions, catchlines, history lines, editorial notes, cross-references, indices, title and chapter analyses, and other materials pursuant to the contract and shall be published by authority of the state pursuant to such contract and when so published shall be known and may be cited as the "Official Code of Georgia Annotated." (Ga. L. 1982, p. 3, § 1.)

**Cross references.** — Powers and duties of Code Revision Commission regarding publication of Code, § 28-9-3. Authorization to use state emblem on cover of official Code, § 50-3-8(b).

**Editor's notes.** — For the Acts reenacting the Official Code of Georgia Annotated as amended by the text and numbering contained in the 1982 through 2000 supplements, see Ga. L. 1983, p. 3, § 1; Ga. L. 1984, p. 22, § 54; Ga. L. 1985, p. 149, § 54; Ga. L. 1986, p. 10, § 54; Ga. L. 1987, p. 3, § 54; Ga. L. 1988, p. 13, § 54; Ga. L. 1989, p. 14, § 54; Ga. L. 1990, p. 8, § 54; Ga. L. 1991, p. 94, § 54; Ga. L. 1992, p. 6, § 5; Ga. L. 1993, p. 91, § 54; Ga. L. 1994, p. 97, § 54; Ga. L. 1995, p. 10, § 54; Ga. L. 1996, p. 6, § 54; Ga. L. 1997, p. 143, § 54; Ga. L. 1998, p. 128, § 54; Ga. L. 1999, p. 81, § 54; and Ga. L. 2000, p. 136, § 54, respectively.

Ga. L. 2000, p. 136, § 54, not codified by the General Assembly, provides: "Except for Title 47, the text of Code sections and title, chapter, article, part, subpart, Code section, subsection, paragraph, subparagraph, division, and subdivision numbers and designations as contained in the Official Code of Georgia Annotated published under authority of the state by The Michie Company in 1982 and contained in Volumes 3 through 40 of such publication or replacement volumes thereto, as amended by the text and numbering of Code sections as contained in the 1999 supplements to the Official Code of Georgia Annotated published under authority of the state in 1999 by LEXIS Publishing, is reenacted and shall have the effect of statutes enacted by the General Assembly of Georgia. Annotations; editorial notes; Code Revision Commission notes; research references; notes on law review articles; opinions of the Attorney General of Georgia; indexes; analyses; title, chapter, article, part, and subpart captions or headings, except as otherwise provided in the Code; catchlines of Code sections or portions thereof, except as otherwise provided in the Code; and rules and regulations of state agencies, depart-

ments, boards, commissions, or other entities which are contained in the Official Code of Georgia Annotated are not enacted as statutes by the provisions of this Act. Material which has been added in brackets or parentheses and editorial, delayed effective date, effect of amendment, or other similar notes within the text of a Code section by the editorial staff of the publisher in order to explain or to prevent a misapprehension concerning the contents of the Code section and which is explained in an editorial note is not enacted by the provisions of this section and shall not be considered a part of the Official Code of Georgia Annotated. The reenactment of the statutory portion of the Official Code of Georgia Annotated by this Act shall not affect, supersede, or repeal any Act of the General Assembly, or portion thereof, which is not contained in the Official Code of Georgia Annotated and which was not repealed by Code Section 1-1-10, specifically including those Acts which have not yet been included in the text of the Official Code of Georgia Annotated because of effective dates which extend beyond the effective date of the Code or the publication date of the Code or its supplements. The provisions contained in other sections of this Act and in the other Acts enacted at the 2000 regular session of the General Assembly of Georgia shall supersede the provisions of the Official Code of Georgia Annotated reenacted by this section."

**Law reviews.** — For article, "Researching Georgia Law," see 9 Ga. St. U.L. Rev. 585 (1993).

## JUDICIAL DECISIONS

**Official Code publication controls over unofficial compilation.** — Attorneys who cite unofficial publication of 1981 Code do so at their peril; in any situation wherein defendant's compilation differs in any way from statutory provisions of the Official Code of Georgia Annotated as published by Michie, it is the Michie publication which is controlling. Georgia ex rel. Gen. Ass'y v. Harrison Co., 548 F. Supp. 110 (N.D. Ga. 1982), orders vacated, 559 F. Supp. 37 (N.D. Ga. 1983).

**Cited** in Axson v. State, 174 Ga. App. 236, 329 S.E.2d 566 (1985).

## 1-1-2. Legislative intent.

The enactment of this Code is intended as a recodification, revision, modernization, and reenactment of the general laws of the State of Georgia which are currently of force and is intended, where possible, to resolve conflicts which exist in the law and to repeal those laws which are obsolete as a result of the passage of time or other causes, which have been declared unconstitutional or invalid, or which have been superseded by the enactment of later laws. Except as otherwise specifically provided by particular provisions of this Code, the enactment of this Code by the General Assembly is not intended to alter the substantive law in existence on the effective date of this Code.

**Cross references.** — Effective date of Code, § 1-1-9.

**Law reviews.** — For survey article on trial practice and procedure, see 34 Mercer L. Rev. 299 (1982).

## JUDICIAL DECISIONS

**Official Code publication controls over unofficial compilation.** — Attorneys who cite unofficial publication of 1981 Code do so at their peril; in any situation wherein defendant's compilation differs in any way from statutory provisions of the Official Code of