# EXHIBIT G

[Close](#)



## Official Code of Georgia Annotated



| Format | ISBN | Your Price |
|---|---|---|
| Print Book | 9780327110743 | **$378.00** |

### Description

The *Official Code of Georgia Annotated (OCGA)* provides users with the <u>official</u> Georgia statutes, fully annotated and including guidance from the Georgia Code Commission. If you live or work in Georgia, the *OCGA* is the essential reference you need to guide you quickly and efficiently in understanding the Georgia statutory scheme. Key features include:

• 48 volumes plus current cumulative supplement including three index volumes
• Official state statutes, fully annotated with explanatory notes
• Comprehensive index, replaced annually
• Fully annotated cumulative supplements published annually within 75 days of receipt of all acts from the legislature

The *Official Code of Georgia's* copious annotations help you expand your research and include:

• Decisions of the U.S. Supreme Court, the Supreme Court of Georgia, the Courts of Appeals of Georgia, and all federal cases arising in Georgia
• Opinions of the Georgia Attorney General
• **State law reviews**
• *ALR*
• *American Jurisprudence*
• *American Jurisprudence, Pleading and Practice*
• *American Jurisprudence, Proof of Facts*
• *American Jurisprudence, Trials*
• *Corpus Juris Secundum*
• *Uniform Laws Annotated*
• **Cross reference notes to statutes, rules, and regulations including the** *United States Code* **and the** *Official Compilation of the Rules and Regulations of the State of Georgia*
• **All case citations are** *Shepardized*® **for accuracy and relevant subsequent history**

The fully annotated Georgia Rules of Court is available separately in a convenient softbound format at an affordable price, as well as on CD-ROM and online at **lexis.com**. *Georgia Advance Annotated Service (AAS)*, **published quarterly, and the** *Citator*, **providing comprehensive citations, are also available separately.**

*Take advantage of this special low price for customers residing in Georgia, or call 1-800-223-1940 for out-of-state pricing.*

### Table of Contents

**Title 1. General Provisions**
**Title 2. Agriculture**
**Title 3. Alcoholic Beverages**
**Title 4. Animals**
**Title 5. Appeal and Error**
**Title 6. Aviation**
**Title 7. Banking and Finance**
**Title 8. Buildings and Housing**
**Title 9. Civil Practice**
**Title 10. Commerce and Trade**
**Title 11. Commercial Code**
**Title 12. Conservation and Natural Resources**
**Title 13. Contracts**
**Title 14. Corporations, Partnerships, and Associations**
**Title 15. Courts**
**Title 16. Crimes and Offenses**

**Title 17. Criminal Procedure**
**Title 18. Debtor and Creditor**
**Title 19. Domestic Relations**
**Title 20. Education**
**Title 21. Elections**
**Title 22. Eminent Domain**
**Title 23. Equity**
**Title 24. Evidence**
**Title 25. Fire Protection and Safety**
**Title 26. Food, Drugs, and Cosmetics**
**Title 27. Game and Fish**
**Title 28. General Assembly**
**Title 29. Guardian and Ward**
**Title 30. Handicapped Persons**
**Title 31. Health**
**Title 32. Highways, Bridges, and Ferries**
**Title 33. Insurance**
**Title 34. Labor and Industrial Relations**
**Title 35. Law Enforcement Officers and Agencies**
**Title 36. Local Government**
**Title 37. Mental Health**
**Title 38. Military, Emergency Management, and Veterans Affairs**
**Title 39. Minors**
**Title 40. Motor Vehicles and Traffic**
**Title 41. Nuisances**
**Title 42. Penal Institutions**
**Title 43. Professions and Businesses**
**Title 44. Property**
**Title 45. Public Officers and Employees**
**Title 46. Public Utilities and Public Transportation**
**Title 47. Retirement and Pensions**
**Title 48. Revenue and Taxation**
**Title 49. Social Services**
**Title 50. State Government**
**Title 51. Torts**
**Title 52. Waters Of The State, Ports, and Watercraft**
**Title 53. Wills, Trusts, and Administration Of Estates**
**United States Constitution**
**Georgia Constitution**
**Tables of Comparative Provisions and Laws Codified**
**Indexes**

**To order or for current pricing go to:**
**www.lexisnexis.com/store/us or call 1-800-223-1940**

**Price subject to change. Shipping, handling, and sales tax will be added where applicable. LexisNexis, the Knowledge Burst logo, and lexis.com are registered trademarks of Reed Elsevier Properties Inc., used under license. Matthew Bender is a registered trademark of Matthew Bender properties Inc. Other products or services may be trademarks or registered trademarks of their respective companies. Copyright 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved. No part of these materials including graphics or logos, may be copied, photocopied, reproduced, translated or reduced to any electronic medium or machine-readable form, in whole or in part, without specific written permission of LexisNexis. Distribution for commercial purposes is prohibited**