# EXHIBIT A

Exhibit A

O.C.G.A. Works Copied and Distributed by Defendant

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | | 2007 | 1, 2, 3 | 902 | TX 6-913-180<br>TX 5-954-373 |
| 2 | 2 | | | 2007 | 1, 2, 3 | 944 | TX 6-913-180<br>TX 6-830-237<br>TX 5-954-373<br>TX 5-594-374 |
| 3 | 3 | 1-3 | | 2000 | 1, 2, 3 | 365 | TX 5-297-038<br>TX 5-954-378 |
| 4 | 5 | 7, 8 | | 2004 | 1, 2, 3 | 459 | TX 6-075-716<br>TX 5-954-375 |
| 5 | 6 | 9 | 1-10 | 2007 | 1, 2, 3 | 1,405 | TX 6-913-180<br>TX 5-954-373 |
| 6 | 7 | 9 | 11-15 | 2014 | 1, 2 | 255 | TX 7-898-935<br>TX 5-954-371 |
| 7 | 7A | 9 | 12-16 | 2015 | 1, 2 | 18 | Applied for |
| 8 | 9 | 11 | | 2002 | 1, 2, 3 | 621 | TX 5-626-881<br>TX 5-594-377 |
| 9 | 12 | 14 | | 2003 | 1, 2, 3 | 971 | TX 5-866-857<br>TX 5-880-238<br>TX 5-954-376 |

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 10 | 13 | 15 | | 2014 | 1, 2 | 96 | TX 7-898-935 TX 5-954-371 |
| 11 | 13A | 15 | 12-24 | 2015 | 1, 2 | 17 | Applied for |
| 12 | 14 | 16 | 1-6 | 2011 | 1, 2, 3 | 1,054 | TX 7-413-966 TX 5-954-370 |
| 13 | 14A | 16 | 7-11 | 2011 | 1, 2, 3 | 207 | TX 7-413-966 TX 5-954-370 |
| 14 | 14B | 16 | 12-17 | 2011 | 1, 2, 3 | 1,010 | TX 7-413-966 TX 5-954-370 |
| 15 | 15 | 17 | | 2013 | 1, 2 | 979 | TX 7-948-091 |
| 16 | 16 | 18, 19 | | 2015 | 1, 2 | 17 | Applied for |
| 17 | 17 | 20 | | 2012 | 1, 2, 3 | 782 | TX 7-564-165 TX 5-954-380 |
| 18 | 21 | 25, 26 | | 2014 | 1, 2 | 41 | TX 7-898-935 TX 5-954-371 |
| 19 | 22 | 27-30 | | 2007 | 1, 2, 3 | 842 | TX 6-913-180 TX 6-830-237 TX 5-954-373 TX 5-954-374 |
| 20 | 23 | 31, 32 | | 2012 | 1, 2, 3 | 911 | TX 7-564-165 TX 5-954-380 |
| 21 | 24 | 33 | 1-22 | 2014 | 1, 2 | 452 | TX 7-898-935 TX 5-954-371 |

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 22 | 27 | 35, 36 | | 2012 | 1, 2, 3 | 693 | TX 7-564-165<br>TX 5-954-380 |
| 23 | 28 | 37-39 | | 2012 | 1, 2, 3 | 644 | TX 7-564-165<br>TX 5-954-380 |
| 24 | 29 | 40 | | 2014 | 1, 2 | 52 | TX 7-898-935<br>TX 5-954-371 |
| 25 | 29A | 41, 42 | | 2014 | 1, 2 | 75 | TX 7-898-935<br>TX 5-954-371 |
| 26 | 30 | 43 | | 2011 | 1, 2, 3 | 1,079 | TX 7-413-966<br>TX 5-954-370 |
| 27 | 32 | 44 | 8-15 | 2002 | 1, 2, 3 | 863 | TX 5-626-881<br>TX 5-594-377 |
| 28 | 33 | 45 | | 2002 | 1, 2, 3 | 281 | TX 5-626-881<br>TX 5-594-377 |
| 29 | 34 | 46 | | 2004 | 1, 2, 3 | 410 | TX 6-030-866<br>TX 6-075-716<br>TX 5-954-375 |
| 30 | 37 | 48 | 7-18 | 2013 | 1, 2 | 579 | TX 7-948-091<br>TX 5-594-372 |
| 31 | 38 | 49, 50 | 1-12 | 2013 | 1 | n/a | TX 7-948-091<br>TX 5-594-372 |
| 32 | 39 | 51 | | 2000 | 1, 2, 3 | 886 | TX 5-297-038<br>TX 5-954-378 |

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 33 | 40 | 52, 53 | | 2011 | 1, 2, 3 | 1,259 | TX 7-413-966 TX 5-954-370 |
| 34 | 1 (Supp) | | | 2007/2014 | 1, 2 | 57 | TX 7-898-935 TX 5-954-371 |
| 35 | 2 (Supp) | | | 2007/2014 | 1, 2 | 76 | TX 7-898-935 TX 5-954-371 |
| 36 | 3 (Supp) | 1-3 | | 2000/2014 | 1, 2 | 63 | TX 7-898-935 TX 5-954-371 |
| 37 | 4 (Supp) | 4-6 | | 2013/2014 | 1, 2 | 51 | TX 7-898-935 TX 5-954-371 |
| 38 | 5 (Supp) | 7, 8 | | 2004/2014 | 1, 2 | 55 | TX 7-898-935 TX 5-954-371 |
| 39 | 6 (Supp) | 9 | | 2007/2014 | 1, 2 | 90 | TX 7-898-935 TX 5-954-371 |
| 40 | 8 (Supp) | 10 | | 2009/2014 | 1, 2 | 59 | TX 7-898-935 TX 5-954-371 |
| 41 | 9 (Supp) | 11 | | 2002/2014 | 1, 2 | 54 | TX 7-898-935 TX 5-954-371 |
| 42 | 10 (Supp) | 12 | | 2012/2014 | 1, 2 | 40 | TX 7-898-935 TX 5-954-371 |
| 43 | 11 (Supp) | 13 | | 2010/2014 | 1, 2 | 47 | TX 7-898-935 TX 5-954-371 |

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 44 | 12 (Supp) | 14 | | 2003/2014 | 1, 2 | 43 | TX 7-898-935 TX 5-954-371 |
| 45 | 14 (Supp) | 16 | 1-6 | 2011/2014 | 1, 2 | 68 | TX 7-898-935 TX 5-954-371 |
| 46 | 14A (Supp) | 16 | 7-11 | 2011/2014 | 1, 2 | 58 | TX 7-898-935 TX 5-954-371 |
| 47 | 14B (Supp) | 16 | 12-17 | 2011/2014 | 1, 2 | 57 | TX 7-898-935 TX 5-954-371 |
| 48 | 15 (Supp) | 17 | | 2013/2014 | 1, 2 | 77 | TX 7-898-935 TX 5-954-371 |
| 49 | 16 (Supp) | 18, 19 | | 2010/2014 | 1, 2 | 79 | TX 7-898-935 TX 5-954-371 |
| 50 | 17 (Supp) | 20 | | 2012/2014 | 1, 2 | 39 | TX 7-898-935 TX 5-954-371 |
| 51 | 18 (Supp) | 21 | | 2008/2014 | 1, 2 | 34 | TX 7-898-935 TX 5-954-371 |
| 52 | 19 (Supp) | 22, 23 | | 2014 | 1, 2 | 53 | TX 7-898-935 TX 5-954-371 |
| 53 | 20 (Supp) | 24 | | 2013/2014 | 1, 2 | 159 | TX 7-898-935 TX 5-954-371 |
| 54 | 22 (Supp) | 27-30 | | 2007/2014 | 1, 2 | 75 | TX 7-898-935 TX 5-954-371 |

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 55 | 23 (Supp) | 31, 32 | | 2012/2014 | 1, 2 | 66 | TX 7-898-935 TX 5-954-371 |
| 56 | 25 (Supp) | 33 | 23-64 | 2013/2014 | 1, 2 | 61 | TX 7-898-935 TX 5-954-371 |
| 57 | 26 (Supp) | 34 | | 2008/2014 | 1, 2 | 99 | TX 7-898-935 TX 5-954-371 |
| 58 | 27 (Supp) | 35, 36 | | 2012/2014 | 1, 2 | 53 | TX 7-898-935 TX 5-954-371 |
| 59 | 28 (Supp) | 37-39 | | 2012/2014 | 1, 2 | 54 | TX 7-898-935 TX 5-954-371 |
| 60 | 30 (Supp) | 43 | | 2011/2014 | 1, 2 | 47 | TX 7-898-935 TX 5-954-371 |
| 61 | 31 (Supp) | 44 | 1-7 | 2010/2014 | 1, 2 | 149 | TX 7-898-935 TX 5-954-371 |
| 62 | 32 (Supp) | 44 | 8-15 | 2002/2014 | 1, 2 | 77 | TX 7-898-935 TX 5-954-371 |
| 63 | 33 (Supp) | 45 | | 2002/2014 | 1, 2 | 60 | TX 7-898-935 TX 5-954-371 |
| 64 | 34 (Supp) | 46 | | 2004/2014 | 1, 2 | 39 | TX 7-898-935 TX 5-954-371 |
| 65 | 35 (Supp) | 47 | | 2010/2014 | 1, 2 | 30 | TX 7-898-935 TX 5-954-371 |

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 66 | 36 (Supp) Reprint | 48 | 1-6 | 2010/2014 | 1, 2 | 63 | TX 7-898-935 TX 5-954-371 |
| 67 | 37 (Supp) | 48 | 7-18 | 2013/2014 | 1, 2 | 49 | TX 7-898-935 TX 5-954-371 |
| 68 | 38 (Supp) | 49, 50 | 1-12 (50) | 2013/2014 | 1, 2 | 37 | TX 7-898-935 TX 5-954-371 |
| 69 | 38A (Supp) | 50 | 13-38 | 2013/2014 | 1, 2 | 49 | TX 7-898-935 TX 5-954-371 |
| 70 | 39 (Supp) | 51 | | 2000/2014 | 1, 2 | 89 | TX 7-898-935 TX 5-954-371 |
| 71 | 40 (Supp) | 52, 53 | | 2011/2014 | 1, 2 | 57 | TX 7-898-935 TX 5-954-371 |
| 72 | 1 (Supp) | | | 2007/2015 | 1, 2 | 20 | Applied for |
| 73 | 2 (Supp) | | | 2007/2015 | 1, 2 | 15 | Applied for |
| 74 | 3 (Supp) | 1-3 | | 2000/2015 | 1, 2 | 25 | Applied for |
| 75 | 4 (Supp) | 4-6 | | 2013/2015 | 1, 2 | 17 | Applied for |
| 76 | 5 | 7, 8 | | 2015 | 1, 2 | 14 | Applied for |

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 77 | 6 (Supp) | 9 | 1-10 | 2007/2015 | 1, 2 | 20 | Applied for |
| 78 | 7 | 9 | 11 | 2015 | 1, 2 | 23 | Applied for |
| 79 | 8 (Supp) | 10 | | 2009/2015 | 1, 2 | 40 | Applied for |
| 80 | 9 (Supp) | 11 | | 2002/2015 | 1, 2 | 16 | Applied for |
| 81 | 10 (Supp) | 12 | | 2012/2015 | 1, 2 | 9 | Applied for |
| 82 | 11 (Supp) | 13 | | 2010/2015 | 1, 2 | 14 | Applied for |
| 83 | 12 (Supp) | 14 | | 2003/2015 | 1, 2 | 12 | Applied for |
| 84 | 13 | 15 | 1-11A | 2015 | 1, 2 | 21 | Applied for |
| 85 | 14 (Supp) | 16 | 1-6 | 2011/2015 | 1, 2 | 17 | Applied for |
| 86 | 14A (Supp) | 16 | 7-11 | 2011/2015 | 1, 2 | 18 | Applied for |
| 87 | 14B (Supp) | 16 | 12-17 | 2011/2015 | 1, 2 | 17 | Applied for |
| 88 | 15 (Supp) | 17 | | 2013/2015 | 1, 2 | 32 | Applied for |

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 89 | 17 (Supp) | 20 | | 2012/2015 | 1, 2 | 15 | Applied for |
| 90 | 18 (Supp) | 21 | | 2008/2015 | 1, 2 | 21 | Applied for |
| 91 | 19 (Supp) | 22, 23 | | 2014/2015 | 1, 2 | 11 | Applied for |
| 92 | 20 (Supp) | 24 | | 2013/2015 | 1, 2 | 14 | Applied for |
| 93 | 21 (Supp) | 25, 26 | | 2014/2015 | 1, 2 | 10 | Applied for |
| 94 | 22 (Supp) | 27-30 | | 2007/2015 | 1, 2 | 13 | Applied for |
| 95 | 23 (Supp) | 31, 32 | | 2012/2015 | 1, 2 | 20 | Applied for |
| 96 | 24 (Supp) | 33 | 1-22 | 2014/2015 | 1, 2 | 12 | Applied for |
| 97 | 25 (Supp) | 33 | 23-64 | 2013/2015 | 1, 2 | 12 | Applied for |
| 98 | 26 (Supp) | 34 | | 2008/2015 | 1, 2 | 11 | Applied for |
| 99 | 27 (Supp) | 35, 36 | | 2012/2015 | 1, 2 | 11 | Applied for |

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 100 | 28 (Supp) | 37-39 | | 2012/2015 | 1, 2 | 18 | Applied for |
| 101 | 29 (Supp) | 40 | | 2014/2015 | 1, 2 | 11 | Applied for |
| 102 | 29A (Supp) | 41, 42 | | 2014/2015 | 1, 2 | 13 | Applied for |
| 103 | 30 (Supp) | 43 | | 2011/2015 | 1, 2 | 14 | Applied for |
| 104 | 31 (Supp) | 44 | 1-7 | 2010/2015 | 1, 2 | 14 | Applied for |
| 105 | 32 (Supp) | 44 | 8-16 | 2002/2015 | 1, 2 | 12 | Applied for |
| 106 | 33 (Supp) | 45 | | 2002/2015 | 1, 2 | 13 | Applied for |
| 107 | 34 (Supp) | 46 | | 2004/2015 | 1, 2 | 10 | Applied for |
| 108 | 35 (Supp) | 47 | | 2010/2015 | 1, 2 | 9 | Applied for |
| 109 | 36 (Supp) | 48 | 1-6 | 2010/2015 | 1, 2 | 10 | Applied for |
| 110 | 37 (Supp) | 48 | 7-18 | 2013/2015 | 1, 2 | 21 | Applied for |

| No. | Volume | Titles | Chapters | Edition/ Supp. | Distributed on https//law.resource.org (1), www.archive.org (2), and/or thumb drive (3) | Number of downloads on www.archive.org at least as early as 10/29/2015 | Copyright Registration |
|---|---|---|---|---|---|---|---|
| 111 | 38 (Supp) | 49, 50 | 1-12 (50) | 2013/2015 | 1, 2 | 19 | Applied for |
| 112 | 38A (Supp) | 50 | 13-38 | 2013/2015 | 1, 2 | 13 | Applied for |
| 113 | 39 (Supp) | 51 | | 2000/2015 | 1, 2 | 18 | Applied for |
| 114 | 40 (Supp) | 52, 53 | | 2011/2015 | 1, 2 | 11 | Applied for |

11