# EXHIBIT B

# OFFICIAL CODE OF GEORGIA ANNOTATED



## VOLUME 4

Title 4. Animals
Title 5. Appeal and Error
Title 6. Aviation

2013 Edition