# EXHIBIT F



# The General Assembly

Atlanta, Georgia 30334

August 15, 2013

Carl Malamud
Public.Resource.Org
1005 Gravenstein Highway North
Sebastopol, California 95472

VIA CERTIFIED MAIL

Dear Mr. Malamud:

We have received your response dated July 30, 2013, refusing to comply with the cease and desist letter sent on behalf of the Georgia Code Revision Commission on July 25, 2013, regarding your unlawful copying of the Official Code of Georgia Annotated. The response received was unacceptable.

Your response includes a misstatement or misunderstanding of federal copyright law. As indicated in the prior letter, the State of Georgia already makes the entire body of statutory law in Georgia available to the public at no charge at www.legis.ga.gov. This is wholly different from the product produced by Lexis, the state's publisher, which includes additional value-added material which is subject to copyright protection.

Therefore, we again demand that you immediately: (a) cease and desist your unlawful copying of the Official Code of Georgia Annotated; (b) remove any and all files containing the Official Code of Georgia Annotated from the internet; (c) destroy any and all files containing the Official Code of Georgia Annotated from the internet; and (d) provide us with prompt written assurance within 5 days of receiving this letter that all such steps have been taken and that you will cease and desist from any further infringement of the copyrighted Official Code of Georgia Annotated.

If you fail to comply with this letter, the Georgia Code Revision Commission intends to pursue all available remedies, including but not limited to, preliminary and permanent injunctions, damages, and costs and attorney's fees associated with defending the state's rights for copyright violation under the Copyright Act of 1976.

Sincerely,

Chairman Josh McKoon
Georgia Code Revision Commission

cc:   Code Commission members