# EXHIBIT G



# The General Assembly

Atlanta, Georgia 30334

April 2, 2014

Carl Malamud
Public.Resource.Org
1005 Gravenstein Highway North
Sebastopol, California 95472

Dear Mr. Malamud:

We have received your package entitled "Proclamation of Promulgation". Please see our correspondence of July 25, 2013, and August 15, 2013 (copies attached) to Public.Resource.Org asserting our rights in the copyrightable portions of the Official Code of Georgia Annotated. Per such previous notice, we continue to assert such copyright ownership and direct Public.Resource.Org to immediately cease and desist all activities which entail infringement of such copyright.

Sincerely,

Chairman Josh McKoon
Georgia Code Revision Commission

cc:   Code Commission members


## The General Assembly

Atlanta, Georgia 30334

July 25, 2013

Carl Malamud
Public.Resource.Org
1005 Gravenstein Highway North
Sebastopol, California 95472

VIA CERTIFIED MAIL

Dear Mr. Malamud:

On behalf of the Georgia Code Revision Commission, we are writing to notify you that your unlawful copying of the Official Code of Georgia Annotated infringes upon the exclusive copyright of the State of Georgia. Accordingly, you are hereby directed to

## CEASE AND DESIST ALL COPYRIGHT INFRINGEMENT.

The State of Georgia, acting through the Georgia Code Revision Commission, is the owner of a copyright in various aspects of the Official Code of Georgia Annotated. Under United States copyright law, the State of Georgia's copyright has been in effect since the original date of creation of such official Code in 1983. All copyrightable aspects of the Official Code of Georgia Annotated are copyrighted under United States copyright law. The state asserts no copyright in the statutory text itself or in the numbering of the Code sections.

We received your letter dated May 30, 2013, to Honorable David Ralston, Speaker of the House of Representatives of Georgia, and Mr. Wayne Allen, Legislative Counsel for the Georgia General Assembly, containing notice that you have scanned the Official Code of Georgia Annotated, as evidenced by the USB Thumb Drive which was enclosed with the letter. It has also come to our attention that such files can be freely accessed from the internet (https://law.resource.org/pub/us/code/ga/georgia.scan.2012/) with no restrictions to its access.

Therefore, we demand that you immediately: (a) cease and desist your unlawful copying of the Official Code of Georgia Annotated; (b) remove any and all files containing the Official Code of Georgia Annotated from the internet; (c) destroy any and all files containing the Official Code of Georgia Annotated from the internet; and (d) provide us with prompt written assurance within 10 days of receiving this letter that all such steps have been taken and that you will cease and desist from any further infringement of the copyrighted Official Code of Georgia Annotated.

Mr. Carl Malamud
July 25, 2013
Page 2

If you do not comply with this cease and desist demand within this time period, the State of Georgia, through the Georgia Code Revision Commission, is entitled to use your failure to comply as evidence of willful infringement and seek monetary damages and equitable relief for your copyright infringement.

For your information, the unannotated Georgia Code, including Code section designations and headings, is available to the public at no charge at www.legis.ga.gov.

If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation.

Sincerely,

Chairman Josh McKoon
Georgia Code Revision Commission

cc:   Code Commission members



## The General Assembly

Atlanta, Georgia 30334

August 15, 2013

Carl Malamud
Public.Resource.Org
1005 Gravenstein Highway North
Sebastopol, California 95472

VIA CERTIFIED MAIL

Dear Mr. Malamud:

We have received your response dated July 30, 2013, refusing to comply with the cease and desist letter sent on behalf of the Georgia Code Revision Commission on July 25, 2013, regarding your unlawful copying of the Official Code of Georgia Annotated. The response received was unacceptable.

Your response includes a misstatement or misunderstanding of federal copyright law. As indicated in the prior letter, the State of Georgia already makes the entire body of statutory law in Georgia available to the public at no charge at www.legis.ga.gov. This is wholly different from the product produced by Lexis, the state's publisher, which includes additional value-added material which is subject to copyright protection.

Therefore, we again demand that you immediately: (a) cease and desist your unlawful copying of the Official Code of Georgia Annotated; (b) remove any and all files containing the Official Code of Georgia Annotated from the internet; (c) destroy any and all files containing the Official Code of Georgia Annotated from the internet; and (d) provide us with prompt written assurance within 5 days of receiving this letter that all such steps have been taken and that you will cease and desist from any further infringement of the copyrighted Official Code of Georgia Annotated.

If you fail to comply with this letter, the Georgia Code Revision Commission intends to pursue all available remedies, including but not limited to, preliminary and permanent injunctions, damages, and costs and attorney's fees associated with defending the state's rights for copyright violation under the Copyright Act of 1976.

Sincerely,

Chairman Josh McKoon
Georgia Code Revision Commission

cc:   Code Commission members