# EXHIBIT K

# WEBSITE TERMS AND CONDITIONS

Your use of this Website or any of the Georgia Materials available on the Website ("Research Service") is subject to these Website terms and conditions (the "Agreement").  You understand and acknowledge that by using the Website or any of the Materials you hereby consent to abide by all of the terms and conditions of this Agreement.  Capitalized terms used in this Agreement are defined in Section 8.0 below.

**1.0  LICENSE TO USE THE RESEARCH SERVICE.**

**1.1  General Rights Granted; Restrictions.**  You are hereby granted a non-exclusive, non-transferable limited license to access and use the Research Service for your own internal use.  In addition, this license includes the rights to use the Research Service on one single-user personal computer.

**1.2  Permitted Uses of Materials.** Georgia Code section text and numbering may be copied from this website at the user's expense and effort.  In addition, you may create printouts and electronic copies of an insubstantial portion of Materials retrieved from the Research Service solely for use in the performance of your professional services or research, and you may incorporate those Materials into your work product, which you may then provide to your client, the courts, opposing counsel, and others as required for you to perform your professional services or research.  You may not redistribute Materials in newsletters, articles, or other documents for commercial value.

**1.3  Research Service – Restrictions on Use.** Except as expressly provided in this Agreement or with our express written permission, you may not, nor may you permit others to:

1.3.1  copy all or any portion of the Research Service; or

1.3.2  create compilations or derivative works of all or any portion of the Research Service; or

1.3.3  use the Research Service in any manner that violates any federal, state or local laws, statutes or regulations.

**1.4  Research Service – Prohibited Uses.** You may not, nor may you permit others to:

1.4.1  use the Research Service in any fashion that may infringe any copyright, intellectual property right, or proprietary or property right or interest of us or our Suppliers; or

1.4.2  store in a retrieval system, transfer, publish, distribute, display to others, broadcast, sell, or sublicense all or any portion of the Research Service, except as expressly provided in Section 1.2; or

1.4.3  use the Research Service to develop a database, infobase, online or similar database service, or other information resource in any media (print, electronic or otherwise, now existing or developed in the future) for sale to or use by others; or

ACT:\USCPM\...\GA Statutes Website Terms3.doc

1.4.4  make any portion of the Research Service available to third parties through any timesharing system, service bureau, the Internet, or any other similar technology now existing or developed in the future; or

1.4.5  remove or obscure any copyright notice or other notice or terms of use contained in the Research Service; or

1.4.6  remove, disable, or defeat any functionality on the Website or in the Research Service designed to limit or control access to or use of the Website or Research Service.

## 2.0  OWNERSHIP RIGHTS AND PROTECTION OF INTELLECTUAL PROPERTY.

**2.1  Ownership.**  The Research Service and any copyrights, trademarks, patents, trade secrets, intellectual property rights, and other proprietary rights in and to the Research Service are owned by us and our Suppliers, and you obtain no right, title, or interest therein.

You hereby assign to us all copyrights, intellectual property rights, and any other proprietary or property rights or interests in and to any work created in violation of this Agreement.

**2.2  Trade Secrets.**  The technology used in any Licensed Program included in the Website or Materials is a trade secret, and you will maintain any information learned about that technology as a trade secret and will not disclose that information or permit that information to be disclosed to any person or entity.

You will not copy, reverse engineer, decompile, disassemble, derive source code from, modify, or prepare derivative works of the Licensed Program, nor will you permit others to do so.

## 3.0  LIMITED WARRANTY; DISCLAIMER.

**3.1  Limited Warranty Regarding the Research Service.** We represent and warrant to you that we have the right and authority to make the Research Service available to you under the terms of this Agreement.

**3.2  Limited Warranty Regarding Use of the Research Service Media.**  You hereby represent and warrant that all use of the Research Service will comply with this Agreement and all federal, state and local laws, statutes, rules and regulations.

**3.3  General Disclaimer.** WE MAKE NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO THE RESEARCH SERVICE, THE ACCURACY OR THE COMPLETENESS OF THE MATERIALS; THE RESEARCH SERVICE AND MATERIALS ARE FURNISHED ON AN "AS IS", AS-AVAILABLE BASIS.  ALL WARRANTIES OF ANY TYPE NOT EXPRESSLY STATED IN THIS AGREEMENT, EXPRESS OR IMPLIED, INCLUDING THE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY DISCLAIMED.

**3.4 Warranty Limitation.** We will have no responsibility to you under this Section 3.0 with respect to:

3.4.1  any use of the Research Service in a manner not authorized by this Agreement; or

3.4.2  abuse or modification of the Research Service by you.

**4.0 LIABILITY LIMITATIONS.**

**4.1 DAMAGES DISCLAIMER.**  UNDER NO CIRCUMSTANCES WILL WE OR ANY SUPPLIER BE LIABLE FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR FOR LOSS OF PROFITS, REVENUE, OR DATA, WHETHER IN AN ACTION IN CONTRACT, TORT, PRODUCT LIABILITY, STRICT LIABILITY, STATUTE OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF THOSE DAMAGES.

**4.2 LIABILITY DISCLAIMER.**  Neither we nor any Supplier will be liable for any loss, injury, claim, liability, or damage of any kind resulting in any way from:  (a) any errors in or omissions from the Research Service or any Materials available or not included therein, (b) the unavailability or interruption of the Research Service, (c) your use of the Research Service, (d) your use of any equipment in connection with the Research Service, or (e) the content of any Materials.

**5.0 CHANGES TO THE AGREEMENT.**  We may immediately amend the Agreement from time to time by posting changes on the Website.  Your continued use of the Research Service after notice of any change is posted to the Website will constitute your acceptance of the change.

**6.0 PROFESSIONAL RESPONSIBILITY.**  The Research Service does not constitute or contain legal advice and is not intended to be a substitute for the exercise of professional judgment.  The Research Service is provided for convenience purposes only.

**7.0 MISCELLANEOUS.**

**7.1 Termination.**  We may suspend or discontinue providing the Website and Research Service at any time and without notice to you.

**7.2 Notices.**  All notices and other communications under the Agreement will be deemed given on the date posted to the Website.

**7.3 Failure to Enforce.**  If we fail to enforce any provision of the Agreement it will not constitute or be construed as a waiver of such provision or of the right to enforce it at a later time.

**7.4 Governing Law.** The Agreement will be governed by and construed in accordance with the laws of the State of Georgia, regardless of the law that might otherwise apply under applicable principles of conflicts of law.

**7.5 Survival.**  Sections 1.0, 2.0, 3.0 and 4.0 will survive after the Website is no longer available and this Agreement is considered terminated.

**8.0  DEFINITIONS.**

**8.1  "Agreement"** means the terms and conditions provided in this Agreement.

**8.2  "Licensed Program"** means, if applicable, any computer programs, control information and related software that provide access to the Materials.

**8.3  "Materials"** means the information contained in the Research Service.

**8.4  "Research Service"** means, any Licensed Program and Materials available on the Website.

**8.5  "Supplier"** means LexisNexis, a division of Reed Elsevier Inc., and any other third party supplier of Materials and Licensed Programs, or any such party who provides or operates the Website.

**8.6  "us"** or **"we"** means the State of Georgia acting through the Code Revision Commission and the Office of Legislative Counsel.

**8.7   "you"** or **"your"** means any person or entity that accesses or uses the Website or Research Service.

**8.8  "Website"** means any website owned by or operated for the State of Georgia containing the Research Service.