IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>　　　　Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-02594-MHC |

## JOINT MOTION FOR ENTRY OF
## PROPOSED PROTECTIVE ORDER

　　　　Plaintiff and Counterclaim-Defendant the Code Revision Commission, on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia ("Commission"), and Defendant and Counterclaim-Plaintiff Public.Resource.Org, Inc. ("Public Resource") jointly move for the Court to enter the below Proposed Protective Order in this case. Section 2 of the Proposed Protective Order contains the language required by Section II.E. of Judge Cohen's Standing Order Regarding Civil Litigation.

1

Respectfully submitted, this 10th day of February, 2016.

*s/Anthony B. Askew*

Anthony B. Askew (G.A. Bar: 025300)
Lisa C. Pavento (G.A. Bar: 246698)
Warren Thomas (G.A. Bar: 164714)
Meunier Carlin & Curfman LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
taskew@mcciplaw.com
lpavento@mcciplaw.com
wthomas@mcciplaw.com

*Counsel for the Plaintiff, Code Revision Commission on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia*

*s/Elizabeth H. Rader (with express permission)*

Elizabeth H. Rader (pro hac vice)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3008
Fax: (202) 239-3333
elizabeth.rader@alston.com

Jason D. Rosenberg
Georgia Bar No. 510855
Sarah Parker LaFantano
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone 404-881-7461
Fax (404) 253-8861
jason.rosenberg@alston.com
sarah.lafantano@alston.com

*Counsel for the Defendant, Public.Resource.Org*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, the foregoing **PROPOSED PROTECTIVE ORDER** complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

*s/ Anthony B. Askew*

Anthony B. Askew (G.A. Bar: 025300)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Telephone: 404-645-7700
Email: taskew@mcciplaw.com

# CERTIFICATE OF SERVICE

    I, the undersigned counsel, hereby certify that on February 10, 2016, a true and correct copy of the foregoing **PROPOSED PROTECTIVE ORDER** was electronically filed with Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

                                         *s/ Anthony B. Askew*

                                         Anthony B. Askew (G.A. Bar: 025300)
                                         Meunier Carlin & Curfman LLC
                                         999 Peachtree Street NE, Suite 1300
                                         Atlanta, Georgia 30309
                                         Telephone: 404-645-7700
                                         Email: taskew@mcciplaw.com