IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION<br>on Behalf of and For the Benefit of the<br>GENERAL ASSEMBLY OF GEORGIA,<br>and the STATE OF GEORGIA,<br><br>      Plaintiff,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>      Defendant. | CIVIL ACTION<br>NO. 1:15-cv-2594-MHC |

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, I hereby certify that on this day, Tuesday, February 16, 2016, I served a true and correct copy of DEFENDANT PUBLIC.RESOURCE.ORG, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF CODE REVISION COMMISSION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS by UPS Overnight, with a courtesy copy sent by e-mail, upon Plaintiff's counsel listed below:

Anthony B. Askew
taskew@mcciplaw.com
Lisa C. Pavento
lpavento@mcciplaw.com
Warren Thomas
wthomas@mcciplaw.com

LEGAL02/36196179v1

Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309

This 16th day of February, 2016,

                              By:   /s/ Sarah P. LaFantano_____
                                     Sarah P. LaFantano
                                     Georgia Bar No. 734610
                                     sarah.lafantano@alston.com
                                     ALSTON & BIRD LLP
                                     One Atlantic Center
                                     1201 West Peachtree Street
                                     Atlanta, GA  30309-3424
                                     Telephone 404-881-7811
                                     Fax (404) 881-7777