IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| CODE REVISION COMMISSION on Behalf of and For the Benefit of the GENERAL ASSEMBLY OF GEORGIA, and the STATE OF GEORGIA, | ) ) ) ) ) | CIVIL ACTION NO. 1:15-cv-2594-MHC |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PUBLIC.RESOURCE.ORG, INC., | ) ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, I hereby certify that on this day,

Wednesday, February 17, 2016, I served a true and correct copy of

DEFENDANT PUBLIC.RESOURCE.ORG, INC.'S RESPONSES AND

OBJECTIONS TO PLAINTIFF CODE REVISION COMMISSION'S

SECOND SET OF INTERROGATORIES by UPS Overnight, with a

courtesy copy sent by e-mail, upon Plaintiffs' counsel listed below:

Anthony B. Askew
taskew@mcciplaw.com
Lisa C. Pavento
lpavento@mcciplaw.com
Warren Thomas
wthomas@mcciplaw.com

Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309


This 17th day of February, 2016,

By:   /s/ Sarah P. LaFantano_____
Sarah P. LaFantano
Georgia Bar No. 734610
sarah.lafantano@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone 404-881-7811
Fax (404) 881-7777

LEGAL02/36198186v1