IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION<br>on Behalf of and For the Benefit of the<br>GENERAL ASSEMBLY OF GEORGIA,<br>and the STATE OF GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:15-cv-2594-MHC |

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that on this day, Wednesday, February 17, 2016, I served a true and correct copy of DEFENDANT PUBLIC.RESOURCE.ORG, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF CODE REVISION COMMISSION'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS by UPS Overnight, with a courtesy copy sent by e-mail, upon Plaintiff's counsel listed below:

Anthony B. Askew
taskew@mcciplaw.com
Lisa C. Pavento
lpavento@mcciplaw.com

LEGAL02/36198220v1

Warren Thomas
wthomas@mcciplaw.com
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309

This 17th day of February, 2016,

By: /s/ Sarah P. LaFantano
Sarah P. LaFantano
Georgia Bar No. 734610
sarah.lafantano@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone 404-881-7811
Fax (404) 881-7777