IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>        Plaintiff,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>        Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-02594-MHC |

## CERTIFICATE OF SERVICE

I certify that on Thursday, February 18, 2016, the foregoing PLAINTIFF

COMMISSION'S RESPONSE TO DEFENDANT

PUBLIC.RESOURCE.ORG, INC.'S FIRST SET OF INTERROGATORIES

was sent to counsel for Defendant Public.Resource.Org by electronic mail at the

addresses listed below.

> Elizabeth H. Rader
> ALSTON & BIRD LLP
> 950 F Street, NW
> Washington, DC 20004
> elizabeth.rader@alston.com
>
> Jason D. Rosenberg
> Sarah Parker LaFantano
> ALSTON & BIRD LLP
> One Atlantic Center
> 1201 West Peachtree Street

Atlanta, GA 30309-3424
jason.rosenberg@alston.com
sarah.lafantano@alston.com

By:    *s/ Anthony B. Askew*
       Anthony B. Askew
       Meunier Carlin & Curfman LLC
       999 Peachtree Street, NE, Suite 1300
       Atlanta, Georgia 30309
       Phone: 404-645-7700
       Fax: 404-645-7707
       taskew@mcciplaw.com