IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>  Plaintiff,<br><br>  v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>  Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-02594-MHC |

## **CERTIFICATE OF SERVICE**

I certify that on Thursday, February 18, 2016, the foregoing PLAINTIFF COMMISSION'S RESPONSE TO DEFENDANT PUBLIC.RESOURCE.ORG, INC.'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS was sent to counsel for Defendant Public.Resource.Org by electronic mail at the addresses listed below.

 Elizabeth H. Rader
 ALSTON & BIRD LLP
 950 F Street, NW
 Washington, DC 20004
 elizabeth.rader@alston.com

 Jason D. Rosenberg
 Sarah Parker LaFantano
 ALSTON & BIRD LLP
 One Atlantic Center
 1201 West Peachtree Street

Atlanta, GA 30309-3424
jason.rosenberg@alston.com
sarah.lafantano@alston.com

        By: *s/ Anthony B. Askew*
           Anthony B. Askew
           Meunier Carlin & Curfman LLC
           999 Peachtree Street, NE, Suite 1300
           Atlanta, Georgia 30309
           Phone: 404-645-7700
           Fax: 404-645-7707
           taskew@mcciplaw.com