IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-02594-MHC |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED CONSOLIDATED PRETRIAL ORDER**

Plaintiff and Counterclaim-Defendant the Code Revision Commission, on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia ("Commission"), and Defendant and Counterclaim-Plaintiff Public.Resource.Org, Inc. ("Public Resource") jointly move for the Court to extend the deadline for filing the proposed consolidated pretrial order to thirty (30) days after the Court rules on the parties' summary judgment motions. Currently, LR 16.4 requires filing of the proposed order by April 18, 2016, yet the deadline for filing summary judgment motions under this Court's Scheduling Order (Dkt. 013)

1

is not until May 17, 2016. Both parties intend to file motions for summary judgment on or before the deadline of May 17, 2016.

Respectfully submitted, this 14th day of April, 2016.

<u>/s/Anthony B. Askew/</u>
Anthony B. Askew (G.A. Bar: 025300)
Lisa C. Pavento (G.A. Bar: 246698)
Warren J. Thomas (G.A. Bar: 164714)
Meunier Carlin & Curfman LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
taskew@mcciplaw.com
lpavento@mcciplaw.com
wthomas@mcciplaw.com

*Counsel for the Plaintiff, Code Revision Commission on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia*

<u>/s/Elizabeth H. Rader (by express permission)/</u>
Elizabeth H. Rader (pro hac vice)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3008
Fax: (202) 239-3333
elizabeth.rader@alston.com

Jason D. Rosenberg
Georgia Bar No. 510855
Sarah Parker LaFantano
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone 404-881-7461
Fax (404) 253-8861
jason.rosenberg@alston.com
sarah.lafantano@alston.com

*Counsel for the Defendant, Public.Resource.Org*

# CERTIFICATE OF COMPLIANCE

I hereby certify that, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, the foregoing **MOTION FOR EXTENSION OF TIME TO FILE PROPOSED CONSOLIDATED PRETRIAL ORDER** complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

/s/Anthony B. Askew/
Anthony B. Askew (G.A. Bar: 025300)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Telephone: 404-645-7700
Email: taskew@mcciplaw.com

# **CERTIFICATE OF SERVICE**

I, the undersigned counsel, hereby certify that on April 14, 2016, a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE PROPOSED CONSOLIDATED PRETRIAL ORDER** was electronically filed with Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

*/s/Anthony B. Askew/*
Anthony B. Askew (G.A. Bar: 025300)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Telephone: 404-645-7700
Email: taskew@mcciplaw.com