IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on Behalf of and For the Benefit of the GENERAL ASSEMBLY OF GEORGIA, and the STATE OF GEORGIA,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-2594-MHC |

## ORDER

It is hereby **ORDERED** that the Joint Motion for Extension of Time to File Proposed Consolidated Pretrial Order [Doc. 26] is **GRANTED**, and that the parties shall comply with the following schedule:

- Motions for Summary Judgment shall be filed on or before May 17, 2016.

- Responses to Motions for Summary Judgment shall be filed no later than twenty-one (21) days after service of the motion.

- Replies to such responses shall be filed no later than fourteen (14) days after service of the response.

- If necessary, the Consolidated Pretrial Order shall be filed no later than thirty (30) days after the entry of the Court's ruling on the parties' motions for summary judgment.

**IT IS SO ORDERED** this 15th day of April, 2016.

_____
MARK H. COHEN
United States District Judge