IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on Behalf of and For the Benefit of the GENERAL ASSEMBLY OF GEORGIA and the STATE OF GEORGIA, <br><br>  Plaintiff, <br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION** <br><br> **FILE NO.  1:15-CV-2594-MHC** |

### DEFENDANT PUBLIC.RESOURCE.ORG, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Public.Resource.Org., Inc. ("Public Resource") moves under Fed. R. Civ. P. 56 for summary judgment on each claim asserted by the Code Revision Commission ("Commission") and on Public Resource's counterclaim, and for such other relief as the Court deems just and reasonable.  Based on the evidentiary record, there are no triable issues of material fact.  The Official Code of Georgia Annotated ("O.C.G.A.") is the only official Code of Georgia, an edict of government, and is therefore not subject to copyright in the United States.  The O.C.G.A.'s annotations are also not protectable by copyright because they lack sufficient originality and creativity, as there are too few ways to express the facts

the annotations convey.  Even if the O.C.G.A. were copyrightable, Public Resource's scanning and posting of the O.C.G.A. would be fair use of it.

For these reasons and reasons set forth more fully in the accompanying memorandum of law, Public Resource respectfully requests that the Court grant its motion, entering judgment in favor of Public Resource on the Commission's claims and Public Resource's counterclaim.

Respectfully submitted this 17th day of May, 2016.

By: /s/ Elizabeth H. Rader
Jason D. Rosenberg
Georgia Bar No. 510855
jason.rosenberg@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone 404-881-7461
Fax (404) 253-8861

Elizabeth H. Rader
*Admitted pro hac vice*
elizabeth.rader@alston.com
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone:  202-239-3008
Fax: (202) 239-3333

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on Behalf of and For the Benefit of the GENERAL ASSEMBLY OF GEORGIA and the STATE OF GEORGIA, <br><br> Plaintiff, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | ) ) ) **CIVIL ACTION** ) ) **FILE NO.  1:15-CV-2594-MHC** ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing **Defendant Public.Resource.Org, Inc.'s Motion for Summary Judgment** was electronically filed with Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

>    */s/ Sarah P. LaFantano*
>    Sarah Parker LaFantano
>    Georgia Bar No. 734610