# EXHIBIT H

COMM000228

http://www.lexis-nexis.com/hottopics/GACode/    # of hits by calendar month

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 1,040,159 | 987,573 | 1,456,059 | 1,244,079 | 1,109,258 | 1,017,254 | 1,203,969 | 1,241,271 | 889,275 | 692,737 | 660,657 | 498,342 | 12,040,633 |
| 2008 | 513,132 | 415,979 | 780,044 | 654,011 | 677,887 | 214,514 | 331,711 | 219,525 | 866,005 | 516,266 | 199,764 | 75,838 | 5,464,676 |
| 2009 | 1,058,911 | 1,013,204 | 1,140,196 | 1,009,692 | 594,827 | 747,102 | 782,623 | 961,173 | 818,432 | 928,300 | 658,521 | 811,783 | 10,524,764 |
| 2010 | 892,446 | 817,637 | 571,882 | 855,138 | 702,132 | 661,946 | 740,491 | 730,105 | 671,126 | 625,934 | 491,377 | 509,377 | 8,269,591 |
| 2011 | 304,397 | 524,998 | 747,034 | 605,831 | 637,787 | 647,646 | 631,589 | 603,881 | 555,969 | 649,497 | 491,047 | 501,584 | 6,901,260 |
| 2012 | 572,582 | 667,748 | 628,923 | 590,835 | 575,833 | 580,278 | 551,285 | 535,537 | 738,099 | 835,361 | 702,745 | 592,614 | 7,571,840 |
| 2013 | 681,915 | 680,530 | 651,304 | 718,192 | 719,006 | 545,081 | 631,680 | 756,129 | 725,419 | 773,252 | 663,616 | 601,788 | 8,147,912 |
| 2014 | 703,515 | 690,993 | 721,643 | 768,204 | 979,283 | 972,489 | 1,035,929 | 915,720 | 1,024,738 | 995,438 | 893,599 | 619,058 | 10,320,609 |
| 2015 | 1,035,418 | 1,010,817 | 803,766 | 892,257 | 803,799 | 868,394 | 1,294,226 | 623,952 | 813,603 | 672,246 | 570,991 | 206,211 | 9,595,680 |

**Total All Years:** 78,836,965