# EXHIBIT J



**MEUNIER CARLIN & CURFMAN LLC**
INTELLECTUAL PROPERTY LAW

**Lisa C. Pavento**
lpavento@mcciplaw.com
Direct Dial 678-869-7752

March 29, 2016

**VIA E-MAIL**

Elizabeth H. Rader
Alston & Bird LLP
950 F Street, NW
Washington, DC 2004

Jason D. Rosenberg
Sarah Parker LaFantano
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

   Re: *Code Revision Commission v. Public.Resource.Org, Inc.*
      United States District Court for the Northern District of Georgia
      Civil Action No. 1:15-cv-02594-MHC

Dear Counsel,

  In response to Public Resource's First Requests for Production of Documents, we provide herewith a link to Commission's document production containing documents bearing Bates numbers COMM0000229 – COMM000260.

  Pursuant to Section 7 of the Protective Order, and in further response to Public Resource's Interrogatory No. 5, Commission states that it received royalties from the licensing fees of the CD-ROM and on-line versions of the O.C.G.A. in the amount of $86,747.91 in the state's fiscal year 2014.

      We have identified several privileged documents that we are not producing.  Please let us know if you need additional information about these documents.  We note that you have not identified any privileged documents of Public Resource.

Sincerely,

Lisa C. Pavento
Of Counsel


Enclosure

cc:    Anthony B. Askew, Esq.
        Warren J. Thomas, Esq.