# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION<br>on Behalf of and For the Benefit of the<br>GENERAL ASSEMBLY OF GEORGIA,<br>and the STATE OF GEORGIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　Defendant. | CIVIL ACTION<br>NO. 1:15-cv-2594-MHC |

# DECLARATION OF EDWARD WALTERS IN SUPPORT OF PUBLIC.RESOURCE.ORG's MOTION FOR SUMMARY JUDGMENT

I, Edward Walters, declare and state as follows:

1. I have personal knowledge of the facts stated in this Declaration and know them to be true and correct except as otherwise stated. I could competently testify to them if called as a witness.

2. I am trained as a lawyer and received a J.D. from the University of Chicago Law School, where I was an Editor of the University of Chicago Law Review. I am a member of the Virginia State Bar and the D.C. Bar, and I am

admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Fourth Circuit, and the U.S. Court of Appeals for the Fifth Circuit.

3. From May 1991 to January 1993, I served in The White House Office of Media Affairs, then the Office of Presidential Speechwriting, where I conducted research and wrote speeches for President George H.W. Bush.

4. From November 1997 to November 1999, I was an attorney at the firm of Covington & Burling.

5. From November 1999 until the present, I have been the co-Founder and CEO of Fastcase, a legal publishing company.

6. Since May 2014, I have served as an Adjunct Professor at the Georgetown University Law Center where I teach a class on the Law of Robots.

7. Since August 2013, I have served on the Board of Directors of Public.Resource.Org.  I also serve as the Vice Chair of the Board of Directors of ProBono.Net.

8. My company, Fastcase, provides subscribers a comprehensive legal research service, including cases, statutes, regulations, court rules, and constitutions for all 50 states. We also provide access to a comprehensive library law journals and other materials in partnership with HeinOnline, a joint service which won the New Product of the Year award in 2014 from the American Association of Law Libraries.

9. The Fastcase service is often offered to end users as part of an arrangement with state and local bar associations, who contract with us so they may offer this as a free benefit to their members.

10. In January 2011, Fastcase and the State Bar of Georgia announced a partnership which made the Fastcase service available to the 42,000 members of the State Bar of Georgia.

11. We have attempted, on numerous occasions to license the Official Code of Georgia from the State of Georgia and LexisNexis, however we have been informed that no license would be granted, at any price.

12. As part of our service to all of our subscribers, we offer a version of the Code of Georgia, but it is what OCGA 1-1-1 terms an "unofficial compilation." In particular, we write our own section titles and catchlines. Members of the State Bar of Georgia thus access this unofficial compilation instead of the Official Code of Georgia Annotated when they access our service.

//

13. Fastcase would prefer to offer the Official Code of Georgia Annotated, instead of an unofficial compilation, to our subscribers as that is the version of these edicts of government that is promulgated by the State of Georgia.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February __10__, 2016, in Washington, District of Columbia

_____
EDWARD WALTERS