# EXHIBIT M

Senate Bill 340

By: Senators Stone of the 23rd and Hufstetler of the 52nd

**AS PASSED**

A BILL TO BE ENTITLED

AN ACT

1   To amend the Official Code of Georgia Annotated, so as to revise, modernize, correct errors

2   or omissions in, and reenact the statutory portion of said Code, as amended, in furtherance

3   of the work of the Code Revision Commission; to repeal portions of said Code, or Acts in

4   amendment thereof, which have become obsolete, have been declared to be unconstitutional,

5   or have been preempted or superseded by subsequent laws; to provide for other matters

6   relating to revision, reenactment, and publication of said Code; to provide for effect in event

7   of conflicts; to provide for effective dates; to repeal conflicting laws; and for other purposes.

8            BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

9                                        **SECTION 1.**

10   Reserved.

11                                       **SECTION 2.**

12   Title 2 of the Official Code of Georgia Annotated, relating to agriculture, is amended in:

13   (1)   Code Section 2-8-90, relating to definitions regarding the Agricultural Commodity

14   Commission for Georgia Grown Products, by redesignating current paragraphs (5) and (6)

15   as new paragraphs (6) and (5), respectively, and reordering such paragraphs so as to put

16   definitions in alphabetical order.

17   (2)   Code Section 2-8-93, relating to the composition and membership of the Agricultural

18   Commodity Commission for Georgia Grown Products, in paragraph (4) of subsection (a), by

19   replacing "House of Representatives Committee on Agriculture and Consumer Affairs" with

20   "House Committee on Agriculture and Consumer Affairs" and in subsections (b) and (c) and

21   paragraph (3) of subsection (d), by replacing "appointive" with "appointed".

22   (3)   Code Section 2-8-98, relating to the recommendation of promulgation of a marketing

23   order by the Agricultural Commodity Commission for Georgia Grown Products, in

24   paragraph (1), by replacing "name; provided" with "name; and provided".

25  (4)  Code Section 2-8-99, relating to amendments to marketing orders, notice, rules and
26  regulations, and termination of orders by the Agricultural Commodity Commission for
27  Georgia Grown Products, in paragraph (1) of subsection (a), by replacing "appointive" with
28  "appointed".


29                                **SECTION 3.**
30  Reserved.


31                                **SECTION 4.**
32  Reserved.


33                                **SECTION 5.**
34  Reserved.


35                                **SECTION 6.**
36  Reserved.


37                                **SECTION 7.**
38  Reserved.


39                                **SECTION 8.**
40  Title 8 of the Official Code of Georgia Annotated, relating to buildings and housing, is
41  amended in:
42  (1) Code Section 8-2-144, relating to reporting and accounting for fees by the Commissioner
43  of Insurance, by replacing "Senate Budget Office" with "Senate Budget and Evaluation
44  Office" and "House Budget Office" with "House Budget and Research Office".


45                                **SECTION 9.**
46  Reserved.


47                                **SECTION 10.**
48  Title 10 of the Official Code of Georgia Annotated, relating to commerce and trade, is
49  amended in:
50  (1) Code Section 10-1-393, relating to unfair or deceptive practices in consumer transactions
51  unlawful and examples, in subparagraph (b)(16)(N), by replacing "Chapter 17 of Title 48"
52  with "Article 3 of Chapter 27 of Title 50".

53                          **SECTION 11.**
54   Reserved.


55                          **SECTION 12.**
56   Title 12 of the Official Code of Georgia Annotated, relating to conservation and natural
57   resources, is amended in:
58   (1)  Code Section 12-3-50, relating to the powers and duties of the Department of Natural
59   Resources as to historic preservation and promotion, by designating the introductory text as
60   subsection (a) and by redesignating paragraph (7) as subsection (b).


61                          **SECTION 13.**
62   Reserved.


63                          **SECTION 14.**
64   Reserved.


65                          **SECTION 15.**
66   Title 15 of the Official Code of Georgia Annotated, relating to courts, is amended in:
67   (1)  Code Section 15-1-16, relating to mental health court divisions, after paragraph (3) of
68   subsection (a), by inserting a paragraph (4) designation preceding the subparagraph (A)
69   designation.
70   (2)  Code Section 15-3-4, relating to the election and term of office of Judges of the Court
71   of Appeals, in the introductory text, by replacing "state election to be held on Tuesday after
72   the first Monday in November of the even-numbered years" with "primary in each
73   even-numbered year".
74   (3)   Code Section 15-6-77.4, relating to an additional divorce case filing fee for the
75   Children's Trust Fund, in subsection (a), by replacing "House Budget Office" with "House
76   Budget and Research Office" and "Senate Budget Office" with "Senate Budget and
77   Evaluation Office".
78   (4) Code Section 15-9-60.1, relating to an additional marriage license fee for the Children's
79   Trust Fund, by replacing "House Budget Office" with "House Budget and Research Office"
80   and "Senate Budget Office" with "Senate Budget and Evaluation Office".
81   (5)   Code Section 15-11-282, relating to the service of a summons in regard to the
82   termination of parental rights, at the end of subsection (c), by replacing "request" with
83   "requested".
84   (6)  Code Section 15-18-12, relating to travel expenses, provision of county vehicle, and
85   budget request for state funds regarding district attorneys, in paragraph (3) of subsection (e),

86    by replacing "House Budget Office" with "House Budget and Research Office" and "Senate

87    Budget Office" with "Senate Budget and Evaluation Office".

88    (7) Code Section 15-21-74, relating to the assessment and collection of penalties, transfer

89    of payments to Georgia Superior Court Clerks' Cooperative Authority, and quarterly

90    accounting regarding peace officer, prosecutor, and indigent defense funding, by replacing

91    "House Budget Office" with "House Budget and Research Office" and "Senate Budget

92    Office" with "Senate Budget and Evaluation Office".

93    (8) Code Section 15-21-113, relating to the assessment and collection of penalty, payment

94    to the Georgia Superior Court Clerks' Cooperative Authority, and quarterly reports and

95    accounting regarding compensation to victims of violators of driving under the influence

96    statute, by replacing "House Budget Office" with "House Budget and Research Office" and

97    "Senate Budget Office" with "Senate Budget and Evaluation Office".

98    (9) Code Section 15-21A-6.1, relating to the judicial operations fund fee and collection and

99    reporting procedure, in subsection (c), by replacing "House Budget Office" with "House

100   Budget and Research Office" and "Senate Budget Office" with "Senate Budget and

101   Evaluation Office".

102   (10) Code Section 15-21A-6.2, relating to the exemption from judicial operations fund fee

103   and collection and reporting procedures, in subsection (c), by replacing "House Budget

104   Office" with "House Budget and Research Office" and "Senate Budget Office" with "Senate

105   Budget and Evaluation Office".

106   (11) Code Section 15-21A-7, relating to judicial rules, regulations, reporting, and accounting

107   by the Georgia Superior Court Clerks' Cooperative Authority, in subsection (c), by replacing

108   "House Budget Office" with "House Budget and Research Office" and "Senate Budget

109   Office" with "Senate Budget and Evaluation Office".

110                                     **SECTION 16.**

111   Title 16 of the Official Code of Georgia Annotated, relating to crimes and offenses, is

112   amended in:

113   (1) Code Section 16-13-21, relating to definitions regarding schedules, offenses, and

114   penalties in the regulation of controlled substances, by redesignating and reordering current

115   paragraph (29) as new paragraph (17.1), so as to put definitions in alphabetical order.

116   (2) Code Section 16-13-71, relating to the definitions of dangerous drugs, by redesignating

117   current paragraphs (77.5) and (78) as new paragraphs (78) and (77.5), respectively, and

118   reordering such paragraphs so as to put definitions in alphabetical order.

119                                          **SECTION 17.**

120    Title 17 of the Official Code of Georgia Annotated, relating to criminal procedure, is

121    amended in:

122    (1) Code Section 17-5-22, relating to the issuance of search warrants by judicial officers

123    generally and maintenance of docket record of warrants issued, in the last sentence, by

124    inserting "that" after "however," and by inserting a comma after "him".

125    (2) Code Section 17-5-32, relating to search and seizure of documentary evidence in the

126    possession of an attorney and exclusion of illegally obtained evidence, in subsection (d), by

127    replacing "case in chief" with "case-in-chief".

128    (3) Code Section 17-10-6.1, relating to punishment for serious violent offenders and

129    authorization for reduction in mandatory minimum sentencing, in paragraph (4) of

130    subsection (c), by replacing "however, during" with "however, that during".

131    (4) Code Section 17-12-7, relating to the Georgia Public Defender Standards Council

132    councilmembers, responsibilities, voting, removal, quorum, meetings, officers, and expenses,

133    in subsection (c), by replacing "council members" with "councilmembers".

134    (5) Code Section 17-15-8, relating to victim compensation and required findings, amount

135    of award, rejection of claim, reductions, exemption from garnishment and execution,

136    exemption from treatment as ordinary income, effective date for awards, psychological

137    counseling for relatives of deceased, and memorials for victims of DUI homicide, in

138    paragraph (1) of subsection (c), by replacing "with respect" with "that with respect" each

139    time the term appears.

140    (6) Code Section 17-17-7, relating to the notification to a victim of an accused's arrest and

141    proceedings where the accused's release is considered and the victim's right to express an

142    opinion in pending proceedings and to file a written complaint in the event of release, in

143    subsection (e), by designating the introductory text as paragraph (1) and by redesignating

144    current paragraphs (1) and (2) as new paragraphs (2) and (3), respectively.

145    (7) Code Section 17-17-9, relating to the exclusion of a testifying victim from criminal

146    proceedings and separate victims' waiting areas, in subsection (b), by replacing "Code

147    Section 24-6-616" with "Code Section 24-6-615".

148    (8) Code Section 17-17-14, relating to a victim being required to provide a current address

149    and phone number to notifying parties, in paragraph (2) of subsection (a), by deleting "and"

150    after the semicolon at the end.


151                                          **SECTION 18.**

152    Reserved.

153                                    **SECTION 19.**

154   Title 19 of the Official Code of Georgia Annotated, relating to domestic relations, is

155   amended in:

156   (1)   Code Section 19-11-30.2, relating to definitions and information from financial

157   institutions regarding the "Child Support Recovery Act," in paragraph (3) of subsection (a),

158   by deleting "listed in paragraph (3) of this subsection".

159   (2) Code Section 19-11-32, relating to the process to collect delinquent support accounts and

160   limitation regarding child support recovery actions, in subsection (c), by replacing

161   "paragraph (3)" with "paragraph (2)".


162                                    **SECTION 20.**

163   Title 20 of the Official Code of Georgia Annotated, relating to education, is amended in:

164   (1)   Code Section 20-1A-30, relating to definitions regarding background checks in the

165   Department of Early Care and Learning, in subparagraph (C) of paragraph (3), by deleting

166   ", relating to battery,".

167   (2) Code Section 20-2-54, which is repealed, by designating said Code section as reserved.

168   (3) Code Section 20-2-102, which is repealed, by designating said Code section as reserved.

169   (4) Code Section 20-2-105, which is repealed, by designating said Code section as reserved.

170   (5) Code Section 20-2-106, which is repealed, by designating said Code section as reserved.

171   (6) Code Section 20-2-107, which is repealed, by designating said Code section as reserved.

172   (7)   Code Section 20-2-320, relating to the Education Information Steering Committee,

173   identification of data to implement the Quality Basic Education Program, and the state-wide

174   comprehensive educational information network, in subsection (c), by replacing "Senate

175   Budget Office" with "Senate Budget and Evaluation Office", "House Budget Office" with

176   "House Budget and Research Office", and "House and Senate Appropriations, Education,

177   Education and Youth, and Higher Education committees" with "House and Senate

178   Appropriation Committees, the House Committee on Education, the Senate Education and

179   Youth Committee, the House Committee on Higher Education, and the Senate Higher

180   Education Committee".

181   (8)   Article 13 of Chapter 2 of Title 20, which is repealed, by designating said article as

182   reserved.

183   (9)   Article 24 of Chapter 2 of Title 20, which is repealed, by designating said article as

184   reserved.

185   (10)   Code Section 20-2-2062, relating to definitions regarding charter schools, in

186   paragraph (3.1), by replacing "Code Section 20-2-2063.1" with "Code Section 20-2-2063.2".

187  (11)   Code Section 20-2-2114, relating to qualifications for scholarship, financial
188  responsibility, state-wide assessments, exception, and compliance, in paragraph (3) of
189  subsection (a), by deleting "(IEP)" after "Individualized Education Program".

190  (12)  Code Section 20-3-45.1, relating to the powers and duties of the Georgia Historical
191  Records Advisory Council, in paragraph (10), by replacing "this part" with "this article".

192  (13)   Code Section 20-3-133, relating to payments from the Board of Regents of the
193  University System of Georgia to local operating authorities, local support from fees and
194  taxes, and audits, by replacing "Senate Budget Office" with "Senate Budget and Evaluation
195  Office" and "House Budget Office" with "House Budget and Research Office".

196  (14) Code Section 20-14-26.1, relating to the authority to incorporate nonprofit corporation
197  as public foundation, requirements, Public Education Innovation Fund Foundation, and
198  reporting regarding the Office of Student Achievement, in subsection (a), by replacing
199  "department" with "office".

200                                          **SECTION 21.**

201  Title 21 of the Official Code of Georgia Annotated, relating to elections, is amended in:

202  (1)  Code Section 21-4-3, relating to definitions regarding the recall of public officers, in
203  paragraph (10), by deleting "as defined in paragraph (4) of this Code section" and by
204  redesignating and reordering said current paragraph (10) as new paragraph (3.1), so as to put
205  definitions in alphabetical order.

206                                          **SECTION 22.**

207  Reserved.

208                                          **SECTION 23.**

209  Title 23 of the Official Code of Georgia Annotated, relating to equity, is amended in:

210  (1) Code Section 23-3-125, relating to civil investigative demands under taxpayer protection
211  against false claims, in subsection (k), by inserting a paragraph (3) designation preceding the
212  subparagraph (A) designation following subparagraph (k)(2)(B).

213                                          **SECTION 24.**

214  Reserved.

215                                          **SECTION 25.**

216  Title 25 of the Official Code of Georgia Annotated, relating to fire protection and safety, is
217  amended in:

218  (1)   Code Section 25-9-13, relating to penalties for violations of the chapter, bonds,
219  enforcement, advisory committee, dispose of settlement recommendations regarding blasting
220  or excavating near utility facilities, in subparagraph (h)(2)(A), by deleting the subsection (h)
221  designation preceding the subparagraph (2)(A) designation.

222                                        **SECTION 26.**
223  Reserved.

224                                        **SECTION 27.**
225  Reserved.

226                                        **SECTION 28.**
227  Title 28 of the Official Code of Georgia Annotated, relating to the General Assembly, is
228  amended in:
229  (1)   Code Section 28-5-6, relating to the powers, duties, and responsibilities of the Senate
230  Budget Office and the House Budget Office, by replacing "Senate Budget Office" with
231  "Senate Budget and Evaluation Office" and "House Budget Office" with "House Budget and
232  Research Office" each time those terms appear throughout said Code section and in
233  subsection (c) by replacing "House Appropriations Committee" with "House Committee on
234  Appropriations", "House Budget and Fiscal Affairs Oversight Committee" with "House
235  Committee on Budget and Fiscal Affairs Oversight", and "Speaker of the House" with
236  "Speaker of the House of Representatives".
237  (2)   Code Section 28-5-42, relating to the introduction of bills having significant impact upon
238  anticipated revenues or expenditures and furnishing of fiscal notes by the General Assembly,
239  in paragraph (1) of subsection (c), by replacing "Senate Budget Office" with "Senate Budget
240  and Evaluation Office" and "House Budget Office" with "House Budget and Research
241  Office".
242  (3)   Code Section 28-9-5, relating to the publication of the Official Code of Georgia
243  Annotated, the authority to make corrections and editorial changes, the authority to introduce
244  legislation, and the effect of corrections and changes, by:
245      (A)   Redesignating current subsection (c) as new undesignated text at the end of
246      subsection (a) and by replacing "subsection (a) of this Code section" with "this
247      subsection" and "subsection (b)" with "subsection (c)" in said undesignated text;
248      (B)   Redesignating current subsection (b) as new subsection (c);
249      (C)   Codifying subsection (d) of Section 54 of an Act to amend the Official Code of
250      Georgia Annotated, so as to revise, modernize, and correct errors or omissions in said

14                                                                              SB 340/AP

251     Code in furtherance of the work of the Code Revision Commission, approved April 24,

252     2013 (Ga. L. 2013, p. 141), as new subsection (b) to read as follows:

253     "(b)  For purposes of publishing volumes, replacement volumes, and supplements to the

254     Official Code of Georgia Annotated pursuant to this chapter: legislation enacted at the

255     same session of the General Assembly and amending the same statutory provision shall be

256     considered in pari materia, and full effect shall be given to each if that is possible; Acts

257     enacted during the same session shall be treated as conflicting with each other only to the

258     extent that they cannot be given effect simultaneously; in the event of such a conflict, the

259     latest enactment, as determined by the order in which bills became law with or without the

260     approval of the Governor, shall control to the extent of the conflict unless the latest

261     enactment contains a provision expressly ceding control in such an event; and language

262     carried forward unchanged in one amendatory Act shall not be read as conflicting with

263     changed language contained in another Act passed during the same session."; and

264     (D)  Adding to the end of new subsection (c) the following:

265     "Except as otherwise provided by law, such reenactment of the Official Code of Georgia

266     Annotated shall have the effect of adopting and giving force and effect of law to all the

267     statutory text and numbering as contained in such volumes, pocket parts, and supplements,

268     including but not limited to provisions as published therein in accordance with subsections

269     (a) and (b) of this Code section."


270                                   **SECTION 29.**

271     Title 29 of the Official Code of Georgia Annotated, relating to guardian and ward, is

272     amended in:

273     (1)  Code Section 29-5-32, relating to the investment of estate funds by a conservator, in

274     paragraph (12), by repealing and reserving said paragraph, which refers to an obsolete entity.


275                                   **SECTION 30.**

276     Reserved.


277                                   **SECTION 31.**

278     Title 31 of the Official Code of Georgia Annotated, relating to health, is amended in:

279     (1)  Code Section 31-8-179.2, relating to the Department of Community Health authorized

280     to assess one or more provider payments on hospitals for the purpose of obtaining federal

281     financial participation for Medicaid, in the introductory text of subsection (a), by replacing

282     "42 CFR 433.68" with "42 C.F.R. 433.68" and in paragraph (2) of subsection (a), by inserting

283     a comma after "2012".

284    (2) Article 10 of Chapter 8, relating to the Georgia Alzheimer's and Related Dementias State
285    Plan Task Force, which task force stands abolished on March 31, 2014, is hereby repealed.

### SECTION 32.

287    Reserved.

### SECTION 33.

289    Title 33 of the Official Code of Georgia Annotated, relating to insurance, is amended in:

290    (1) Code Section 33-13-3.1, relating to the acquisition of insurer and effect on competition
291    regarding insurance holding company systems, in subsection (f), by replacing "Paragraphs"
292    with "Subsections".

293    (2) Code Section 33-23-12, relating to limited licenses regarding insurance agents, agencies,
294    subagents, counselors, and adjusters, in subsection (a), by replacing "this Code Section" with
295    "this Code section".

296    (3) Code Section 33-24-21.1, relating to group accident and sickness insurance contracts,
297    conversion privilege and continuation right provisions, and impact of federal legislation, in
298    subsection (n), by designating the introductory text as paragraph (1) and by redesignating
299    current paragraphs (1) and (2) as new paragraphs (2) and (3), respectively.

300    (4) Code Section 33-29-22, relating to notice of individual accident and sickness insurance
301    policy premium increase and notification of impact of the Patient Protection and Affordable
302    Care Act, in subsection (b), by replacing "paragraph" with "subsection".

303    (5) Code Section 33-29A-9, relating to the discontinuance of state assignment of health care
304    policies under the Georgia Health Insurance Assignment System and the Georgia Health
305    Benefits Assignment System, by designating the introductory text as subsection (a), by
306    redesignating paragraph (1) as subsection (b), and in paragraph (2), by replacing "paragraph"
307    with "subsection" and by redesignating said paragraph as subsection (c).

308    (6) Code Section 33-30-13, relating to notices of group or blanket accident and sickness
309    insurance premium increases to be mailed or delivered to group policyholder and notification
310    of impact of federal Patient Protection and Affordable Care Act, in subsection (b), by
311    replacing "paragraph" with "subsection".

### SECTION 34.

313    Title 34 of the Official Code of Georgia Annotated, relating to labor and industrial relations,
314    is amended in:

315    (1) Code Section 34-14-20, relating to definitions regarding local workforce and the Georgia
316    Workforce Investment Board, in division (5)(A)(i), by replacing "Army, Navy, Air Force,

317   Coast Guard, or Marine Corps of the United States" with "United States army, navy, air
318   force, coast guard, or marine corps".
319   (2) Code Section 34-14-28, relating to the definition of supportive services and the payment
320   cap as established by the Georgia Workforce Investment Board, in subsection (a), by
321   replacing "needs-related" with "needs related".

322                                   **SECTION 35.**
323   Title 35 of the Official Code of Georgia Annotated, relating to law enforcement officers and
324   agencies, is amended in:
325   (1) Code Section 35-2-41.1, relating to the donation or conveyance of property, equipment,
326   or services to the Department of Public Safety and procedure, in subsection (a), by replacing
327   "Senate Budget Office" with "Senate Budget and Evaluation Office" and "House Budget
328   Office" with "House Budget and Research Office".

329                                   **SECTION 36.**
330   Title 36 of the Official Code of Georgia Annotated, relating to local government, is amended
331   in:
332   (1) Code Section 36-80-21, relating to definitions and electronic transmission of budgets
333   regarding general provisions applicable to counties, municipal corporations, and other
334   governmental entities, in subparagraph (a)(2)(B), by replacing "paragraph (3) of subsection
335   (a) of Code Section 20-2-167" with "Code Section 20-2-67".

336                                   **SECTION 37.**
337   Reserved.

338                                   **SECTION 38.**
339   Reserved.

340                                   **SECTION 39.**
341   Reserved.

342                                   **SECTION 40.**
343   Title 40 of the Official Code of Georgia Annotated, relating to motor vehicles and traffic, is
344   amended in:
345   (1) Code Section 40-1-161, relating to the revocation, alteration, or amendment of a
346   limousine certificate, by inserting a comma between "Act" and the quotation mark.

347   (2) Code Section 40-2-152, relating to fees for apportionable vehicles and restricted license

348   plates for vehicles, in subsection (d), by inserting a comma after "plates".

349   (3) Code Section 40-8-91, relating to marking and equipment of law enforcement vehicles

350   and motorist allowed to continue to safe location before stopping for law enforcement officer

351   vehicles, in subsection (b), by deleting the undesignated paragraph at the end of such

352   subsection as such paragraph was automatically repealed on June 30, 2013.

353                                        **SECTION 41.**

354   Reserved.

355                                        **SECTION 42.**

356   Title 42 of the Official Code of Georgia Annotated, relating to penal institutions, is amended

357   in:

358   (1) Code Section 42-8-1, relating to the creation, composition, selection of members, and

359   terms of office regarding the Advisory Council for Probation, by replacing "council

360   members" with "councilmembers".

361                                        **SECTION 43.**

362   Title 43 of the Official Code of Georgia Annotated, relating to professions and businesses,

363   is amended in:

364   (1) Code Section 43-11-1, relating to definitions relative to general provisions regarding

365   dentists, dental hygienists, and dental assistants, in paragraph (8), by replacing "state board"

366   with "board".

367   (2) Code Section 43-14-6, relating to the powers and duties of the divisions of electrical

368   contractors, plumbers, conditioned air contractors, low-voltage contractors, and utility

369   contractors, at the beginning of paragraph (1) of subsection (d), by replacing "With respect

370   to Conditioned Air Contractor Class I and Class II licenses, the Division of Conditioned Air

371   Contractors shall be authorized to require persons seeking renewal of licenses" with "The

372   Division of Conditioned Air Contractors shall be authorized to require persons seeking

373   renewal of Conditioned Air Contractor Class I and Class II licenses"; at the beginning of

374   paragraph (1) of subsection (e), by replacing "With respect to Electrical Contractor Class I

375   and Class II licenses, the Division of Electrical Contractors shall be authorized to require

376   persons seeking renewal of licenses" with "The Division of Electrical Contractors shall be

377   authorized to require persons seeking renewal of Electrical Contractor Class I and Class II

378   licenses"; at the beginning of paragraph (1) of subsection (f), by replacing "With respect to

379   utility foreman certificates and utility manager certificates issued under this chapter, the

380   Division of Utility Contractors shall be authorized to require persons seeking renewal of such

381  certificates" with "The Division of Utility Contractors shall be authorized to require persons
382  seeking renewal of utility foreman certificates and utility manager certificates issued under
383  this chapter"; and at the beginning of paragraph (1) of subsection (g), by replacing "With
384  respect to Journeyman Plumber, Master Plumber Class I, and Master Plumber Class II
385  licenses, the Division of Master Plumbers and Journeyman Plumbers shall be authorized to
386  require persons seeking renewal of such licenses" with "The Division of Master Plumbers
387  and Journeyman Plumbers shall be authorized to require persons seeking renewal of
388  Journeyman Plumber, Master Plumber Class I, and Master Plumber Class II licenses".

389  (3) Code Section 43-14-15, relating to certain military certifications that entitle persons to
390  obtain certain professional licenses, in subsections (b) and (c), by replacing "meet or exceed"
391  with "meets or exceeds".

392  (4)  Code Section 43-26-50, relating to definitions relative to mandatory reporting
393  requirements for nurses, by revising paragraph (1) as follows:

394      "(1) 'Board' means the Georgia Board of Nursing~~, with respect to registered professional~~
395      ~~nurses and advanced practice registered nurses, and the Georgia Board of Examiners of~~
396      ~~Licensed Practical Nurses, with respect to licensed practical nurses~~."

397  (5) Code Section 43-26-51, relating to the mandatory reporting requirement for violations
398  of grounds for discipline and no reporting requirement for knowledge obtained via privileged
399  communications for nurses, by replacing "applicable board" with "board" each time the term
400  appears.

401  (6) Code Section 43-26-52, relating to institutional reporting requirements and voluntary
402  suspension to alternative to discipline program not subject to reporting requirements for
403  nurses, by replacing "applicable board" with "board", "such board" with "the board", and
404  "Each board" with "The board" each time those terms appear.

405  (7)  Code Section 43-26-53, relating to reportable incidents for nurses, by replacing
406  "applicable board" with "board" each time the term appears.

407  (8) Code Section 43-26-54, relating to court orders and citation for civil contempt for nurses,
408  by replacing "applicable board" with "board" each time the term appears.

409  (9) Code Section 43-26-55, relating to immunity from liability for good-faith reporting for
410  nurses, by replacing "applicable board" with "board" each time the term appears.

411  (10)  Code Section 43-34-5, relating to election of the Georgia Composite Medical Board
412  officers, reimbursement of members, meetings, powers and duties, and no restriction on
413  licenses, in paragraph (8), by replacing "limited, to" with "limited to,".

414  (11)  Code Section 43-41-18, relating to certain military specialties or certifications that
415  entitle persons to obtain certain professional licenses and definitions regarding residential
416  and general contractors, in subsection (c), by replacing "meet or exceed" with "meets or
417  exceeds".

418   **SECTION 44.**

419   Title 44 of the Official Code of Georgia Annotated, relating to property, is amended in:

420   (1)  Code Section 44-14-361.5, relating to liens of persons without privity of contract in

421   regard to mechanics and materialmen, in subsection (a), by replacing "Notice to Contractor"

422   with "notice to contractor".


423   **SECTION 45.**

424   Title 45 of the Official Code of Georgia Annotated, relating to public officers and employees,

425   is amended in:

426   (1) Code Section 45-9-4, relating to the commissioner of administrative services to purchase

427   insurance or indemnity contracts, self-insurance program, Hazardous Materials Liability

428   Reserve Fund, insurer becoming insolvent, and provision of liability coverage to nonprofit

429   agencies and employees contracting with certain state agencies, each time the term appears

430   in subsection (e), by replacing "Georgia State Finance and Investment Commission" with

431   "Georgia State Financing and Investment Commission".

432   (2)  Code Section 45-11-4, relating to unprofessional conduct, misdemeanor, applicability,

433   and indictment regarding miscellaneous offenses concerning public officers and employees,

434   in paragraphs (1), (2), and (3) of subsection (a), by replacing "shall mean" with "means".

435   (3)  Code Section 45-12-75.1, relating to zero-base budgeting, intent, and departmental

436   priority lists regarding management of budgetary and financial affairs by the Office of

437   Planning and Budget, in subsection (b), by replacing "House Budget Office and Senate

438   Budget Office" with "House Budget and Research Office and Senate Budget and Evaluation

439   Office" each time those terms appear.

440   (4) Code Section 45-12-82, relating to periodic work programs to be filed, funds not to be

441   allotted until program approved, content and form of program, amendment of program, and

442   filing of copies of program regarding management of budgetary and financial affairs by the

443   Governor's Office of Planning and Budget, by replacing "Senate Budget Office, and the

444   House Budget Office" with "Senate Budget and Evaluation Office, and the House Budget

445   and Research Office".

446   (5) Code Section 45-12-85, relating to the examination and investigation of periodic work

447   programs and requests for allotment of funds regarding management of budgetary and

448   financial affairs by the Office of Planning and Budget, in subsection (b), by replacing "House

449   Budget Office and the Senate Budget Office" with "House Budget and Research Office and

450   the Senate Budget and Evaluation Office".

451   (6)  Code Section 45-12-95, relating to the duty of Office of Planning and Budget to

452   encourage state agencies to identify and implement cost-saving measures and to decentralize

453   state government, in subsection (d), by replacing "House Budget Office and the Senate

454   Budget Office" with "House Budget and Research Office and the Senate Budget and
455   Evaluation Office".

456   (7)   Code Section 45-12-110, relating to notification of intention to apply for federal
457   assistance and adoption and promulgation of rules and regulations and forms by House
458   Budget Office, Senate Budget Office, and director of Office of Planning and Budget, in
459   subsections (a) and (b), by replacing "House Budget Office, the Senate Budget Office" with
460   "House Budget and Research Office, the Senate Budget and Evaluation Office".

461   (8)   Code Section 45-13-22, relating to the distribution of Georgia Laws and journals of
462   House and Senate and pricing as part of the powers and duties of the Secretary of State, in
463   paragraph (21) of subsection (c), by replacing "House Budget Office and Senate Budget
464   Office" with "House Budget and Research Office and Senate Budget and Evaluation Office".

465   (9)   Article 3 of Chapter 13 of Title 45, which is redesignated and repealed, by designating
466   said article as reserved.

467   (10)   Code Section 45-15-13, relating to representation of state authorities by the Attorney
468   General, by deleting "Georgia Building Authority (Hospital), Georgia Building Authority
469   (Markets),"  which refers to obsolete entities.

470   (11)   Code Section 45-16-27, relating to death investigations by coroners and when inquest
471   is to be held, special situations, coroner's fee, issuance of subpoenas for books, records, or
472   papers, cost of copying, and limited disclosure of photographs, in subsection (b.1), by
473   replacing "coroner may, elect" with "coroner may elect".

## SECTION 46.

474

475   Title 46 of the Official Code of Georgia Annotated, relating to public utilities and public
476   transportation, is amended in:

477   (1)   Code Section 46-2-26.3, relating to recovery of costs of conversion from oil-burning to
478   coal-burning generating facility, filing of request, public hearing, determination of rate, and
479   adjustments regarding the jurisdiction, powers, and duties generally of the Public Service
480   Commission, in subparagraph (b)(3)(A), by deleting the subsection (b) designation preceding
481   the subparagraph (3)(A) designation.

482   (2)   Code Section 46-3-128, relating to the Municipal Electric Authority of Georgia and the
483   declaration of authority property as public property, payments by authority in lieu of taxes,
484   and tax exemption for authority property, income, obligations, and debt interest, in
485   subparagraph (b)(2)(A), by deleting the subsection (b) designation preceding the
486   subparagraph (2)(A) designation.

487   (3)   Code Section 46-5-1, relating to exercise of power of eminent domain by telephone
488   companies, placement of posts and other fixtures, regulation of construction of fixtures,
489   posts, and wires near railroad tracks, liability of telephone companies for damages, required

490   information, and due compensation, in paragraph (7) of subsection (b), by replacing
491   "subsection (b) of this Code section" with "this subsection".
492   (4) Code Section 46-5-121, relating to legislative intent by the General Assembly regarding
493   the emergency telephone number 9-1-1 system, in subsections (b) and (c), by replacing
494   "life-saving" with "lifesaving".

495                                        **SECTION 47.**
496   Reserved.

497                                        **SECTION 48.**
498   Title 48 of the Official Code of Georgia Annotated, relating to revenue and taxation, is
499   amended in:
500   (1)   Code Section 48-5-7.6, relating to the definition of "brownfield property", related
501   definitions, qualifying for preferential assessment, disqualification of property receiving
502   preferential assessment, responsibilities of owners, transfers of property, costs, appeals,
503   creation of lien against property, and extension of preferential assessment in regard to ad
504   valorem taxation of property, in subparagraph (e)(1)(B), by replacing "Code section
505   36-62-5.1" with "Code Section 36-62-5.1".
506   (2) Chapter 5B of Title 48, which is repealed, by designating said chapter as reserved.
507   (3) Code Section 48-8-2, relating to definitions regarding general provisions under the state
508   sales and use tax, at the beginning of the second sentence of paragraph (7), by deleting the
509   quotation marks around "Conference bridging service"; at the beginning of the second and
510   third sentences of paragraph (12), by deleting the quotation marks around "Direct mail"; at
511   the beginning of the second sentence of paragraph (16), by deleting the quotation marks
512   around "Food and food ingredients"; at the beginning of the second and third sentences of
513   the introductory text of paragraph (17), by deleting the quotation marks around "Lease or
514   rental"; in the second sentence of the introductory text of paragraph (20.1), by deleting the
515   quotation marks around "over-the-counter drug"; in the second sentence of paragraph (21),
516   by deleting the quotation marks around "place of primary use"; in subparagraph (B) of
517   paragraph (27), by deleting the quotation marks around "Prepared food"; in paragraph (28.1),
518   by deleting the quotation marks around "computer software," and "computer software", by
519   deleting in the second sentence the quotation marks around "prewritten computer software"
520   and "prewritten computer software."; by deleting at the beginning of the third and fifth
521   sentences the quotation marks around "Prewritten computer software", and by deleting in the
522   fifth sentence the quotation marks around "prewritten computer software" and "prewritten
523   computer software."; in the undesignated text at the end of paragraph (29), by deleting the
524   quotation marks around "Prosthetic device"; in the introductory text of paragraph (31), by

525 replacing "shall himself be liable" with "shall be liable"; in the introductory text at the
526 beginning of subparagraphs (B) and (C) of paragraph (34), by deleting the quotation marks
527 around "Sales price"; in subdivision (34)(C)(iv)(II), by deleting the quotation marks around
528 "preferred customer"; at the beginning of the second and third sentences of paragraph (37),
529 by deleting the quotation marks around "Tangible personal property"; in the second sentence
530 of the introductory text of paragraph (39), by deleting the quotation marks around
531 "telecommunications service" and at the beginning of the third sentence, by deleting the
532 quotation marks around "Telecommunications service"; and at the beginning of the second
533 sentence of paragraph (43), by deleting the quotation marks around "Voice mail service".

534 (4)   Code Section 48-8-3, relating to exemptions regarding sales and use taxes, in
535 subparagraph (B) of paragraph (80), by deleting the colon following "term" and in
536 paragraph (81), by deleting the quotation marks around "Food and food ingredients".

537 (5) Code Section 48-8-17, relating to the suspension of the collection of taxes on gasoline
538 and aviation fuel and ratification of temporary suspension regarding state sales and use taxes,
539 in paragraph (4) of subsection (a), by deleting "and" after the semicolon at the end.

540 (6) Code Section 48-8-75, relating to a purchaser's immunity from liability for failure to pay
541 correct sales tax under certain circumstances, in paragraph (4) of subsection (a), by replacing
542 "databases" with "data bases".

543 (7) Code Section 48-8-89, relating to distribution and use of proceeds, certificate specifying
544 percentage of proceeds for each political subdivision, determination of proceeds for absent
545 municipalities, procedure for filing certificates, effect of failure to file, and renegotiation of
546 certificate regarding joint county and municipal sales and use tax, in paragraph (1) of
547 subsection (a), by inserting "and" after the semicolon at the end.

548 (8)   Code Section 48-8-161, relating to definitions regarding uniform sales and use tax
549 administration, in paragraph (7), by replacing "$500 million dollars" with "$500 million".

550                                    **SECTION 49.**

551 Title 49 of the Official Code of Georgia Annotated, relating to social services, is amended
552 in:

553 (1)   Code Section 49-4-193, relating to established drug testing, ineligibility for benefits
554 based upon positive tests, drug treatment, impact of drug use by parents on children,
555 confidentiality, and exceptions, in subsection (a) by replacing "Mandatory Guidelines for
556 Federal Workplace Drug Testing Programs (53 C.F.R. 11979, et seq., as amended)" with
557 "Mandatory Guidelines for Federal Workplace Drug Testing Programs established by the
558 United States Department of Health and Human Services".

559 (2)   Code Section 49-4A-2, relating to the creation of the Board of Juvenile Justice,
560 appointments, terms, vacancies, chairperson, per diem and expenses, and responsibilities and

561  duties, in paragraph (5) of subsection (b), by replacing "Senate State Judiciary Committee"
562  with "Senate Judiciary Committee".

563  (3) Code Section 49-6-62, relating to the establishment of a community care unit, provision
564  of services, annual service plan, implementation plan, annual progress report, fees and
565  contributions, and funding regarding community care and services for the elderly, in
566  subsection (g), by inserting a comma after "House Committee on Health and Human
567  Services".

568                                            **SECTION 50.**

569  Title 50 of the Official Code of Georgia Annotated, relating to state government, is amended
570  in:

571  (1) Code Section 50-7-17, relating to the State-wide Tourism Marketing Program and the
572  Georgia Tourism Foundation, in paragraph (2) of subsection (e), by replacing "Board of
573  Development" with "Board of Economic Development".

574  (2) Code Section 50-8-18, relating to energy efficient construction of major state-funded
575  facility projects, a short title, legislative findings, and "major facility project" defined, in the
576  introductory language of subsection (d), by replacing "Georgia State Finance and Investment
577  Commission" with "Georgia State Financing and Investment Commission".

578  (3) Code Section 50-17-21, relating to definitions regarding the Georgia State Financing and
579  Investment Commission, in paragraph (9), by deleting "Georgia Building Authority
580  (Markets)," which refers to an obsolete entity.

581  (4)  Code Section 50-18-72, relating to when public disclosure not required regarding
582  inspection of public records, in paragraph (26) of subsection (a), by replacing "paragraph (3)"
583  with "paragraph (5)".

584  (5) Code Section 50-25-7.1, relating to the technology empowerment fund, appropriations,
585  initiatives, and steering committee regarding the Georgia Technology Authority, by replacing
586  "Senate Budget Office" with "Senate Budget and Evaluation Office" and "House Budget
587  Office" with "House Budget and Research Office" each time those terms appear throughout
588  said Code section and in subsection (d) by replacing "House Appropriations Committee"
589  with "House Committee on Appropriations".

590  (6) Code Section 50-27-70, relating to legislative findings and definitions regarding general
591  provisions of bona fide coin operated amusement machines, in the undesignated text at the
592  end of subparagraph (b)(2)(A), by replacing "means machine" with "means a machine".

593  (7) Code Section 50-27-87, relating to master licensees and requirements and restrictions for
594  licensees regarding bona fide coin operated amusement machines, in paragraph (3) of
595  subsection (b), by replacing "location owner or location owner" with "location owner or
596  location operator".

597  (8) Code Section 50-32-11, relating to the powers of the Georgia Regional Transportation
598  Authority generally, in paragraph (26) of subsection (a), by inserting a comma after "state
599  agencies".
600  (9)  Code Section 50-34-17, relating to the establishment and duties of the OneGeorgia
601  Authority Overview Committee, in subsection (a), by replacing "Senate Budget Office" with
602  "Senate Budget and Evaluation Office" and "House Budget Office" with "House Budget and
603  Research Office".

604                                          **SECTION 51.**
605  Reserved.

606                                          **SECTION 52.**
607  Title 52 of the Official Code of Georgia Annotated, relating to waters of the state, ports, and
608  watercraft, is amended in:
609  (1)   Code Section 52-7-8, regarding classification of vessels and required equipment
610  regarding the registration, operation, and sale of watercraft, in subsection (k), by replacing
611  "the words" with "the term".
612  (2) Code Section 52-7-12, relating to the operation of watercraft while under influence of
613  alcohol, toxic vapors, or drugs, legal drug use not exempted, blood and other chemical tests,
614  test refusal, owner's liability for allowing another to operate while intoxicated, civil and
615  criminal actions, and child endangerment, in subparagraphs (m)(1)(D), (m)(2)(D), (m)(3)(D),
616  and (m)(4)(D), by replacing "Department of Drivers Service's approval" with "Department
617  of Driver Services' approval".

618                                          **SECTION 53.**
619  Reserved.

620                                          **SECTION 54.**
621  (a)  Except for Title 47, the text of Code sections and title, chapter, article, part, subpart,
622  Code section, subsection, paragraph, subparagraph, division, and subdivision numbers and
623  designations as contained in the Official Code of Georgia Annotated published under
624  authority of the state by The Michie Company in 1982 and contained in Volumes 3 through
625  40 of such publication or replacement volumes thereto, as amended by the text and
626  numbering of Code sections as contained in the 2013 supplements to the Official Code of
627  Georgia Annotated published under authority of the state in 2013 by LEXIS Publishing, are
628  hereby reenacted.

629   (b)  Annotations; editorial notes; Code Revision Commission notes; research references;
630   notes on law review articles; opinions of the Attorney General of Georgia; indexes; analyses;
631   title, chapter, article, part, and subpart captions or headings, except as otherwise provided in
632   the Code; catchlines of Code sections or portions thereof, except as otherwise provided in
633   the Code; and rules and regulations of state agencies, departments, boards, commissions, or
634   other entities which are contained in the Official Code of Georgia Annotated are not enacted
635   as statutes by the provisions of this Act.  Material which has been added in brackets or
636   parentheses and editorial, delayed effective date, effect of amendment, or other similar notes
637   within the text of a Code section by the editorial staff of the publisher in order to explain or
638   to prevent a misapprehension concerning the contents of the Code section and which is
639   explained in an editorial note is not enacted by the provisions of this section and shall not be
640   considered a part of the Official Code of Georgia Annotated.
641   (c)  The reenactment of the statutory portion of the Official Code of Georgia Annotated by
642   subsection (a) of this section shall not affect, supersede, or repeal any Act of the General
643   Assembly, or portion thereof, which is not contained in the Official Code of Georgia
644   Annotated and which was not repealed by Code Section 1-1-10, specifically including those
645   Acts which have not yet been included in the text of the Official Code of Georgia Annotated
646   because of effective dates which extend beyond the effective date of the Code or the
647   publication date of the Code or its supplements.
648   (d)  The provisions contained in Sections 1 through 53 of this Act and in the other Acts
649   enacted at the 2014 regular session of the General Assembly of Georgia shall supersede the
650   provisions of the Official Code of Georgia Annotated ratified and reenacted by subsection (a)
651   of this section.
652   (e)  In the event of a conflict between a provision in Sections 1 through 53 of this Act and
653   a provision of another Act enacted at the 2014 regular session of the General Assembly, the
654   provision of such other Act shall control over the conflicting provision in Sections 1
655   through 53 of this Act to the extent of the conflict.


656                                                 **SECTION 55.**

657   (a)  Except as otherwise provided in subsection (b) of this section, this Act shall become
658   effective upon its approval by the Governor or upon its becoming law without such approval.
659   (b)  The amendments made by paragraphs (4) through (9) of Section 43 of this Act shall be
660   effective the later of July 1, 2014, or when funds are specifically appropriated for purposes
661   of Ga. L. 2013, p. 830, §4, in an Appropriations Act making specific reference to such Act.


662                                                 **SECTION 56.**

663   All laws and parts of laws in conflict with this Act are repealed.