IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION for the Benefit of and on Behalf of the GENERAL ASSEMBLY OF GEORGIA and the STATE OF GEORGIA,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-2594-MHC |

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further participation in this action, pursuant to Canon 3(C) of the Code of Conduct for United States Judges. *See also* 28 U.S.C. § 455.

The Clerk is **DIRECTED** to reassign this case in accordance with the Internal Operating Procedure of this Court, and to notify all parties.

**IT IS SO ORDERED** this 23rd day of May, 2016.

_____
MARK H. COHEN
United States District Judge