# EXHIBIT 2

Table 1

| Number of access to XML files on law.resource.org from August 5, 2013 to January 19, 2016 ||
|---:|:---|
| Number of Accesses | File Name |
| 32 | CONSTITUTION OF THE STATE OF GEORGIA.xml |
| 180 | ga.code.01.2012.xml |
| 142 | ga.code.02.2012.xml |
| 128 | ga.code.03.2012.xml |
| 120 | ga.code.04.2012.xml |
| 133 | ga.code.05.2012.xml |
| 121 | ga.code.06.2012.xml |
| 130 | ga.code.07.2012.xml |
| 132 | ga.code.08.2012.xml |
| 236 | ga.code.09.2012.xml |
| 213 | ga.code.10.2012.xml |
| 118 | ga.code.11.2012.xml |
| 148 | ga.code.12.2012.xml |
| 134 | ga.code.13.2012.xml |
| 165 | ga.code.14.2012.xml |
| 156 | ga.code.15.2012.xml |
| 352 | ga.code.16.2012.xml |
| 203 | ga.code.17.2012.xml |
| 125 | ga.code.18.2012.xml |
| 156 | ga.code.19.2012.xml |
| 161 | ga.code.20.2012.xml |
| 116 | ga.code.21.2012.xml |
| 116 | ga.code.22.2012.xml |
| 119 | ga.code.23.2012.xml |
| 145 | ga.code.24.2012.xml |
| 154 | ga.code.25.2012.xml |
| 143 | ga.code.26.2012.xml |
| 215 | ga.code.27.2012.xml |
| 125 | ga.code.28.2012.xml |
| 116 | ga.code.29.2012.xml |
| 135 | ga.code.30.2012.xml |
| 129 | ga.code.31.2012.xml |
| 182 | ga.code.32.2012.xml |
| 222 | ga.code.33.2012.xml |
| 159 | ga.code.34.2012.xml |
| 140 | ga.code.35.2012.xml |
| 227 | ga.code.36.2012.xml |
| 137 | ga.code.37.2012.xml |
| 127 | ga.code.38.2012.xml |
| 110 | ga.code.39.2012.xml |
| 173 | ga.code.40.2012.xml |

PRO-000633

| | | |
|---|---|---|
| | 126 | ga.code.41.2012.xml |
| | 217 | ga.code.42.2012.xml |
| | 133 | ga.code.43.2012.xml |
| | 130 | ga.code.44.2012.xml |
| | 147 | ga.code.45.2012.xml |
| | 119 | ga.code.46.2012.xml |
| | 127 | ga.code.47.2012.xml |
| | 167 | ga.code.48.2012.xml |
| | 130 | ga.code.49.2012.xml |
| | 166 | ga.code.50.2012.xml |
| | 153 | ga.code.51.2012.xml |
| | 135 | ga.code.52.2012.xml |
| | 191 | ga.code.53.2012.xml |
| | 130 | TITLE 1. GENERAL PROVISIONS.xml |
| | 116 | TITLE 10. COMMERCE AND TRADE.xml |
| | 94 | TITLE 11. COMMERCIAL CODE.xml |
| | 116 | TITLE 12. CONSERVATION AND NATURAL RESOURCES.xml |
| | 88 | TITLE 13. CONTRACTS.xml |
| | 116 | TITLE 14. CORPORATIONS, PARTNERSHIPS, AND ASSOCIATIONS.xml |
| | 145 | TITLE 15. COURTS.xml |
| | 173 | TITLE 16. CRIMES AND OFFENSES.xml |
| | 107 | TITLE 17. CRIMINAL PROCEDURE.xml |
| | 107 | TITLE 18. DEBTOR AND CREDITOR.xml |
| | 115 | TITLE 19. DOMESTIC RELATIONS.xml |
| | 90 | TITLE 2. AGRICULTURE.xml |
| | 107 | TITLE 20. EDUCATION.xml |
| | 89 | TITLE 21. ELECTIONS.xml |
| | 87 | TITLE 22. EMINENT DOMAIN.xml |
| | 86 | TITLE 23. EQUITY.xml |
| | 95 | TITLE 24. EVIDENCE.xml |
| | 90 | TITLE 25. FIRE PROTECTION AND SAFETY.xml |
| | 88 | TITLE 26. FOOD, DRUGS, AND COSMETICS.xml |
| | 103 | TITLE 27. GAME AND FISH.xml |
| | 92 | TITLE 28. GENERAL ASSEMBLY.xml |
| | 90 | TITLE 29. GUARDIAN AND WARD.xml |
| | 109 | TITLE 3. ALCOHOLIC BEVERAGES.xml |
| | 91 | TITLE 30. HANDICAPPED PERSONS.xml |
| | 109 | TITLE 31. HEALTH.xml |
| | 95 | TITLE 32. HIGHWAYS, BRIDGES, AND FERRIES.xml |
| | 118 | TITLE 33. INSURANCE.xml |
| | 89 | TITLE 34. LABOR AND INDUSTRIAL RELATIONS.xml |
| | 92 | TITLE 35. LAW ENFORCEMENT OFFICERS AND AGENCIES.xml |
| | 114 | TITLE 36. LOCAL GOVERNMENT.xml |
| | 89 | TITLE 37. MENTAL HEALTH.xml |

PRO-000634

| | |
|---|---|
| 87 | TITLE 38. MILITARY, EMERGENCY MANAGEMENT, AND VETERANS AFFAIRS.xml |
| 95 | TITLE 39. MINORS.xml |
| 97 | TITLE 4. ANIMALS.xml |
| 178 | TITLE 40. MOTOR VEHICLES AND TRAFFIC.xml |
| 100 | TITLE 41. NUISANCES.xml |
| 125 | TITLE 42. PENAL INSTITUTIONS.xml |
| 113 | TITLE 43. PROFESSIONS AND BUSINESSES.xml |
| 116 | TITLE 44. PROPERTY.xml |
| 115 | TITLE 45. PUBLIC OFFICERS AND EMPLOYEES.xml |
| 89 | TITLE 46. PUBLIC UTILITIES AND PUBLIC TRANSPORTATION.xml |
| 90 | TITLE 47. RETIREMENT AND PENSIONS.xml |
| 118 | TITLE 48. REVENUE AND TAXATION.xml |
| 91 | TITLE 49. SOCIAL SERVICES.xml |
| 96 | TITLE 5. APPEAL AND ERROR.xml |
| 103 | TITLE 50. STATE GOVERNMENT.xml |
| 115 | TITLE 51. TORTS.xml |
| 84 | TITLE 52. WATERS OF THE STATE, PORTS, AND WATERCRAFT.xml |
| 158 | TITLE 53. WILLS, TRUSTS, AND ADMINISTRATION OF ESTATES.xml |
| 80 | TITLE 6. AVIATION.xml |
| 107 | TITLE 7. BANKING AND FINANCE.xml |
| 96 | TITLE 8. BUILDINGS AND HOUSING.xml |
| 118 | TITLE 9. CIVIL PRACTICE.xml |

PRO-000635



**PUBLIC.RESOURCE.ORG** ~ *A Nonprofit Corporation*

### Public Works for a Better Government

May 30, 2013

Hon. David Ralston
Speaker of the House
Georgia House of Representatives
332 State Capitol
Atlanta, GA 30334

Mr. Wayne R. Allen, Legislative Counsel
Office of Legislative Counsel
Georgia General Assembly
3021 State Capitol
Atlanta, GA 30334

Dear Speaker Ralston and Mr. Allen:

I am pleased to enclose for your consideration a George Washington USB Thumb Drive containing a scanned version of the Official Code of Georgia Annotated as well as XML-encoded versions of the code. Our purpose in making these statutes available is to promote access to the law by citizens and to promote innovation in ways the statutes are made available so that public servants, members of the bar, citizens, and members of the business community have ready access to the laws that govern them.

Access to the law is a fundamental aspect of our system of democracy, an essential element of due process, equal protection, and access to justice. The Supreme Court of the United States has repeatedly reaffirmed this principle, stating for example in Banks v. Manchester (128 U.S. 244, 1888) that "the authentic exposition and interpretation of the law, which, binding every citizen, is free for publication to all, whether it is a declaration of unwritten law, or an interpretation of a constitution or a statute."

The fact that there is no copyright in the law has been affirmed as a statement of policy by the United States Copyright Office which stated "Edicts of government, such as judicial opinions, administrative rulings, legislative enactments, public ordinances, and similar official legal documents are not copyrightable for reasons of public policy. This applies to such works whether they are Federal, State, or local as well as to those of foreign governments."

I would be pleased to answer any questions you may have and look forward to better access to the law by the citizens of Georgia.

Sincerely yours,


Carl Malamud
Public.Resource.Org