# EXHIBIT 3

                              ```
<?xml version="1.0" encoding="UTF-8"?>
<Content Type="Statutes">
  <Indexes>
    <Index Level="1" HasChildren="1">
      <Caption>TITLE 1</Caption>
      <Description>(CHAPTER 1 to CHAPTER 5)</Description>
      <SortOrder>1</SortOrder>
      <Indexes>
        <Index Level="2" HasChildren="1">
          <Caption>CHAPTER 1</Caption>
          <Description>(Section 1-1-1 to Section 1-1-11)</Description>
          <SortOrder>1</SortOrder>
          <Indexes>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-1-1</Caption>
              <Description>
              </Description>
              <SortOrder>1</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The statutory portion of the
codification of Georgia laws prepared by the Code Revision Commission and the Michie
Company pursuant to a contract entered into on June 19, 1978, is enacted and shall
have the effect of statutes enacted by the General Assembly of Georgia. The
statutory portion of such codification shall be merged with annotations, captions,
catchlines, history lines, editorial notes, cross-references, indices, title and
chapter analyses, and other materials pursuant to the contract and shall be
published by authority of the state pursuant to such contract and when so published
shall be known and may be cited as the &amp;quot;Official Code of Georgia
Annotated.&amp;quot;&lt;p&gt;&lt;font size=-2&gt;HISTORY: Ga. L. 1982, p. 3, §
1.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-1-1</ShortName>
              <RevisionHistory>Ga. L. 1982, p. 3, § 1.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-1-2</Caption>
              <Description>
              </Description>
              <SortOrder>2</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The enactment of this Code is
intended as a recodification, revision, modernization, and reenactment of the
general laws of the State of Georgia which are currently of force and is intended,
where possible, to resolve conflicts which exist in the law and to repeal those laws
which are obsolete as a result of the passage of time or other causes, which have
been declared unconstitutional or invalid, or which have been superseded by the
enactment of later laws. Except as otherwise specifically provided by particular
provisions of this Code, the enactment of this Code by the General Assembly is not
intended to alter the substantive law in existence on the effective date of this
Code.</Content>
              <ShortName>GA. Code 1-1-2</ShortName>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-1-3</Caption>
              <Description>
              </Description>
              <SortOrder>3</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;Except as otherwise
specifically provided in this Code or in an Act or resolution of the General
Assembly, in the event any title, chapter, article, part, subpart, Code section,
subsection, paragraph, subparagraph, item, sentence, clause, phrase, or word of this
Code or of any Act or resolution of the General Assembly is declared or adjudged to
be invalid or unconstitutional, such declaration or adjudication shall not affect
the remaining portions of this Code or of such Act or resolution, which shall remain
of full force and effect as if such portion so declared or adjudged invalid or
unconstitutional were not originally a part of this Code or of such Act or
```

resolution. The General Assembly declares that it would have enacted the remaining parts of this Code if it had known that such portion hereof would be declared or adjudged invalid or unconstitutional. The General Assembly further declares that it would have enacted the remaining parts of any other Act or resolution if it had known that such portion thereof would be declared or adjudged invalid or unconstitutional unless such Act or resolution contains an express provision to the contrary.</Content>
<ShortName>GA. Code 1-1-3</ShortName>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-1-4</Caption>
<Description>
</Description>
<SortOrder>4</SortOrder>
<Content>   The omission from this Code of any Acts passed prior to the adoption of this Code which validated any bonds, notes, warrants, certificates, or other evidences of indebtedness issued by any political subdivision or instrumentality of the state shall in no way operate or be construed to repeal or destroy the effect of any and all of such validating Acts where such validating Acts have been otherwise lawfully passed and are not in conflict with the Constitution of the United States or the Constitution of Georgia.</Content>
<ShortName>GA. Code 1-1-4</ShortName>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-1-5</Caption>
<Description>
</Description>
<SortOrder>5</SortOrder>
<Content>   Unless otherwise provided, the adoption of this Code shall not invalidate or affect any rules or regulations which were in effect on November 1, 1982, promulgated pursuant to authority given by law, and such rules and regulations shall remain in force until repealed, replaced, or invalidated.</Content>
<ShortName>GA. Code 1-1-5</ShortName>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-1-6</Caption>
<Description>
</Description>
<SortOrder>6</SortOrder>
<Content>   (a) The adoption of this Code shall not affect the term of office or the right to hold office of any person who is in office on November 1, 1982, unless otherwise expressly provided or unless such office is abolished by the adoption of this Code.<br /><br />(b) The adoption of this Code shall not affect the compensation, expenses, per diem, allowances, retirement, or other rights of any official or employee of the state or any county, municipal corporation, school system, political subdivision, authority, or other governmental entity within this state, unless otherwise provided in this Code.</Content>
<ShortName>GA. Code 1-1-6</ShortName>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-1-7</Caption>
<Description>
</Description>
<SortOrder>7</SortOrder>
<Content>   Unless otherwise provided in this Code, the descriptive headings or catchlines immediately preceding or within the text of the individual Code sections of this Code, except the Code section numbers included in the headings or catchlines immediately preceding the text of the Code sections, and title and chapter analyses do not constitute part of the law and shall in no manner limit or expand the construction of any Code section. All historical citations, title and chapter analyses, and notes set out in this Code are

```
given for the purpose of convenient reference and do not constitute part of the
law.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Ga. L. 1982, p. 3, §
1.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-1-7</ShortName>
              <RevisionHistory>Ga. L. 1982, p. 3, § 1.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-1-8</Caption>
              <Description>
              </Description>
              <SortOrder>8</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;(a)&amp;nbsp;Unless otherwise
indicated in the context, references in this Code to titles, chapters, articles,
parts, subparts, or Code sections shall mean titles, chapters, articles, parts,
subparts, or Code sections of this Code.&lt;br /&gt;&lt;br /&gt;(b)&amp;nbsp;Unless
there is an expressed intention to the contrary, any reference in this Code or in
any law of this state to another provision of this Code or law of this state shall
mean and be construed to refer to such other provision or law as it now or hereafter
exists.&lt;br /&gt;&lt;br /&gt;(c)&amp;nbsp;Any reference in any local or special
law of this state to any Act or resolution of the General Assembly or to any title,
chapter, section, or other portion of any prior code of this state shall be
construed to be a reference to the appropriate title, chapter, article, part,
subpart, Code section, subsection, paragraph, subparagraph, division, or subdivision
of the Official Code of Georgia Annotated.&lt;br /&gt;&lt;br
/&gt;(d)&amp;nbsp;Unless otherwise indicated by the context in which it is used, any
citation in any public or private document, writing, or other instrument to a law of
the State of Georgia which has been codified in the Official Code of Georgia
Annotated shall be construed to be a reference to such law as contained in the
Official Code of Georgia Annotated.&lt;br /&gt;&lt;br /&gt;(e)&amp;nbsp;Any
reference in any Act of the General Assembly or in any other public or private
document, writing, or other instrument to &amp;quot;O.C.G.A.&amp;quot; shall mean
and refer to the Official Code of Georgia Annotated published under authority of the
State of Georgia. The Official Code of Georgia Annotated published under authority
of the State of Georgia may be cited or referred to as
&amp;quot;O.C.G.A.&amp;quot;&lt;p&gt;&lt;font size=-2&gt;HISTORY: Ga. L. 1981, Ex.
Sess., p. 8, § 6; Ga. L. 1982, p. 3, § 1; Ga. L. 1983, p. 3, §
2.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-1-8</ShortName>
              <RevisionHistory>Ga. L. 1981, Ex. Sess., p. 8, § 6; Ga. L. 1982, p. 3,
§ 1; Ga. L. 1983, p. 3, § 2.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-1-9</Caption>
              <Description>
              </Description>
              <SortOrder>9</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;This Code shall become
effective on November 1, 1982.</Content>
              <ShortName>GA. Code 1-1-9</ShortName>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-1-10</Caption>
              <Description>
              </Description>
              <SortOrder>10</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;(a)&amp;nbsp;The following
Codes, laws, and parts of laws are repealed, except as otherwise provided in this
Code section:&lt;br /&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(1)&amp;nbsp;The
Code of Georgia of 1933, as amended;&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(2)&amp;nbsp;All general laws enacted by the
General Assembly of Georgia prior to June 1, 1981, except this Code and except as
otherwise provided in this Code section; and&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(3)&amp;nbsp;All codes enacted or approved by the
```

General Assembly prior to the Code of Georgia of 1933.<br /><br />(b) The following laws and parts of laws are not repealed by the adoption of this Code and shall remain of full force and effect until otherwise repealed, amended, superseded, or declared invalid or unconstitutional:<br /><br />   (1) Acts and resolutions conveying, granting, leasing, encumbering, selling, exchanging, or authorizing easements in specific state-owned property or rights therein;<br /><br />   (2) Acts and resolutions providing for appropriations of state funds;<br /><br />   (3) Acts and resolutions granting compensation to persons, firms, partnerships, corporations, and private or governmental entities injured by the state or its officials, officers, employees, or agents;<br /><br />   (4) Local Acts and resolutions of the General Assembly which are in effect on November 1, 1982, and which are not in conflict with this Code;<br /><br />   (5) Acts and resolutions which by their terms are applicable to a named superior court or judicial circuit, including but not limited to Acts fixing the terms of court and Acts providing for judges, district attorneys, or other personnel or their compensation, powers, or duties;<br /><br />   (6) Resolutions proposing amendments to the Constitution or proposing a new Constitution or portions thereof;<br /><br />   (7) Acts and resolutions ceding jurisdiction over territory within the state to the federal government;<br /><br />   (8) Acts and resolutions creating committees or commissions of the General Assembly or authorizing studies;<br /><br />   (9) Acts and resolutions providing for the furnishing of law books to various courts, governmental entities, libraries, and public officials;<br /><br />   (10) Acts and resolutions designating or naming highways, bridges, buildings, ferries, dams, structures, parks, natural resources, or other property or authorizing the placement of statues, plaques, memorials, portraits, or monuments;<br /><br />   (11) Resolutions relating to or providing for the internal operation of the General Assembly;<br /><br />   (12) Resolutions not intended to have the force and effect of law;<br /><br />   (13) General Acts of local application which are based on population and which have not been specifically repealed or declared invalid or unconstitutional;<br /><br />   (14) Acts and resolutions honoring, commending, or recognizing individuals, groups, principles, or ideas or urging that certain acts be done or refrained from by the federal, state, or local governments or by individuals, groups, or entities; and<br /><br />   (15) Acts and resolutions relieving sureties or bondsmen.<br /><br />(c) The following specific laws and parts of laws are not repealed by the adoption of this Code and shall remain of full force and effect, pursuant to their terms, until otherwise repealed, amended, superseded, or declared invalid or unconstitutional:<br /><br />   (1) An Act for reviving and enforcing certain laws therein mentioned and adopting the common laws of England as they existed on May 14, 1776, approved February 25, 1784. (For the adopting Act of 1784, see Prince's 1822 Digest, p. 570; Cobb's 1851 Digest, p. 721; and Code of 1863, Section 1, paragraph 6.)<br /><br />   (2) Section 10 of an Act amending an Act prohibiting certain practices in connection with real estate transactions, approved March 24, 1981 (Ga. L. 1981, p. 480).<br /><br />   (3) Section 13 of an Act known as the "Georgia Marketing Act of 1981," approved April 13, 1981 (Ga. L. 1981, p. 1354).<br /><br />   (4) Sections 1 and 67 of an Act to revise, modernize, codify, and update certain laws relating to alcoholic beverages, approved April 13, 1981 (Ga. L. 1981, p. 1269).<br /><br

/>   (5) Section 4 of an Act amending an Act known as the "Insurance Premium Finance Company Act," approved April 7, 1981 (Ga. L. 1981, p. 760).<br /><br />   (6) Sections 5 and 6 of an Act amending Code Title 56, known as the "Georgia Insurance Code," so as to provide additional qualifications for licensure of agents and counselors for life or accident and sickness insurance and for the making of annuity contracts, approved April 17, 1981 (Ga. L. 1981, p. 1789).<br /><br />   (7) Section 1 of an Act prohibiting discrimination in the employment of the handicapped and known as the "Georgia Equal Employment for the Handicapped Code," approved April 17, 1981 (Ga. L. 1981, p. 1803).<br /><br />   (8) Section 3 of an Act amending Code Section 56-3005, relating to optional policy provisions in accident and sickness policies, so as to remove the provisions relating to insurance with other insurers, approved April 9, 1981 (Ga. L. 1981, p. 1009).<br /><br />   (9) Section 4 of an Act amending Code Title 114, relating to workers' compensation, so as to redefine the term "employee," approved April 17, 1981 (Ga. L. 1981, p. 1585).<br /><br />   (10) Section 3 of an Act amending Code Title 56, known as the "Georgia Insurance Code," so as to require that certain accident and sickness policies and plans provide conversion privileges for insured surviving spouses or former spouses, approved April 7, 1981 (Ga. L. 1981, p. 640).<br /><br />   (11) Section 2 of an Act amending Code Section 3-305, relating to suits against representatives of obligors, so as to reduce the period of exemption from suit for representatives of estates from 12 months to six months, approved April 9, 1981 (Ga. L. 1981, p. 852).<br /><br />   (12) An Act providing that the State of Georgia shall be a party to the "Southern Interstate Nuclear Compact," approved March 3, 1962, (Ga. L. 1962, p. 505), as amended.<br /><br />   (13) A resolution creating the Georgia Semiquincentenary Commission, approved April 14, 1981 (Ga. L. 1981, p. 1472).<br /><br />   (14) Section 1 of an Act authorizing the Supreme Court of Georgia to establish a uniform motion for review procedure, approved March 20, 1980 (Ga. L. 1980, p. 390).<br /><br />   (15) Section 2 of an Act providing for distribution of certain moneys received or to be received as a result of the commission of a crime, approved April 17, 1979 (Ga. L. 1979, p. 1262).<br /><br />   (16) Section 4 of an Act amending certain provisions relating to trial and accusation and waiver of indictment, approved March 20, 1980 (Ga. L. 1980, p. 452).<br /><br />   (17) Section 4 of an Act providing for an additional credit to be given to criminal defendants who are confined in an institution or facility for treatment or examination of a physical or mental disability, approved April 3, 1972 (Ga. L. 1972, p. 742).<br /><br />   (18) Sections 14 and 15 of an Act providing for representation by counsel, services, and facilities for indigent persons in criminal proceedings, approved April 18, 1968 (Ga. L. 1968, p. 999).<br /><br />   (19) Section 13 of an Act to provide defense services for indigent persons accused of crime, approved March 9, 1979 (Ga. L. 1979, p. 367).<br /><br />   (20) A resolution approving the adoption of the rules of the Supreme Court, approved April 14, 1981 (Ga. L. 1981, p. 1532).<br /><br />   (21) Section 7 of an Act creating a new judicial circuit for this state to be known as the Douglas Judicial Circuit, approved March 20, 1980 (Ga. L. 1980, p. 563).<br /><br />   (22) Section 38-612 of the Code of 1933, relating to Acts allowing papers improperly registered, and their copies, when lost, to be admitted in evidence.<br /><br />   (23) Section 3 of an Act providing for the incorporation by reference of various fiduciary powers into wills, trusts, or other instruments in writing and providing that no exercise of any such power or

authority by a fiduciary shall deprive the trust or estate involved of an otherwise available tax exemption, approved April 17, 1973 (Ga. L. 1973, p. 846).<br /><br />   (24) Section 3 of an Act amending an Act providing for the incorporation by reference of various fiduciary powers into wills, trusts, and other instruments in writing, approved April 17, 1973 (Ga. L. 1973, p. 846), and providing that the Act shall not apply to any will, trust, or other instrument executed prior to April 7, 1976, approved April 7, 1976 (Ga. L. 1976, p. 1586).<br /><br />   (25) Section 2 of an Act providing that mutual wills, other than mutual wills based on express contract, must contain an express statement that such wills are mutual wills, approved April 18, 1967 (Ga. L. 1967, p. 718).<br /><br />   (26) Sections 4 through 9 of an Act to provide for the number of witnesses required to attest wills and codicils and to provide for the execution and probate of wills and codicils, approved May 28, 1964 (Ga. L. 1964, Ex. Sess., p. 16).<br /><br />   (27) Section 2 of an Act providing a residuary bequest or devise to a surviving widow in lieu of dower or years support shall be subject to debts, taxes, expenses of administration and similar charges, approved April 8, 1968 (Ga. L. 1968, p. 1070).<br /><br />   (28) Section 2 of an Act changing from six months to nine months the time period within which a written instrument of renunciation must be filed, approved April 17, 1979 (Ga. L. 1979, p. 1292).<br /><br />   (29) Section 2 of an Act providing additional procedures for taking the testimony of witnesses for wills, approved March 24, 1976 (Ga. L. 1976, p. 640).<br /><br />   (30) Section 2 of an Act providing how guardians, administrators, executors, trustees, and other fiduciaries may sell stocks or bonds, approved March 2, 1953 (Ga. L. 1953, Jan.-Feb. Sess., p. 378).<br /><br />   (31) Section 15 of an Act providing for the supervision by the Attorney General of the administration of charitable trusts, approved March 21, 1974 (Ga. L. 1974, p. 440).<br /><br />   (32) Section 6 of an Act prescribing procedure for appeals upon petition to the Supreme Court or Court of Appeals in certain specified cases shall not apply to appeals in certain habeas corpus cases, approved April 12, 1979 (Ga. L. 1979, p. 619).<br /><br />   (33) Section 1 of an Act to be known as the "Georgia Public Revenue Code" and revising and modernizing certain revenue laws and to provide legislative intent, approved March 6, 1978 (Ga. L. 1978, p. 309).<br /><br />   (34) Section 13 of an Act creating the Department of Offender Rehabilitation and the Board of Offender Rehabilitation and abolishing the State Board of Probation, approved April 6, 1972 (Ga. L. 1972, p. 1069).<br /><br />   (35) Section 3 of an Act prohibiting any interference with the printing of the reports of the Supreme Court and the Court of Appeals, approved March 29, 1937 (Ga. L. 1937, p. 503).<br /><br />   (36) Section 7 of an Act providing that the powers and duties of the Department of Administrative Services relative to contracts for supplies and services required by the state shall not be construed to affect, repeal, or limit an Act known as the "Unemployment Compensation Law," approved April 12, 1979 (Ga. L. 1979, p. 659).<br /><br />   (37) Section 2 of an Act providing that the provisions regarding membership of certain metropolitan area planning and development commissions shall not be changed, approved April 6, 1978 (Ga. L. 1978, p. 2066).<br /><br />   (38) Section 2 of an Act providing that certain additional authority granted to each area planning and development commission and the expiration of such authority shall not repeal, limit, or diminish any power heretofore possessed by any metropolitan area planning and development commission, approved March 23, 1977 (Ga. L. 1977, p. 782).<br /><br />   (39) Section 5 of an Act providing that certain functions and authority granted to area planning and development commissions shall be cumulative of any authority provided to certain

metropolitan area planning and development commissions and shall not diminish any authority heretofore granted to any such commission, approved April 11, 1978 (Ga. L. 1978, p. 2293).<br /><br />   (40) Section 2 of an Act reestablishing the Georgia Council for the Arts and Humanities, approved March 13, 1979 (Ga. L. 1979, p. 388).<br /><br />   (41) Section 9 of an Act substantially amending the duties, responsibilities and procedures of the Public Service Commission, approved April 14, 1975 (Ga. L. 1975, p. 404).<br /><br />   (42) Section 7 of an Act amending the powers and duties of the State Depository Board and the regulation of deposits therein, approved March 23, 1960 (Ga. L. 1960, p. 1144).<br /><br />   (43) Section 11 of the "Telecommunications Consolidation Act of 1973," approved April 18, 1973 (Ga. L. 1973, p. 1261).<br /><br />   (44) Section 9 of the "Public Safety Radio Services Act of 1975," approved April 28, 1975 (Ga. L. 1975, p. 1642).<br /><br />   (45) Section 2 of an Act amending an Act implementing the requirements of the Federal Intergovernmental Cooperation Act of 1968, approved March 20, 1980 (Ga. L. 1980, p. 736).<br /><br />   (46) Section 2 of an Act providing that powers of sale and other powers in deeds of trust, mortgages, and other instruments may be exercised by transferees and other parties regardless of whether or not the transfer specifically includes such powers or conveys title to the property described, approved April 18, 1967 (Ga. L. 1967, p. 735).<br /><br />   (47) Section 4 of an Act providing that a power of sale, unless limited in the instrument creating such power, authorizes a private sale by the donee of such power, except as to instruments given to secure a debt, approved March 4, 1955 (Ga. L. 1955, p. 430).<br /><br />   (48) An Act requiring the conditional sales of personal property to be evidenced in writing, approved September 27, 1881 (Ga. L. 1880-81, p. 143), as amended.<br /><br />   (49) An Act to provide that the lien of mortgages on crops given to secure the payment of debts for supplies, money, and other articles of necessity shall be superior to judgments of older date than the mortgages, approved December 21, 1899 (Ga. L. 1899, p. 78).<br /><br />   (50) An Act to extend the lien of mortgages on crops, before the crops are planted or growing, approved July 15, 1924 (Ga. L. 1924, p. 125).<br /><br />   (51) Sections 2 and 3 of an Act declaring that growing crops shall be personalty and providing that mortgages or other liens thereof shall be attested and recorded as chattel mortgages, approved August 21, 1922 (Ga. L. 1922, p. 114).<br /><br />   (52) An Act authorizing the securing of advances made for the purpose of planting, making, or gathering crops by giving a bill of sale, approved August 22, 1925 (Ga. L. 1925, p. 118), as amended.<br /><br />   (53) An Act declaring the selling or encumbering of personal property held under a conditional purchase to be illegal, approved September 28, 1883 (Ga. L. 1882-83, p. 111).<br /><br />   (54) An Act to prevent the removal of personal property from this state held under a conditional purchase and sale, and by the terms of the purchase, the title is retained by the vendor until the purchase price is paid, without the consent of the vendor, and to prevent the vendee in such a purchase and sale from concealing the property, approved August 15, 1910 (Ga. L. 1910, p. 120).<br /><br />   (55) An Act to be known as the "Apartment Ownership Act," approved April 12, 1963 (Ga. L. 1963, p. 561), as amended.<br /><br />   (56) An Act to create the positions of associate public service commissioners, approved February 18, 1953 (Ga. L. 1953, Jan.-Feb. Sess., p. 127).<br /><br />   (57) An Act to declare valid and legal the establishment and organization of housing authorities and all bonds, notes, contracts, agreements, obligations, and undertakings of such authorities, approved

March 23, 1939 (Ga. L. 1939, p. 126).<br /><br
/>   (58) An Act to validate and declare
legal all notes and bonds of housing authorities, and all civil proceedings, acts,
and things heretofore undertaken, performed, or done with reference thereto,
approved March 15, 1971 (Ga. L. 1971, p. 94).<br /><br
/>   (59) An Act to validate and declare
legal the creation and establishment of housing authorities and all bonds, notes,
contracts, agreements, obligations, and undertakings of such authorities, approved
February 14, 1951 (Ga. L. 1951, p. 127).<br /><br
/>   (60) An Act to validate and declare
legal the creation and establishment of housing authorities and all bonds, notes,
contracts, agreements, obligations, and undertakings of such authorities, approved
March 10, 1959 (Ga. L. 1959, p. 141).<br /><br
/>   (61) An Act to validate and declare
legal the creation and establishment of housing authorities and all bonds,
contracts, agreements, notes, obligations, and undertakings of such authorities,
approved March 9, 1962 (Ga. L. 1962, p. 734).<br /><br
/>   (62) Section 1 of an Act to provide for
the number of directors of railroad corporations, and to provide for the
ratification of prior actions of boards of directors thereof, approved April 23,
1969 (Ga. L. 1969, p. 589).<br /><br
/>   (63) An Act to provide that the seal of
a notary need not be required to his attestation of deeds and to provide for the
ratification of certain deeds, approved February 12, 1952 (Ga. L. 1952, p.
456).<br /><br />   (64) An Act to
create certain emeritus offices of the state, to provide for appointment,
compensation, and duties, as amended, approved March 7, 1957 (Ga. L. 1957, p.
206).<br /><br />   (65) A
resolution giving assent of this state to an act of Congress of the United States
providing for cooperative agricultural extension work, approved August 14, 1914 (Ga.
L. 1914, p. 1243).<br /><br
/>   (66) An Act to enlarge the powers of the
Board of Trustees of Georgia Military College, approved March 24, 1939 (Ga. L. 1939,
p. 410).<br /><br />   (67) An Act
to authorize the Toccoa Falls Institute to confer the degree of bachelor of arts in
biblical education, approved March 24, 1939 (Ga. L. 1939, p. 412).<br /><br
/>   (68) An Act designating Fort Valley
State College as a land-grant college, approved February 25, 1949 (Ga. L. 1949, p.
1144).<br /><br />   (69) An Act
known as the "Georgia Professional Standards Act," approved March
25, 1976 (Ga. L. 1976, p. 966).<br /><br
/>   (70) An Act known as the "State
School Building Authority for the Deaf and Blind Act," approved February
21, 1951 (Ga. L. 1951, p. 637).<br /><br
/>   (71) An Act known as the
"Vocational Trade School Building Authority Act," approved
February 16, 1951 (Ga. L. 1951, p. 132).<br /><br
/>   (72) Section 2 of an Act to amend Code
Title 49, relating to guardians and wards, as amended, so as to enact Chapter 9 of
Title 49 and to provide that a guardian need not be appointed for a minor or an
incompetent person in certain instances, approved April 18, 1967 (Ga. L. 1967, p.
720).<br /><br />   (73) Section 3
of an Act to amend Code Title 49, relating to guardians and wards, as amended, so as
to revise, modernize, and supersede Code Chapter 49-6, relating to guardians of
insane persons or persons otherwise mentally incapable of managing their estates,
approved April 8, 1980 (Ga. L. 1980, p. 1661).<br /><br
/>   (74) Section 5 of an Act substantially
revising the law relating to the joint-secretary of the state examining boards, as
amended, in particular to provide an exception, approved April 22, 1981 (Ga. L.
1981, p. 1898).<br /><br
/>   (75) Section 3 of an Act to amend Code
Title 74, relating to parent and child, as amended, by enacting a new Code chapter
relating to determination of paternity, approved April 1, 1980 (Ga. L. 1980, p.

```
1374).&lt;br /&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(76)&amp;nbsp;Section 7 of the &amp;quot;Georgia Child Custody Intrastate Jurisdiction Act of 1978,&amp;quot; approved April 5, 1978 (Ga. L. 1978, p. 1957).&lt;br /&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(77)&amp;nbsp;Sections 1 and 49 of an Act substantially revising and modernizing certain laws of this state relating to family, domestic relations, and interfamilial duties, approved April 4, 1979 (Ga. L. 1979, p. 466).&lt;br /&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(78)&amp;nbsp;Sections 29 and 30 of the &amp;quot;Uniform Reciprocal Enforcement of Support Act,&amp;quot; approved February 20, 1958 (Ga. L. 1958, p. 34).&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code 1981, § 1-1-10; Ga. L. 1992, p. 6, § 1.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-1-10</ShortName>
              <RevisionHistory>Code 1981, § 1-1-10; Ga. L. 1992, p. 6, § 1.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-1-11</Caption>
              <Description>
              </Description>
              <SortOrder>11</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;All laws and parts of laws in conflict with this Code are repealed.</Content>
              <ShortName>GA. Code 1-1-11</ShortName>
            </Index>
          </Indexes>
        </Index>
        <Index Level="2" HasChildren="1">
          <Caption>CHAPTER 2</Caption>
          <Description>(Section 1-2-1 to Section 1-2-11)</Description>
          <SortOrder>2</SortOrder>
          <Indexes>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-2-1</Caption>
              <Description>
              </Description>
              <SortOrder>1</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;(a)&amp;nbsp;There are two classes of persons: natural and artificial.&lt;br /&gt;&lt;br /&gt;(b)&amp;nbsp;Corporations are artificial persons. They are creatures of the law and, except insofar as the law forbids it, they are subject to be changed, modified, or destroyed at the will of their creator.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Orig. Code 1863, § 1582; Code 1868, § 1645; Code 1873, § 1651; Code 1882, § 1651; Civil Code 1895, § 1802; Civil Code 1910, § 2159; Code 1933, § 79-101.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-2-1</ShortName>
              <RevisionHistory>Orig. Code 1863, § 1582; Code 1868, § 1645; Code 1873, § 1651; Code 1882, § 1651; Civil Code 1895, § 1802; Civil Code 1910, § 2159; Code 1933, § 79-101.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-2-2</Caption>
              <Description>
              </Description>
              <SortOrder>2</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;Natural persons are categorized, according to their rights and status, as:&lt;br /&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(1)&amp;nbsp;Citizens;&lt;br /&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(2)&amp;nbsp;Citizens of the United States but not of this state; and&lt;br /&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(3)&amp;nbsp;Aliens.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Orig. Code 1863, § 1583; Code 1868, § 1646; Code 1873, § 1652; Code 1882, § 1652; Civil Code 1895, § 1803; Civil Code 1910, § 2160; Code 1933, § 79-102.&lt;/font&gt;&lt;/p&gt;</Content>
```

<ShortName>GA. Code 1-2-2</ShortName>
<RevisionHistory>Orig. Code 1863, § 1583; Code 1868, § 1646; Code 1873, § 1652; Code 1882, § 1652; Civil Code 1895, § 1803; Civil Code 1910, § 2160; Code 1933, § 79-102.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-2-3</Caption>
<Description>
</Description>
<SortOrder>3</SortOrder>
<Content>   Until citizenship is acquired elsewhere, a citizen of this state continues to be a citizen of this state and of the United States.<p><font size=-2>HISTORY: Orig. Code 1863, § 54; Code 1868, § 50; Code 1873, § 47; Code 1882, § 47; Civil Code 1895, § 1806; Civil Code 1910, § 2163; Code 1933, § 79-202.</font></p></Content>
<ShortName>GA. Code 1-2-3</ShortName>
<RevisionHistory>Orig. Code 1863, § 54; Code 1868, § 50; Code 1873, § 47; Code 1882, § 47; Civil Code 1895, § 1806; Civil Code 1910, § 2163; Code 1933, § 79-202.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-2-4</Caption>
<Description>
</Description>
<SortOrder>4</SortOrder>
<Content>   Except in time of war, every citizen of this state shall have the right of expatriation with a view to becoming a citizen of another country with which this state is at peace. Declaration or avowal of the intention to become a citizen of another country, accompanied by actual removal, shall be held to be a renunciation of all one's rights and duties as a citizen.<p><font size=-2>HISTORY: Orig. Code 1863, § 53; Code 1868, § 49; Code 1873, § 46; Code 1882, § 46; Civil Code 1895, § 1805; Civil Code 1910, § 2162; Code 1933, § 79-203.</font></p></Content>
<ShortName>GA. Code 1-2-4</ShortName>
<RevisionHistory>Orig. Code 1863, § 53; Code 1868, § 49; Code 1873, § 46; Code 1882, § 46; Civil Code 1895, § 1805; Civil Code 1910, § 2162; Code 1933, § 79-203.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-2-5</Caption>
<Description>
</Description>
<SortOrder>5</SortOrder>
<Content>   If a person expatriated under Code Section 1-2-4 acquires citizenship under some foreign power, he and his descendants who go with him for the purpose of residence may become citizens of this state again only after meeting the residence requirements and taking the oath of allegiance required of other foreigners as a condition to becoming a citizen of the United States by Section 1448 of Title 8 of the United States Code.<p><font size=-2>HISTORY: Orig. Code 1863, § 55; Code 1868, § 51; Code 1873, § 48; Code 1882, § 48; Civil Code 1895, § 1807; Civil Code 1910, § 2164; Code 1933, § 79-204.</font></p></Content>
<ShortName>GA. Code 1-2-5</ShortName>
<RevisionHistory>Orig. Code 1863, § 55; Code 1868, § 51; Code 1873, § 48; Code 1882, § 48; Civil Code 1895, § 1807; Civil Code 1910, § 2164; Code 1933, § 79-204.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-2-6</Caption>
<Description>
</Description>
<SortOrder>6</SortOrder>
<Content>   (a) The rights of

citizens include, without limitation, the following:<br /><br
/>   (1) The right of personal
security;<br /><br />   (2) The
right of personal liberty;<br /><br
/>   (3) The right of private property and
the disposition thereof;<br /><br
/>   (4) The right of the elective
franchise;<br /><br />   (5) The
right to hold office, unless disqualified by the Constitution and laws of this
state;<br /><br />   (6) The right
to appeal to the courts;<br /><br
/>   (7) The right to testify as a
witness;<br /><br />   (8) The right
to perform any civil function; and<br /><br
/>   (9) The right to keep and bear
arms.<br /><br />(b) All citizens are entitled to exercise all
their rights as citizens, unless specially prohibited by law.<p><font
size=-2>HISTORY: Orig. Code 1863, §§ 1585, 1586; Code 1868, §§ 1648, 1649; Code
1873, §§ 1654, 1655; Code 1882, §§ 1654, 1655; Civil Code 1895, §§ 1808, 1809; Civil
Code 1910, §§ 2165, 2166; Code 1933, §§ 79-205,
79-206.</font></p></Content>
<ShortName>GA. Code 1-2-6</ShortName>
<RevisionHistory>Orig. Code 1863, §§ 1585, 1586; Code 1868, §§ 1648,
1649; Code 1873, §§ 1654, 1655; Code 1882, §§ 1654, 1655; Civil Code 1895, §§ 1808,
1809; Civil Code 1910, §§ 2165, 2166; Code 1933, §§ 79-205,
79-206.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-2-7</Caption>
<Description>
</Description>
<SortOrder>7</SortOrder>
<Content>   Female citizens are entitled to
the privilege of the elective franchise and have the right to hold any civil office
or perform any civil function as fully and completely as do male
citizens.<p><font size=-2>HISTORY: Orig. Code 1863, § 1587; Code 1868, §
1650; Code 1873, § 1656; Code 1882, § 1656; Civil Code 1895, § 1810; Ga. L. 1896, p.
40, § 1; Civil Code 1910, § 2167; Ga. L. 1912, p. 62, § 1; Ga. L. 1916, p. 43, § 1;
Ga. L. 1918, p. 118, § 1; Ga. L. 1921, p. 106, §§ 1, 2; Code 1933, § 79-207; Ga. L.
1975, p. 779, § 2; Ga. L. 1982, p. 3, § 1; Ga. L. 1982, p. 826, § 1; Ga. L. 1984, p.
22, § 1.</font></p></Content>
<ShortName>GA. Code 1-2-7</ShortName>
<RevisionHistory>Orig. Code 1863, § 1587; Code 1868, § 1650; Code
1873, § 1656; Code 1882, § 1656; Civil Code 1895, § 1810; Ga. L. 1896, p. 40, § 1;
Civil Code 1910, § 2167; Ga. L. 1912, p. 62, § 1; Ga. L. 1916, p. 43, § 1; Ga. L.
1918, p. 118, § 1; Ga. L. 1921, p. 106, §§ 1, 2; Code 1933, § 79-207; Ga. L. 1975,
p. 779, § 2; Ga. L. 1982, p. 3, § 1; Ga. L. 1982, p. 826, § 1; Ga. L. 1984, p. 22, §
1.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-2-8</Caption>
<Description>
</Description>
<SortOrder>8</SortOrder>
<Content>   The law prescribes certain ages
at which persons shall be considered of sufficient maturity to discharge certain
civil functions, to make contracts, and to dispose of property. Prior to those ages
they are minors and are, on account of that disability, unable to exercise these
rights as citizens unless such minor becomes emancipated by operation of law or
pursuant to Article 10 of Chapter 11 of Title 15.<p><font
size=-2>HISTORY: Orig. Code 1863, § 1588; Code 1868, § 1651; Code 1873, § 1657;
Code 1882, § 1657; Civil Code 1895, § 1811; Civil Code 1910, § 2168; Code 1933, §
79-208; Ga. L. 2006, p. 141, § 2/HB 847; Ga. L. 2013, p. 294, § 4-1/HB

242.</font></p></Content>
<ShortName>GA. Code 1-2-8</ShortName>
<RevisionHistory>Orig. Code 1863, § 1588; Code 1868, § 1651; Code 1873, § 1657; Code 1882, § 1657; Civil Code 1895, § 1811; Civil Code 1910, § 2168; Code 1933, § 79-208; Ga. L. 2006, p. 141, § 2/HB 847; Ga. L. 2013, p. 294, § 4-1/HB 242.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-2-9</Caption>
<Description>
</Description>
<SortOrder>9</SortOrder>
<Content>   Such citizens of the other states of the Union as are recognized as citizens of the United States by the Constitution thereof shall be entitled, while temporarily within this state, to all the rights of citizens thereof, except the elective franchise, the right to hold office, and the right to perform such civil functions as are confined by law to citizens of this state.<p><font size=-2>HISTORY: Laws 1785, Cobb's 1851 Digest, p. 364; Code 1863, § 1591; Code 1868, § 1654; Code 1873, § 1659; Code 1882, § 1659; Civil Code 1895, § 1813; Civil Code 1910, § 2170; Code 1933, § 79-301.</font></p></Content>
<ShortName>GA. Code 1-2-9</ShortName>
<RevisionHistory>Laws 1785, Cobb's 1851 Digest, p. 364; Code 1863, § 1591; Code 1868, § 1654; Code 1873, § 1659; Code 1882, § 1659; Civil Code 1895, § 1813; Civil Code 1910, § 2170; Code 1933, § 79-301.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-2-10</Caption>
<Description>
</Description>
<SortOrder>10</SortOrder>
<Content>   The citizens of other states of the United States or of foreign states at peace with this state shall, by comity, be allowed the privilege of suing in the courts of this state and of giving evidence therein, as long as the same comity is extended in the courts of the other states to the citizens of this state.<p><font size=-2>HISTORY: Orig. Code 1863, § 1595; Code 1868, § 1657; Code 1873, § 1662; Code 1882, § 1662; Civil Code 1895, § 1817; Civil Code 1910, § 2174; Code 1933, § 79-305.</font></p></Content>
<ShortName>GA. Code 1-2-10</ShortName>
<RevisionHistory>Orig. Code 1863, § 1595; Code 1868, § 1657; Code 1873, § 1662; Code 1882, § 1662; Civil Code 1895, § 1817; Civil Code 1910, § 2174; Code 1933, § 79-305.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-2-11</Caption>
<Description>
</Description>
<SortOrder>11</SortOrder>
<Content>   (a) Aliens are the subjects of foreign governments who have not been naturalized under the laws of the United States.<br /><br />(b) Aliens who are subjects of governments at peace with the United States and this state, as long as their governments remain at peace with the United States and this state, shall be entitled to all the rights of citizens of other states who are temporarily in this state and shall have the privilege of purchasing, holding, and conveying real estate in this state.<p><font size=-2>HISTORY: Laws 1785, Cobb's 1851 Digest, p. 364; Laws 1849, Cobb's 1851 Digest, p. 367; Code 1863, §§ 1592, 1593; Code 1868, §§ 1655, 1656; Code 1873, §§ 1660, 1661; Code 1882, §§ 1660, 1661; Civil Code 1895, §§ 1814, 1816; Civil Code 1910, §§ 2171, 2173; Code 1933, §§ 79-302, 79-303.</font></p></Content>
<ShortName>GA. Code 1-2-11</ShortName>
<RevisionHistory>Laws 1785, Cobb's 1851 Digest, p. 364; Laws 1849, Cobb's 1851 Digest, p. 367; Code 1863, §§ 1592, 1593; Code 1868, §§ 1655, 1656; Code

1873, §§ 1660, 1661; Code 1882, §§ 1660, 1661; Civil Code 1895, §§ 1814, 1816; Civil Code 1910, §§ 2171, 2173; Code 1933, §§ 79-302, 79-303.</RevisionHistory>
</Index>
</Indexes>
</Index>
<Index Level="2" HasChildren="1">
<Caption>CHAPTER 3</Caption>
<Description>(Section 1-3-1 to Section 1-3-11)</Description>
<SortOrder>3</SortOrder>
<Indexes>
<Index Level="3" HasChildren="0">
<Caption>Section 1-3-1</Caption>
<Description>
</Description>
<SortOrder>1</SortOrder>
<Content>   (a) In all interpretations of statutes, the courts shall look diligently for the intention of the General Assembly, keeping in view at all times the old law, the evil, and the remedy. Grammatical errors shall not vitiate a law. A transposition of words and clauses may be resorted to when a sentence or clause is without meaning as it stands.<br /><br />(b) In all interpretations of statutes, the ordinary signification shall be applied to all words, except words of art or words connected with a particular trade or subject matter, which shall have the signification attached to them by experts in such trade or with reference to such subject matter.<br /><br />(c) A substantial compliance with any statutory requirement, especially on the part of public officers, shall be deemed and held sufficient, and no proceeding shall be declared void for want of such compliance, unless expressly so provided by law.<br /><br />(d) In addition to the rules for construction prescribed in subsections (a) through (c) of this Code section, the rules provided in this subsection shall govern the construction of all statutes with respect to the subjects enumerated.<br /><br />   (1) <i> Bonds.</i> When a bond is required by law, an undertaking in writing, without seal, is sufficient; and in all bonds where the names of the obligors do not appear in the bond but are subscribed thereto, they are bound thereby.<br /><br />   (2) <i> Census.</i> Whenever there is used in the statutory law of this state the term "federal census," "United States census," "decennial census," or similar words referring to the official census conducted every ten years by the United States of America or any agency thereof as required by Article I, Section II, Paragraph III of the Constitution of the United States, the effective date of such census for the purpose of making operative and of force any statutory law of this state shall be determined as follows:<br /><br />      (A) The effective date of the census shall be July 1 of the first year after the year in which the census is conducted, for the purpose of making operative and of force the following laws:<br /><br />         (i) Code Section 15-16-20;<br /><br />         (ii) Code Sections 15-6-88 through 15-6-91;<br /><br />         (iii) Code Section 48-5-183;<br /><br />         (iv) Code Sections 15-9-63 through 15-9-67;<br /><br />         (v) Code Section 36-5-25;<br /><br />         (vi) Code Section 15-10-23; and<br /><br />         (vii) Code Section 45-16-11;<br /><br />provided, however, that if a county's population decreases according to a more recent census

below its population according to an earlier census, then, notwithstanding any other provision of law, any officer who is compensated under a law specified in this subparagraph and who is in office on the date specified in this subparagraph shall continue during his entire tenure in such office (including any future terms of office in such office) to be compensated on the basis of the county's population according to such earlier census;<br /><br />      (B) For purposes of any program of grants of state funds to local governments, the effective date of the census shall be July 1 of the first year after the year in which the census is conducted;<br /><br />      (C) For the purpose of reconstituting the membership of any constitutional or statutory board, commission, or body whose members are appointed from congressional districts, the effective date of the census shall be January 1 of the third year after the year in which the census is conducted;<br /><br />      (D) The effective date of the census shall be July 1 of the second year after the year in which the census is conducted for the purpose of making operative and of force all other statutory laws which do not expressly provide otherwise.<br /><br />   (3) <i> Computation of time.</i> Except as otherwise provided by time period computations specifically applying to other laws, when a period of time measured in days, weeks, months, years, or other measurements of time except hours is prescribed for the exercise of any privilege or the discharge of any duty, the first day shall not be counted but the last day shall be counted; and, if the last day falls on Saturday or Sunday, the party having such privilege or duty shall have through the following Monday to exercise the privilege or to discharge the duty. When the last day prescribed for such action falls on a public and legal holiday as set forth in Code Section 1-4-1, the party having the privilege or duty shall have through the next business day to exercise the privilege or to discharge the duty. When the period of time prescribed is less than seven days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation.<br /><br />   (4) <i> Gender.</i> The masculine gender includes the feminine and the neuter.<br /><br />   (5) <i> Joint authority.</i> A joint authority given to any number of persons or officers may be executed by a majority of them, unless it is otherwise declared.<br /><br />   (6) <i> Number.</i> The singular or plural number each includes the other, unless the other is expressly excluded.<br /><br />   (7) <i> Tense.</i> The present or past tense includes the future.<p><font size=-2>HISTORY: Orig. Code 1863, § 5; Code 1868, § 4; Code 1873, § 4; Code 1882, § 4; Civil Code 1895, § 4; Penal Code 1895, § 1; Civil Code 1910, § 4; Penal Code 1910, § 1; Code 1933, § 102-102; Ga. L. 1958, p. 388, § 1; Ga. L. 1963, p. 608, § 1; Ga. L. 1967, p. 579, § 1; Ga. L. 1981, p. 951, § 1; Ga. L. 1985, p. 648, § 1; Ga. L. 1990, p. 1903, § 1; Ga. L. 2001, p. 902, § 22; Ga. L. 2012, p. 173, § 2-1/HB 665.</font></p></Content>
<ShortName>GA. Code 1-3-1</ShortName>
<RevisionHistory>Orig. Code 1863, § 5; Code 1868, § 4; Code 1873, § 4; Code 1882, § 4; Civil Code 1895, § 4; Penal Code 1895, § 1; Civil Code 1910, § 4; Penal Code 1910, § 1; Code 1933, § 102-102; Ga. L. 1958, p. 388, § 1; Ga. L. 1963, p. 608, § 1; Ga. L. 1967, p. 579, § 1; Ga. L. 1981, p. 951, § 1; Ga. L. 1985, p. 648, § 1; Ga. L. 1990, p. 1903, § 1; Ga. L. 2001, p. 902, § 22; Ga. L. 2012, p. 173, § 2-1/HB 665.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-3-2</Caption>
<Description>
</Description>
<SortOrder>2</SortOrder>
<Content>   As used in this Code or in any other law of this state, defined words shall have the meanings specified, unless the

```
context in which the word or term is used clearly requires that a different meaning
be used.</Content>
              <ShortName>GA. Code 1-3-2</ShortName>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-3-3</Caption>
              <Description>
              </Description>
              <SortOrder>3</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;As used in this Code or in any
other law of this state, the term:&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(1)&amp;nbsp;&amp;quot;Abode&amp;quot; ordinarily
means domicile.&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(2)&amp;nbsp;&amp;quot;Accident&amp;quot; means
an event which takes place without one's foresight or expectation or design.&lt;br
/&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(3)&amp;nbsp;&amp;quot;Act of
God&amp;quot; means an accident produced by physical causes which are irresistible
or inevitable, such as lightning, storms, perils of the sea, earthquakes,
inundations, sudden death, or illness. This expression excludes all idea of human
agency.&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(4)&amp;nbsp;&amp;quot;Aforesaid&amp;quot; means
next before.&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(4.1)&amp;nbsp;&amp;quot;Agriculture,&amp;quot;
&amp;quot;agricultural operations,&amp;quot; or &amp;quot;agricultural or farm
products&amp;quot; means raising, harvesting, or storing of crops; feeding,
breeding, or managing livestock or poultry; producing or storing feed for use in the
production of livestock, including, but not limited to, cattle, calves, swine, hogs,
goats, sheep, and rabbits, or for use in the production of poultry, including, but
not limited to, chickens, hens, ratites, and turkeys; producing plants, trees, fowl,
or animals; or the production of aquacultural, horticultural, dairy, livestock,
poultry, eggs, and apiarian products. If the term &amp;quot;agriculture,&amp;quot;
&amp;quot;agricultural operations,&amp;quot; or &amp;quot;agricultural or farm
products&amp;quot; is defined in Title 2, Title 4, Title 10, or Title 11 or in any
chapter, article, part, subpart, or Code section of such titles, such specific
definition shall control for such purposes over the definition contained in this
paragraph. Agricultural or farm products are considered grown in this state if such
products are grown, produced, or processed in this state, whether or not such
products are composed of constituent products grown or produced outside this
state.&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(5)&amp;nbsp;&amp;quot;As soon as
possible&amp;quot; means within a reasonable time, having due regard to all the
circumstances.&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(6)&amp;nbsp;&amp;quot;Child&amp;quot; or
&amp;quot;grandchild&amp;quot; means legitimate descendants.&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(7)&amp;nbsp;&amp;quot;County governing
authority&amp;quot; means the board of county commissioners, the sole county
commissioner, or the governing authority of a consolidated government.&lt;br
/&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(7.1)&amp;nbsp;&amp;quot;Crops&amp;quot; or
&amp;quot;growing crops&amp;quot; means fruits and products of all annual or
perennial plants, trees, and shrubs and shall also include plants, trees, shrubs,
and other agricultural products that are produced for sale. If the term
&amp;quot;crops&amp;quot; or &amp;quot;growing crops&amp;quot; is defined in Title
2, Title 4, or Title 10 or in any chapter, article, part, subpart, or Code section
of such titles, such specific definition shall control for such purposes over the
definition contained in this paragraph.&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(8)&amp;nbsp;&amp;quot;Following&amp;quot; means
next after.&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(9)&amp;nbsp;&amp;quot;Lunatic,&amp;quot;
&amp;quot;insane,&amp;quot; or &amp;quot;non compos mentis&amp;quot; each includes
all persons of unsound mind.&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(10)&amp;nbsp;&amp;quot;May&amp;quot; ordinarily
denotes permission and not command. However, where the word as used concerns the
```

public interest or affects the rights of third persons, it shall be construed to mean "must" or "shall."<br /><br />   (11) "Month" means a calendar month. A scholastic month in public schools is 20 school days.<br /><br />   (12) "Oath" includes affirmation.<br /><br />   (13) "Penitentiary" means any place where inmates are confined under the authority of any law of this state.<br /><br />   (14) "Person" includes a corporation.<br /><br />   (15) "Preceding" means next before.<br /><br />   (16) "Property" includes real and personal property.<br /><br />   (16.1) "Ratites" mean any members of the ratite family, including but not limited to ostriches, emus, and rheas, which are not indigenous to this state and which are raised for the purpose of producing meat, fiber, or animal by-products or as breeding stock. For the purposes of the laws of this state, ratites shall be treated as poultry and the term poultry as used in this Code or any law of this state shall include ratites unless such ratites are specifically excluded from the operation of any such law or unless such law or the operation thereof is restricted to a certain type of poultry.<br /><br />   (17) "Seal" includes impressions on the paper itself, as well as impressions on wax or wafers. With the exception of official seals, a scrawl or any other mark intended as a seal shall be held as such.<br /><br />   (18) "Sickness" means any affection of the body which deprives it temporarily of the power to fulfill its usual functions.<br /><br />   (19) "Signature" or "subscription" includes the mark of an illiterate or infirm person.<br /><br />   (19.5) "Statutory overnight delivery" shall have the meaning provided for in subsection (b) of Code Section 9-10-12.<br /><br />   (20) "Trespass" means any misfeasance, transgression, or offense which damages another's health, reputation, or property.<br /><br />   (21) "Until," when used with reference to a certain day, includes all of such day.<br /><br />   (22) "Whereas" means considering that.<br /><br />   (23) "Writing" includes printing and all numerals.<br /><br />   (24) "Year" means a calendar year.<p><font size=-2>HISTORY: Laws 1838, Cobb's 1851 Digest, pp. 274, 536; Laws 1833, Cobb's 1851 Digest, p. 780; Code 1863, § 6; Code 1868, § 5; Code 1873, § 5; Code 1882, § 5; Civil Code 1895, § 5; Penal Code 1895, § 2; Ga. L. 1896, p. 82, § 1; Civil Code 1910, § 5; Penal Code 1910, § 2; Code 1933, § 102-103; Ga. L. 1957, p. 477, § 6; Ga. L. 1987, p. 1482, § 1; Ga. L. 1991, p. 1849, § 1; Ga. L. 1992, p. 2398, § 1; Ga. L. 1995, p. 347, §§ 1, 2; Ga. L. 2000, p. 1589, § 1; Ga. L. 2001, p. 362, § 23; Ga. L. 2008, p. 458, § 1/SB 364.</font></p></Content>
<ShortName>GA. Code 1-3-3</ShortName>
<RevisionHistory>Laws 1838, Cobb's 1851 Digest, pp. 274, 536; Laws 1833, Cobb's 1851 Digest, p. 780; Code 1863, § 6; Code 1868, § 5; Code 1873, § 5; Code 1882, § 5; Civil Code 1895, § 5; Penal Code 1895, § 2; Ga. L. 1896, p. 82, § 1; Civil Code 1910, § 5; Penal Code 1910, § 2; Code 1933, § 102-103; Ga. L. 1957, p. 477, § 6; Ga. L. 1987, p. 1482, § 1; Ga. L. 1991, p. 1849, § 1; Ga. L. 1992, p. 2398, § 1; Ga. L. 1995, p. 347, §§ 1, 2; Ga. L. 2000, p. 1589, § 1; Ga. L. 2001, p.

362, § 23; Ga. L. 2008, p. 458, § 1/SB 364.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-3-4</Caption>
<Description>
</Description>
<SortOrder>4</SortOrder>
<Content>   (a) Unless a different effective date is specified in an Act:<br /><br />   (1) Any Act which is approved by the Governor or which becomes law without his approval on or after the first day of January and prior to the first day of July of a calendar year shall become effective on the first day of July; and<br /><br />   (2) Any Act which is approved by the Governor or which becomes law without his approval on or after the first day of July and prior to the first day of January of the immediately succeeding calendar year shall become effective on the first day of January.<br /><br />(b) Subsection (a) of this Code section shall not apply to local legislation or to resolutions intended to have the effect of law. Such local legislation and resolutions intended to have the effect of law become effective immediately upon approval by the Governor or upon their becoming law without his approval, unless a different effective date is specified in the Act or resolution.<p><font size=-2>HISTORY: Ga. L. 1968, p. 1364, § 1; Ga. L. 1969, p. 7, § 1; Ga. L. 1985, p. 984, § 1; Ga. L. 2002, p. 985, § 2.</font></p></Content>
<ShortName>GA. Code 1-3-4</ShortName>
<RevisionHistory>Ga. L. 1968, p. 1364, § 1; Ga. L. 1969, p. 7, § 1; Ga. L. 1985, p. 984, § 1; Ga. L. 2002, p. 985, § 2.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-3-4.1</Caption>
<Description>
</Description>
<SortOrder>5</SortOrder>
<Content>   Notwithstanding the provisions of Code Section 1-3-4, no general Act which provides for an increase in compensation to one or more of the county officials listed in Article IX, Section I, Paragraph III of the Constitution or Chapter 10 of Title 15 shall be effective until the first day of January following passage of the Act.<p><font size=-2>HISTORY: Code 1981, § 1-3-4.1, enacted by Ga. L. 1985, p. 984, § 2; Ga. L. 1990, p. 1397, § 1; Ga. L. 1996, p. 1197, § 1; Ga. L. 1997, p. 11, § 1; Ga. L. 2002, p. 985, § 2; Ga. L. 2003, p. 140, § 1.</font></p></Content>
<ShortName>GA. Code 1-3-4.1</ShortName>
<RevisionHistory>Code 1981, § 1-3-4.1, enacted by Ga. L. 1985, p. 984, § 2; Ga. L. 1990, p. 1397, § 1; Ga. L. 1996, p. 1197, § 1; Ga. L. 1997, p. 11, § 1; Ga. L. 2002, p. 985, § 2; Ga. L. 2003, p. 140, § 1.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-3-5</Caption>
<Description>
</Description>
<SortOrder>6</SortOrder>
<Content>   Laws prescribe only for the future; they cannot impair the obligation of contracts nor, ordinarily, have a retrospective operation. Laws looking only to the remedy or mode of trial may apply to contracts, rights, and offenses entered into, accrued, or committed prior to their passage; but in every case a reasonable time subsequent to the passage of the law should be allowed for the citizen to enforce his contract or to protect his right.<p><font size=-2>HISTORY: Orig. Code 1863, § 7; Code 1868, § 6; Code 1873, § 6; Code 1882, § 6; Civil Code 1895, § 6; Penal Code 1895, § 3; Civil Code 1910, § 6; Penal Code 1910, § 3; Code 1933, § 102-104.</font></p></Content>
<ShortName>GA. Code 1-3-5</ShortName>

<RevisionHistory>Orig. Code 1863, § 7; Code 1868, § 6; Code 1873, § 6; Code 1882, § 6; Civil Code 1895, § 6; Penal Code 1895, § 3; Civil Code 1910, § 6; Penal Code 1910, § 3; Code 1933, § 102-104.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-3-6</Caption>
<Description>
</Description>
<SortOrder>7</SortOrder>
<Content>   After they take effect, the laws of this state are obligatory upon all the inhabitants thereof. Ignorance of the law excuses no one.<p><font size=-2>HISTORY: Orig. Code 1863, § 8; Code 1868, § 7; Code 1873, § 7; Code 1882, § 7; Civil Code 1895, § 7; Penal Code 1895, § 4; Civil Code 1910, § 7; Penal Code 1910, § 4; Code 1933, § 102-105.</font></p></Content>
<ShortName>GA. Code 1-3-6</ShortName>
<RevisionHistory>Orig. Code 1863, § 8; Code 1868, § 7; Code 1873, § 7; Code 1882, § 7; Civil Code 1895, § 7; Penal Code 1895, § 4; Civil Code 1910, § 7; Penal Code 1910, § 4; Code 1933, § 102-105.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-3-7</Caption>
<Description>
</Description>
<SortOrder>8</SortOrder>
<Content>   Laws made for the preservation of public order or good morals may not be dispensed with or abrogated by any agreement. However, a person may waive or renounce what the law has established in his favor when he does not thereby injure others or affect the public interest.<p><font size=-2>HISTORY: Orig. Code 1863, § 11; Code 1868, § 10; Code 1873, § 10; Code 1882, § 10; Civil Code 1895, § 10; Penal Code 1895, § 5; Civil Code 1910, § 10; Penal Code 1910, § 5; Code 1933, § 102-106.</font></p></Content>
<ShortName>GA. Code 1-3-7</ShortName>
<RevisionHistory>Orig. Code 1863, § 11; Code 1868, § 10; Code 1873, § 10; Code 1882, § 10; Civil Code 1895, § 10; Penal Code 1895, § 5; Civil Code 1910, § 10; Penal Code 1910, § 5; Code 1933, § 102-106.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-3-8</Caption>
<Description>
</Description>
<SortOrder>9</SortOrder>
<Content>   The state is not bound by the passage of a law unless it is named therein or unless the words of the law are so plain, clear, and unmistakable as to leave no doubt as to the intention of the General Assembly.<p><font size=-2>HISTORY: Civil Code 1895, § 3; Civil Code 1910, § 3; Code 1933, § 102-109.</font></p></Content>
<ShortName>GA. Code 1-3-8</ShortName>
<RevisionHistory>Civil Code 1895, § 3; Civil Code 1910, § 3; Code 1933, § 102-109.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-3-9</Caption>
<Description>
</Description>
<SortOrder>10</SortOrder>
<Content>   The laws of other states and foreign nations shall have no force and effect of themselves within this state further than is provided by the Constitution of the United States and is recognized by the comity of states. The courts shall enforce this comity, unless restrained by the General Assembly, so long as its enforcement is not contrary to the policy or prejudicial to the interests of this state.<p><font size=-2>HISTORY:

```
Orig. Code 1863, § 10; Code 1868, § 9; Code 1873, § 9; Code 1882, § 9; Civil Code
1895, § 9; Civil Code 1910, § 9; Code 1933, §
102-110.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-3-9</ShortName>
              <RevisionHistory>Orig. Code 1863, § 10; Code 1868, § 9; Code 1873, §
9; Code 1882, § 9; Civil Code 1895, § 9; Civil Code 1910, § 9; Code 1933, §
102-110.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-3-10</Caption>
              <Description>
              </Description>
              <SortOrder>11</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;Except for wills of personalty
of persons domiciled in another state or country, when writings or contracts are
intended to have effect in this state they must be executed in conformity to the
laws of this state.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Orig. Code 1863, § 9; Code
1868, § 8; Code 1873, § 8; Code 1882, § 8; Civil Code 1895, § 8; Civil Code 1910, §
8; Code 1933, § 102-108; Ga. L. 1962, p. 156, § 1; Ga. L. 1963, p. 188, §
38.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-3-10</ShortName>
              <RevisionHistory>Orig. Code 1863, § 9; Code 1868, § 8; Code 1873, § 8;
Code 1882, § 8; Civil Code 1895, § 8; Civil Code 1910, § 8; Code 1933, § 102-108;
Ga. L. 1962, p. 156, § 1; Ga. L. 1963, p. 188, § 38.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-3-11</Caption>
              <Description>
              </Description>
              <SortOrder>12</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;No office to which a person has
been elected shall be abolished nor the term of the office shortened or lengthened
by local or special Act during the term for which such person was elected unless the
same shall be approved by the people of the jurisdiction affected in a referendum on
the question.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code 1981, § 1-3-11, enacted by
Ga. L. 1983, p. 685, § 1.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-3-11</ShortName>
              <RevisionHistory>Code 1981, § 1-3-11, enacted by Ga. L. 1983, p. 685,
§ 1.</RevisionHistory>
            </Index>
          </Indexes>
        </Index>
        <Index Level="2" HasChildren="1">
          <Caption>CHAPTER 4</Caption>
          <Description>(Section 1-4-1 to Section 1-4-21)</Description>
          <SortOrder>4</SortOrder>
          <Indexes>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-4-1</Caption>
              <Description>
              </Description>
              <SortOrder>1</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;(a)&amp;nbsp;The State of
Georgia shall recognize and observe as public and legal holidays:&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(1)&amp;nbsp;All days which have been designated
as of January 1, 1984, as public and legal holidays by the federal government;
and&lt;br /&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(2)&amp;nbsp;All other days
designated and proclaimed by the Governor as public and legal holidays or as days of
fasting and prayer or other religious observance. In such designation the Governor
shall include at least one of the following dates: January 19, April 26, or June 3,
or a suitable date in lieu thereof to commemorate the event or events now observed
by such dates.&lt;br /&gt;&lt;br /&gt;(b)&amp;nbsp;The Governor shall close all
state offices and facilities a minimum of 12 days throughout the year and not more
```

than 12 days in observance of the public and legal holidays and other days set forth in subsection (a) of this Code section and shall specify the days state offices and facilities shall be closed for such observances.<br /><br />(c) Employees of any state department or agency shall, upon request to their appointing authority or his or her designee at least seven days in advance, be given priority consideration for time away from work for observance of religious holy days not otherwise provided for in this Code section. Any paid leave time for such religious holy day observance shall be charged to accrued compensatory leave or accrued annual leave credits available to the employee at the time of the holy day observance. No employee may claim priority consideration for more than three work days each calendar year. A request by an employee for time away from work to observe a religious holy day shall not be denied unless the employee has inadequate accrued compensatory or annual leave credits to cover such period of absence or the duties performed by the employee are urgently required and the employee is the only person available who can perform the duties as determined by the appointing authority or his or her designee. The State Personnel Board shall provide by rule and regulation a procedure to be followed by agencies and departments in the granting of such holy days.<p><font size=-2>HISTORY: Laws 1850, Cobb's 1851 Digest, p. 522; Code 1863, § 2733; Code 1868, § 2741; Ga. L. 1870, p. 69, § 1; Ga. L. 1871-72, p. 23, § 1; Code 1873, § 2783; Ga. L. 1874, p. 19, § 1; Code 1882, § 2783; Ga. L. 1889, p. 72, §§ 1, 2; Ga. L. 1893, p. 115, § 1; Ga. L. 1894, p. 47, § 1; Civil Code 1895, § 3692; Ga. L. 1897, p. 119, § 1; Civil Code 1910, § 4284; Ga. L. 1929, p. 211, § 1; Code 1933, § 14-1808; Ga. L. 1935, p. 350, § 1; Ga. L. 1943, p. 331, § 1; Ga. L. 1945, p. 123, § 1; Ga. L. 1968, p. 986, § 1; Ga. L. 1969, p. 9, § 1; Ga. L. 1972, p. 363, § 1; Ga. L. 1975, p. 368, § 1; Ga. L. 1982, p. 986, §§ 1, 2; Ga. L. 1984, p. 22, § 1; Ga. L. 1984, p. 1274, § 1; Ga. L. 2009, p. 745, § 1/SB 97; Ga. L. 2012, p. 446, § 2-1/HB 642.</font></p></Content>
<ShortName>GA. Code 1-4-1</ShortName>
<RevisionHistory>Laws 1850, Cobb's 1851 Digest, p. 522; Code 1863, § 2733; Code 1868, § 2741; Ga. L. 1870, p. 69, § 1; Ga. L. 1871-72, p. 23, § 1; Code 1873, § 2783; Ga. L. 1874, p. 19, § 1; Code 1882, § 2783; Ga. L. 1889, p. 72, §§ 1, 2; Ga. L. 1893, p. 115, § 1; Ga. L. 1894, p. 47, § 1; Civil Code 1895, § 3692; Ga. L. 1897, p. 119, § 1; Civil Code 1910, § 4284; Ga. L. 1929, p. 211, § 1; Code 1933, § 14-1808; Ga. L. 1935, p. 350, § 1; Ga. L. 1943, p. 331, § 1; Ga. L. 1945, p. 123, § 1; Ga. L. 1968, p. 986, § 1; Ga. L. 1969, p. 9, § 1; Ga. L. 1972, p. 363, § 1; Ga. L. 1975, p. 368, § 1; Ga. L. 1982, p. 986, §§ 1, 2; Ga. L. 1984, p. 22, § 1; Ga. L. 1984, p. 1274, § 1; Ga. L. 2009, p. 745, § 1/SB 97; Ga. L. 2012, p. 446, § 2-1/HB 642.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-4-2</Caption>
<Description>
</Description>
<SortOrder>2</SortOrder>
<Content>   The only days to be declared, treated, and considered as religious holidays shall be the first day of each week, called Sunday.<p><font size=-2>HISTORY: Ga. L. 1943, p. 331, § 2.</font></p></Content>
<ShortName>GA. Code 1-4-2</ShortName>
<RevisionHistory>Ga. L. 1943, p. 331, § 2.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-4-3</Caption>
<Description>
</Description>
<SortOrder>3</SortOrder>
<Content>   (a) The State of Georgia recognizes the importance to the citizens of this state of the principles upon which the United States of America was founded and of an understanding of the history of our nation. To encourage the study of American history by the citizens of this state, the month of February of each year is designated as "American History Month" in Georgia. The citizens of this state are encouraged to observe "American History Month" with appropriate observances and

```
programs.&lt;br /&gt;&lt;br /&gt;(b)&amp;nbsp;The month of February of each year is
also designated as Georgia History Month in special tribute to the founders,
builders, and preservers of this state.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Ga. L.
1963, p. 386, § 1; Ga. L. 1974, p. 329, § 1.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-4-3</ShortName>
              <RevisionHistory>Ga. L. 1963, p. 386, § 1; Ga. L. 1974, p. 329, §
1.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-4-4</Caption>
              <Description>
              </Description>
              <SortOrder>4</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The fourth week in the month of
March of each year is declared to be &amp;quot;Wildflower Week&amp;quot; in
Georgia.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Ga. L. 1981, p.
1849.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-4-4</ShortName>
              <RevisionHistory>Ga. L. 1981, p. 1849.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-4-5</Caption>
              <Description>
              </Description>
              <SortOrder>5</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The second Thursday in October
of each year is declared to be &amp;quot;Bird Day&amp;quot; in
Georgia.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Ga. L. 1981, p.
1849.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-4-5</ShortName>
              <RevisionHistory>Ga. L. 1981, p. 1849.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-4-6</Caption>
              <Description>
              </Description>
              <SortOrder>6</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The second Monday in February
of each year is declared to be &amp;quot;Law Enforcement Officer Appreciation
Day&amp;quot; in Georgia.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code 1981, § 1-4-6,
enacted by Ga. L. 1985, p. 658, § 1.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-4-6</ShortName>
              <RevisionHistory>Code 1981, § 1-4-6, enacted by Ga. L. 1985, p. 658, §
1.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-4-7</Caption>
              <Description>
              </Description>
              <SortOrder>7</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;May 15 of each year is declared
to be &amp;quot;Peace Officer Memorial Day&amp;quot; and the calendar week in which
it falls is declared as &amp;quot;Police Week.&amp;quot;&lt;p&gt;&lt;font
size=-2&gt;HISTORY: Code 1981, § 1-4-7, enacted by Ga. L. 1987, p. 869, §
1.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-4-7</ShortName>
              <RevisionHistory>Code 1981, § 1-4-7, enacted by Ga. L. 1987, p. 869, §
1.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-4-8</Caption>
              <Description>
              </Description>
```

```
            <SortOrder>8</SortOrder>
            <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The first Sunday in October of
each year, beginning in 1990, is declared to be &amp;quot;Children's Day&amp;quot;
in Georgia.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code 1981, § 1-4-8, enacted by Ga.
L. 1990, p. 175, § 1.&lt;/font&gt;&lt;/p&gt;</Content>
            <ShortName>GA. Code 1-4-8</ShortName>
            <RevisionHistory>Code 1981, § 1-4-8, enacted by Ga. L. 1990, p. 175, §
1.</RevisionHistory>
          </Index>
          <Index Level="3" HasChildren="0">
            <Caption>Section 1-4-9</Caption>
            <Description>
            </Description>
            <SortOrder>9</SortOrder>
            <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The day of April 9 of each year
is designated as &amp;quot;Former Prisoners of War Recognition Day&amp;quot; in
Georgia.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code 1981, § 1-4-9, enacted by Ga. L.
1990, p. 1061, § 1.&lt;/font&gt;&lt;/p&gt;</Content>
            <ShortName>GA. Code 1-4-9</ShortName>
            <RevisionHistory>Code 1981, § 1-4-9, enacted by Ga. L. 1990, p. 1061,
§ 1.</RevisionHistory>
          </Index>
          <Index Level="3" HasChildren="0">
            <Caption>Section 1-4-10</Caption>
            <Description>
            </Description>
            <SortOrder>10</SortOrder>
            <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The first Thursday in February
of each year is designated as &amp;quot;Girls and Women in Sports Day&amp;quot; in
Georgia.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code 1981, § 1-4-10, enacted by Ga. L.
1991, p. 788, § 1.&lt;/font&gt;&lt;/p&gt;</Content>
            <ShortName>GA. Code 1-4-10</ShortName>
            <RevisionHistory>Code 1981, § 1-4-10, enacted by Ga. L. 1991, p. 788,
§ 1.</RevisionHistory>
          </Index>
          <Index Level="3" HasChildren="0">
            <Caption>Section 1-4-11</Caption>
            <Description>
            </Description>
            <SortOrder>11</SortOrder>
            <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The third week in October of
each year is designated and shall be observed as &amp;quot;Clean Water
Week&amp;quot; in Georgia.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code 1981, § 1-4-11,
enacted by Ga. L. 1994, p. 1403, § 1.&lt;/font&gt;&lt;/p&gt;</Content>
            <ShortName>GA. Code 1-4-11</ShortName>
            <RevisionHistory>Code 1981, § 1-4-11, enacted by Ga. L. 1994, p. 1403,
§ 1.</RevisionHistory>
          </Index>
          <Index Level="3" HasChildren="0">
            <Caption>Section 1-4-12</Caption>
            <Description>
            </Description>
            <SortOrder>12</SortOrder>
            <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The first Tuesday in February
of each year is designated as &amp;quot;Firefighter Appreciation Day&amp;quot; in
Georgia.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code 1981, § 1-4-12, enacted by Ga. L.
1996, p. 836, § 1.&lt;/font&gt;&lt;/p&gt;</Content>
            <ShortName>GA. Code 1-4-12</ShortName>
            <RevisionHistory>Code 1981, § 1-4-12, enacted by Ga. L. 1996, p. 836,
§ 1.</RevisionHistory>
          </Index>
          <Index Level="3" HasChildren="0">
            <Caption>Section 1-4-13</Caption>
```

<Description>
</Description>
<SortOrder>13</SortOrder>
<Content>   (a) The State of Georgia recognizes the first ten amendments to the Constitution of the United States as vitally important in articulating and ensuring fundamental human rights. These first ten amendments, known collectively as the Bill of Rights, were ratified on December 15, 1791.<br /><br />(b) To affirm the fundamental freedoms embodied in the Bill of Rights, celebrate the anniversary of ratification, and commemorate the sacrifices made to preserve these essential rights, December 15 of each year is designated "Bill of Rights Day" in Georgia. The citizens of this state are encouraged to observe the day by reflecting upon the meaning and importance of the Bill of Rights.<p><font size=-2>HISTORY: Code 1981, § 1-4-13, enacted by Ga. L. 1998, p. 743, § 1.</font></p></Content>
<ShortName>GA. Code 1-4-13</ShortName>
<RevisionHistory>Code 1981, § 1-4-13, enacted by Ga. L. 1998, p. 743, § 1.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-4-14</Caption>
<Description>
</Description>
<SortOrder>14</SortOrder>
<Content>   The first week in February of each year is declared to be "Home Education Week" in Georgia.<p><font size=-2>HISTORY: Code 1981, § 1-4-14, enacted by Ga. L. 1998, p. 1014, § 1.</font></p></Content>
<ShortName>GA. Code 1-4-14</ShortName>
<RevisionHistory>Code 1981, § 1-4-14, enacted by Ga. L. 1998, p. 1014, § 1.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-4-15</Caption>
<Description>
</Description>
<SortOrder>15</SortOrder>
<Content>   (a) The General Assembly finds that a Georgia family's proud tradition of racing began in Dawsonville, Georgia, under the tutelage and guiding hand of George Elliott. George's young son Bill began to demonstrate at an early age a natural skill and competitive racing instinct at Dixie Speedway in Woodstock, and in 1976, at the tender age of 20, Bill Elliott entered his first Winston Cup race and launched a career that would span decades. Awesome Bill from Dawsonville, a modest, unassuming, and unpretentious man, has become a household name in NASCAR racing and has been selected Most Popular Driver an unprecedented 16 times, Georgia Professional Athlete of the Year twice, National Motorsports Driver of the Year 14 times, and in 1998, was inducted into the Georgia Sports Hall of Fame. It is virtually impossible to list all of the honors and awards Million Dollar Bill has garnered over his incandescent career, but perhaps his most acclaimed accomplishment is his support, love, and respect from racing fans.  He has given unstintingly of his time, talents, energy, and financial resources to numerous charities including the Special Olympics, the M.D. Anderson Cancer Center, and the Make-A-Wish Foundation and it is abundantly fitting and proper that this extraordinary Georgian be recognized in a special and lasting manner.<br /><br />(b) The members of the General Assembly commend Bill Elliott for his over 30 years of outstanding contributions to the sport of racing and designate October 8 of each year as "Bill Elliott Day" in Georgia.<p><font size=-2>HISTORY: Code 1981, § 1-4-15, enacted by Ga. L. 2005, p. 1159, § .1/SB 168; Ga. L. 2006, p. 72, § 1/SB 465.</font></p></Content>
<ShortName>GA. Code 1-4-15</ShortName>
<RevisionHistory>Code 1981, § 1-4-15, enacted by Ga. L. 2005, p. 1159, § .1/SB 168; Ga. L. 2006, p. 72, § 1/SB 465.</RevisionHistory>

```
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-4-15.1</Caption>
              <Description>
              </Description>
              <SortOrder>16</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;(a)&amp;nbsp;The General
Assembly recognizes that:&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(1)&amp;nbsp;President Ronald Wilson Reagan, a
man of humble background, worked throughout his life serving freedom and advancing
the public good, having been employed as an entertainer, Union leader, corporate
spokesman, Governor of California, and President of the United States;&lt;br
/&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(2)&amp;nbsp;Ronald Reagan served
with honor and distinction for two terms as the fortieth President of the United
States of America, and in his reelection he earned the confidence of three-fifths of
the electorate and was victorious in 49 of the 50 states in the general election, a
record unsurpassed in the history of American presidential elections;&lt;br
/&gt;&lt;br /&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(3)&amp;nbsp;During Mr. Reagan's
presidency he worked in a bipartisan manner to enact his bold agenda of restoring
accountability and common sense to government which led to an unprecedented economic
expansion and opportunity for millions of Americans;&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(4)&amp;nbsp;Mr. Reagan's commitment to an active
social policy agenda for the nation's children helped lower crime rates and drug use
in our neighborhoods;&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(5)&amp;nbsp;President Reagan's commitment to our
armed forces contributed to the restoration of pride in America, her values and
those cherished by the free world, and prepared America's armed forces to meet
twenty-first century challenges;&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(6)&amp;nbsp;President Reagan's vision of
&amp;quot;peace through strength&amp;quot; led to the end of the Cold War and the
ultimate demise of the Soviet Union, guaranteeing basic human rights for millions of
people; and&lt;br /&gt;&lt;br
/&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;(7)&amp;nbsp;February 6, 2005, will be the
ninety-fourth anniversary of Ronald Reagan's birth, and the first since his
passing.&lt;br /&gt;&lt;br /&gt;(b)&amp;nbsp;February 6 of each year is designated
&amp;quot;Ronald Reagan Day&amp;quot; in Georgia.&lt;p&gt;&lt;font
size=-2&gt;HISTORY: Code 1981, § 1-4-15.1, enacted by Ga. L. 2006, p. 139, § 1/HB
713; Ga. L. 2007, p. 47, § 1/SB 103.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-4-15.1</ShortName>
              <RevisionHistory>Code 1981, § 1-4-15.1, enacted by Ga. L. 2006, p.
139, § 1/HB 713; Ga. L. 2007, p. 47, § 1/SB 103.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-4-16</Caption>
              <Description>
              </Description>
              <SortOrder>17</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The fourth Monday in March of
each year is designated and shall be observed as &amp;quot;Prison Chaplains
Appreciation Day&amp;quot; in all state and private correctional institutions in
Georgia.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code 1981, § 1-4-16, enacted by Ga. L.
2006, p. 484, § 1/HB 1292.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-4-16</ShortName>
              <RevisionHistory>Code 1981, § 1-4-16, enacted by Ga. L. 2006, p. 484,
§ 1/HB 1292.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-4-17</Caption>
              <Description>
              </Description>
              <SortOrder>18</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The twelfth day of February in
each year is declared to be &amp;quot;Georgia Day,&amp;quot; as the anniversary of
```

the landing of the first colonists in Georgia under Oglethorpe.<p><font size=-2>HISTORY: Code 1981, § 1-4-17, enacted by Ga. L. 2008, p. 2, § 1/HB 387.</font></p></Content>
<ShortName>GA. Code 1-4-17</ShortName>
<RevisionHistory>Code 1981, § 1-4-17, enacted by Ga. L. 2008, p. 2, § 1/HB 387.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-4-18</Caption>
<Description>
</Description>
<SortOrder>19</SortOrder>
<Content>   The third Monday in October of every year is designated "School Bus Drivers Appreciation Day" in Georgia.<p><font size=-2>HISTORY: Code 1981, § 1-4-18, enacted by Ga. L. 2008, p. 563, § 2/HB 791.</font></p></Content>
<ShortName>GA. Code 1-4-18</ShortName>
<RevisionHistory>Code 1981, § 1-4-18, enacted by Ga. L. 2008, p. 563, § 2/HB 791.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-4-19</Caption>
<Description>
</Description>
<SortOrder>20</SortOrder>
<Content>   The third week in October of every year is designated "School Bus Safety Week" in Georgia.<p><font size=-2>HISTORY: Code 1981, § 1-4-19, enacted by Ga. L. 2008, p. 566, § 2/HB 790.</font></p></Content>
<ShortName>GA. Code 1-4-19</ShortName>
<RevisionHistory>Code 1981, § 1-4-19, enacted by Ga. L. 2008, p. 566, § 2/HB 790.</RevisionHistory>
</Index>
<Index Level="3" HasChildren="0">
<Caption>Section 1-4-20</Caption>
<Description>
</Description>
<SortOrder>21</SortOrder>
<Content>   (a) The General Assembly hereby finds and determines that tourism is a great economic resource in Georgia; and historical, heritage, and cultural inheritance are among the tourism industry's most popular attractions. Georgia's Confederate heritage, physical artifacts and battle sites, and historic events and persons not only attract visitors, they are potentially of even greater importance and benefit to our state's economy. Increased development of our state's Confederate history and heritage as part of the tourism industry will be enhanced through recognizing, celebrating, and advertising that heritage and history.<br /><br />(b) The month of April of each year is hereby designated as Confederate History and Heritage Month and shall be set aside to honor, observe, and celebrate the Confederate States of America, its history, those who served in its armed forces and government, and all those millions of its citizens of various races and ethnic groups and religions who contributed in sundry and myriad ways to the cause which they held so dear from its founding on February 4, 1861, in Montgomery, Alabama, until the Confederate ship CSS <i>Shenandoah</i> sailed into Liverpool Harbor and surrendered to British authorities on November 6, 1865.<br /><br />(c) Officials and departments of state, county, and municipal governments, boards of education, elementary and secondary schools, colleges and universities, businesses, and all citizens are encouraged to participate in programs, displays, and activities that commemorate and honor our shared history and cultural inheritance throughout each April during Confederate History and Heritage Month.<p><font size=-2>HISTORY: Code 1981, § 1-4-20, enacted by Ga. L. 2009, p. 207, § 2/SB 27.</font></p></Content>
<ShortName>GA. Code 1-4-20</ShortName>

```
              <RevisionHistory>Code 1981, § 1-4-20, enacted by Ga. L. 2009, p. 207,
§ 2/SB 27.</RevisionHistory>
            </Index>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-4-21</Caption>
              <Description>
              </Description>
              <SortOrder>22</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;(a)&amp;nbsp;August 7 of every
year is designated as &amp;quot;Purple Heart Day.&amp;quot;&lt;br /&gt;&lt;br
/&gt;(b)&amp;nbsp;The Governor may annually issue a proclamation designating August
7 as &amp;quot;Purple Heart Day.&amp;quot; Public officials, schools, private
organizations, and all residents of this state are encouraged to commemorate Purple
Heart Day and honor those wounded or killed while serving in any branch of the
United States Armed Services.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code 1981, §
1-4-21, enacted by Ga. L. 2014, p. 758, § 1/SB 276.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-4-21</ShortName>
              <RevisionHistory>Code 1981, § 1-4-21, enacted by Ga. L. 2014, p. 758,
§ 1/SB 276.</RevisionHistory>
            </Index>
          </Indexes>
        </Index>
        <Index Level="2" HasChildren="1">
          <Caption>CHAPTER 5</Caption>
          <Description>(Section 1-5-1)</Description>
          <SortOrder>5</SortOrder>
          <Indexes>
            <Index Level="3" HasChildren="0">
              <Caption>Section 1-5-1</Caption>
              <Description>
              </Description>
              <SortOrder>1</SortOrder>
              <Content>&amp;nbsp;&amp;nbsp;&amp;nbsp;The board of directors of any
public authority created by a constitutional amendment, which amendment was
continued in force as a part of the 1983 Constitution pursuant to the provisions of
subparagraph (d) of Article XI, Section I, Paragraph IV, shall be empowered to
change the name and style under which the authority operates by adopting an
appropriate resolution by a majority vote at any regular or special meeting of the
authority. If the board of directors changes the name and style under which an
authority operates in accordance with the provisions of this Code section, such
action shall in no way alter or restrict the character or nature of the authority
and the authority shall be recognized and declared to be one and the same continuing
body corporate and politic with all the powers heretofore or hereafter granted to
said authority; and any acts done under the new name and style so adopted shall be
for all intents and purposes equally as valid and effective as if done under the
original name and style of the authority.&lt;p&gt;&lt;font size=-2&gt;HISTORY: Code
1981, § 1-5-1, enacted by Ga. L. 1989, p. 47, § 1.&lt;/font&gt;&lt;/p&gt;</Content>
              <ShortName>GA. Code 1-5-1</ShortName>
              <RevisionHistory>Code 1981, § 1-5-1, enacted by Ga. L. 1989, p. 47, §
1.</RevisionHistory>
            </Index>
          </Indexes>
        </Index>
      </Indexes>
    </Index>
  </Indexes>
  <EditionDate>01/01/2014</EditionDate>
  <RevisionDate />
  <CurrencyText />
  <LibraryEditionDescription>Georgia Code (2014 Edition)</LibraryEditionDescription>
  <LibrarySourceConst>GASTATUTES</LibrarySourceConst>
  <LibraryName>Georgia Code</LibraryName>
</Content>
```