IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION<br>on Behalf of and For the Benefit of the<br>GENERAL ASSEMBLY OF GEORGIA,<br>and the STATE OF GEORGIA,<br><br>      Plaintiff,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>      Defendant. | CIVIL ACTION<br>NO. 1:15-cv-2594-RWS |

## DEFENDANT PUBLIC.RESOURCE.ORG, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant Public.Resource.Org, Inc. ("Public Resource") hereby moves for an extension of time for Public Resource and Plaintiff Code Revision Commission (the "Commission") to reply in support of their respective Motions for Summary Judgment. Defendant requests that each party be granted an extension of time up to and including July 5, 2016 to file its reply. Public Resource and the Commission have conferred, and Commission consents to Public Resource's motion for this extension. A Proposed Order is attached to this motion.

Dated: June 24, 2016

        Respectfully submitted,

By:   <u>/s/ Elizabeth H. Rader</u>
      Jason D. Rosenberg
      Georgia Bar No. 510855
      jason.rosenberg@alston.com
      ALSTON & BIRD LLP
      One Atlantic Center
      1201 West Peachtree Street
      Atlanta, GA 30309-3424
      Telephone 404-881-7461
      Fax (404) 253-8861

      Elizabeth H. Rader
      *Admitted pro hac vice*
      elizabeth.rader@alston.com
      ALSTON & BIRD LLP
      950 F Street, NW
      Washington, DC 20004
      Telephone: 202-239-3008
      Fax: (202) 239-3333

      *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION<br>on Behalf of and For the Benefit of the<br>GENERAL ASSEMBLY OF GEORGIA,<br>and the STATE OF GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:15-cv-2594-RWS |

## **[PROPOSED] ORDER**

For good cause shown, it is hereby ORDERED that the time for all parties to file a reply in support of its pending Motion for Summary Judgment is extended until July 5, 2016.

SO ORDERED this _____ day of June, 2016.

_____
Honorable Richard W. Story
United States District Judge

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that on this day, Friday, June 24, 2016, I have filed the foregoing DEFENDANT PUBLIC.RESOURCE.ORG, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY with the Court's CM/ECF System and served a true and correct copy of by e-mail, pursuant to the agreement of the parties, upon Plaintiffs' counsel listed below:

>Anthony B. Askew
>Aaskew@mcciplaw.com
>Lisa Pavento
>LPavento@mcciplaw.com
>Warren James Thomas
>wthomas@mcciplaw.com
>
>Meunier Carlin & Curfman, LLC
>Suite 1300
>999 Peachtree Street, NE
>Atlanta, GA 30309

Dated:   June 24, 2016

>By:   /s/ Sarah P. LaFantano
>      Sarah P. LaFantano
>      Georgia Bar No. 734610