# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CODE REVISION  
COMMISSION, et al.,

    Plaintiffs,

v.

PUBLIC.RESOURCE.ORG INC.,

    Defendant.

CIVIL ACTION NO.
1:15-CV-2594-RWS

## ORDER

This matter is before the Court on third party Matthew Bender's Motion for Leave to File an Amicus Curiae Brief [Doc. No. 28]. The parties have not filed any responses to this motion. Pursuant to Local Rule 7.1B, failure to file a response indicates there is no opposition to a motion. The Court finds that an amicus brief may contribute to the Court's understanding of the matter in question. Matthew Bender's Motion [Doc. No. 28] is GRANTED.

**SO ORDERED**, this 27th day of June, 2016.

RICHARD W. STORY  
United States District Judge