IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on Behalf of and For the Benefit of the GENERAL ASSEMBLY OF GEORGIA, and the STATE OF GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:15-cv-2594-RWS |

## [~~PROPOSED~~] ORDER

For good cause shown, it is hereby ORDERED that the time for all parties to file a reply in support of its pending Motion for Summary Judgment is extended until July 5, 2016.

SO ORDERED this 27th day of June, 2016.

Honorable Richard W. Story
United States District Judge

3