IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>      Plaintiff,<br><br>      v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>      Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-02594-RWS |

## PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Plaintiff and Counterclaim-Defendant the Code Revision Commission, on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia ("Commission") respectfully submits a recent consolidated decision by the United States District Court for the District of Columbia in *American Society for Testing and Materials v. Public.Resource.Org, Inc.*, No. 13-cv-1215 (TSC) (D.D.C. Feb. 2, 2017) ("ASTM") and *American Educational Research Assoc. v. Public.Resource.Org, Inc.*, No. 14-cv-0857 (TSC) (D.D.C. Feb. 2, 2017) ("AERA") as a supplemental authority for the Court's consideration. Copies of the opinion as issued in the ASTM and AERA cases are attached as Exhibit A and B,

1

respectively. In the opinion, the district court granted the Plaintiffs' motions for summary judgment on direct copyright infringement, finding that the Plaintiffs' technical standards did not become uncopyrightable edicts of government upon being incorporated by reference into federal regulations (*id*. at 31), Public.Resource's deliberate verbatim copying of those standards was not a fair use (*id*. at 39-40), and permanent injunctive relief barring Public.Resource's copyright infringement was appropriate (*id*. at 54). Public.Resource later appealed injunction orders issued pursuant to the district court's opinion.

Respectfully submitted, this 10th day of March, 2017.

*/s/Lisa C. Pavento*
Lisa C. Pavento (G.A. Bar: 246698)
Anthony B. Askew (G.A. Bar: 025300)
Warren Thomas (G.A. Bar: 164714)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
lpavento@mcciplaw.com
taskew@mcciplaw.com
wthomas@mcciplaw.com
*Counsel for the Plaintiff, Code Revision Commission on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia*

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, the foregoing PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

*/s/Lisa C. Pavento*
Lisa C. Pavento (G.A. Bar: 246698)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Telephone: 404-645-7700
Email: lpavento@mcciplaw.com

# CERTIFICATE OF SERVICE

I certify that on March 10, 2017, I electronically filed the foregoing PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY with the Clerk of Court using the CM/ECF system, which constitutes service of the filed document on all counsel of record in this proceeding under LR 5.1(A)(3), N.D. Ga.

By: */s/Lisa C. Pavento*
Lisa C. Pavento (G.A. Bar: 246698)