IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>       Plaintiff,<br><br>      v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>       Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-2594-RWS |

## [PROPOSED] PERMANENT INJUNCTION ORDER

The Court, having entered an Order on March 23, 2017 granting Plaintiff's Motion for Partial Summary Judgment, with respect to Plaintiff's works that were registered with the United States Copyright Office at the time of briefing, hereby issues the following injunctive relief:

Defendant is permanently enjoined from all unauthorized use, including through reproduction, display, distribution, or creation of derivative works, of the Official Code of Georgia Annotated (O.C.G.A.). Defendant is FURTHER ORDERED to remove all versions of the O.C.G.A. from its website and any other website within its possession, custody, or control within seven days, wherein "remove" means deletion from the website and wherein merely making the

1

O.C.G.A. versions inaccessible does not amount to a removal of said versions. Defendant may continue to use, in relation to its court submissions, excerpts from versions for the O.C.G.A. that were filed by either party as exhibits to, or quoted in, documents filed with the Court through the ECF system and presently available on the PACER system, and which are part of the record in this case,. Defendant is FURTHER ORDERED to remove all fundraising solicitations for the Defendant's unauthorized use, including through reproduction, display, distribution, or creation of derivative works, of the O.C.G.A. from its website and any other website within its possession, custody, or control within seven days.

IT IS SO ORDERED, this _____ day of _____, 2017.

_____

UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA