
✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court, Northern District of Georgia |
|---|---|---|
| DOCKET NO.<br>1:15cv2594-RWS | DATE FILED<br>July 21, 2015 | Richard B. Russell Federal Building<br>75 Spring Street, S.W., Atlanta, GA 30303 |
| PLAINTIFF<br>Code Revision Commission<br>on Behalf of and for the Benefit of<br>General Assembly of Georgia and the<br>State of Georgia | | DEFENDANT<br>Public.Resource.Org, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  SEE ATTACHMENT | SEE ATTACHMENT | SEE ATTACHMENT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>X Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>4/7/2017 |
|---|---|---|
| CLERK<br>James N. Hatten | (BY) DEPUTY CLERK<br>s/Barbara D. Boyle | DATE<br>4/7/2017 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon mail copy to
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## O.C.G.A. Works Copied by Defendant

| No. | Volume | Titles | Chapters | Edition/Supplement | Copyright Reg. Nos. |
|---|---|---|---|---|---|
| 1 | 1 | | | 2007 | TX 6-913-180<br>TX 5-954-373 |
| 2 | 2 | | | 2007 | TX 6-913-180<br>TX 6-830-237<br>TX 5-954-373<br>TX 5-594-374 |
| 3 | 3 | 1,2,3 | | 2000 | TX 5-297-038<br>TX 5-954-378 |
| 4 | 5 | 7,8 | | 2004 | TX 6-075-716<br>TX 5-954-375 |
| 5 | 6 | 9 | 1-10 | 2007 | TX 6-913-180<br>TX 5-954-373 |
| 6 | 7 | 9 | 11-15 | 2014 | TX 7-898-935<br>TX 5-954-371 |
| 7 | 9 | 11 | | 2002 | TX 5-626-881<br>TX 5-594-377 |
| 8 | 12 | 14 | | 2003 | TX 5-866-857<br>TX 5-880-238<br>TX 5-954-376 |
| 12 | 13 | 15 | | 2014 | TX 7-898-935<br>TX 5-954-371 |
| 13 | 14 | 16 | 1-6 | 2011 | TX 7-413-966<br>TX 5-954-370 |
| 14 | 14A | 16 | 7-11 | 2011 | TX 7-413-966<br>TX 5-954-370 |
| 15 | 14B | 16 | 12-17 | 2011 | TX 7-413-966<br>TX 5-954-370 |
| 16 | 15 | 17 | | 2013 | TX 7-948-091<br>(Need copy) |
| 17 | 17 | 20 | | 2012 | TX 7-564-165<br>TX 5-954-380 |
| 18 | 21 | 25, 26 | | 2014 | TX 7-898-935 |

| No. | Volume | Titles | Chapters | Edition/ Supplement | Copyright Reg. Nos. |
|---|---|---|---|---|---|
|  |  |  |  |  | TX 5-954-371 |
| 19 | 22 | 27,28, 29,30 |  | 2007 | TX 6-913-180 TX 6-830-237 TX 5-954-373 TX 5-954-374 |
| 20 | 23 | 31,32 |  | 2012 | TX 7-564-165 TX 5-954-380 |
| 21 | 24 | 33 | 1-22 | 2014 | TX 7-898-935 TX 5-954-371 |
| 22 | 27 | 35,36 |  | 2012 | TX 7-564-165 TX 5-954-380 |
| 23 | 28 | 37,38, 39 |  | 2012 | TX 7-564-165 TX 5-954-380 |
| 24 | 29 | 40 |  | 2014 | TX 7-898-935 TX 5-954-371 |
| 25 | 30 | 43 |  | 2011 | TX 7-413-966 TX 5-954-370 |
| 26 | 32 | 44 | 8-15 | 2002 | TX 5-626-881 TX 5-594-377 |
| 27 | 33 | 45 |  | 2002 | TX 5-626-881 TX 5-594-377 |
| 28 | 34 | 46 |  | 2004 | TX 6-030-866 TX 6-075-716 TX 5-954-375 |
| 29 | 37 | 48 | 7-18 | 2013 | TX 7-948-091 TX 5-594-372 |
| 30 | 38 | 49, 50 | 1-12 | 2013 | TX 7-948-091 TX 5-594-372 |
| 31 | 39 | 51 |  | 2000 | TX 5-297-038 TX 5-954-378 |
| 32 | 40 | 52,53 |  | 2011 | TX 7-413-966 TX 5-954-370 |
| 33 | 1 (Supp) |  |  | 2007/2014 | TX 7-898-935 TX 5-954-371 |
| 34 | 2 (Supp) |  |  | 2007/2014 | TX 7-898-935 TX 5-954-371 |
| 35 | 3 (Supp) | 1-3 |  | 2000/2014 | TX 7-898-935 TX 5-954-371 |
| 36 | 4 (Supp) | 4-6 |  | 2013/2014 | TX 7-898-935 TX 5-954-371 |
| 37 | 5 (Supp) | 7, 8 |  | 2004/2014 | TX 7-898-935 TX 5-954-371 |
| 38 | 6 (Supp) | 9 |  | 2007/2014 | TX 7-898-935 TX 5-954-371 |

| No. | Volume | Titles | Chapters | Edition/Supplement | Copyright Reg. Nos. |
|---|---|---|---|---|---|
| 39 | 8 (Supp) | 10 | | 2009/2014 | TX 7-898-935<br>TX 5-954-371 |
| 40 | 9 (Supp) | 11 | | 2002/2014 | TX 7-898-935<br>TX 5-954-371 |
| 41 | 10 (Supp) | 12 | | 2012/2014 | TX 7-898-935<br>TX 5-954-371 |
| 42 | 11 (Supp) | 13 | | 2010/2014 | TX 7-898-935<br>TX 5-954-371 |
| 43 | 12 (Supp) | 14 | | 2003/2014 | TX 7-898-935<br>TX 5-954-371 |
| 44 | 14 (Supp) | 16 | 1-6 | 2011/2014 | TX 7-898-935<br>TX 5-954-371 |
| 45 | 14A (Supp) | 16 | 7-11 | 2011/2014 | TX 7-898-935<br>TX 5-954-371 |
| 46 | 14B (Supp) | 16 | 12-17 | 2011/2014 | TX 7-898-935<br>TX 5-954-371 |
| 47 | 15 (Supp) | 17 | | 2013/2014 | TX 7-898-935<br>TX 5-954-371 |
| 48 | 16 (Supp) | 18, 19 | | 2010/2014 | TX 7-898-935<br>TX 5-954-371 |
| 49 | 17 (Supp) | 20 | | 2012/2014 | TX 7-898-935<br>TX 5-954-371 |
| 50 | 18 (Supp) | 21 | | 2008/2014 | TX 7-898-935<br>TX 5-954-371 |
| 51 | 19 (Supp) | 22, 23 | | 2014 | TX 7-898-935<br>TX 5-954-371 |
| 52 | 20 (Supp) | 24 | | 2013/2014 | TX 7-898-935<br>TX 5-954-371 |
| 53 | 22 (Supp) | 27-30 | | 2007/2014 | TX 7-898-935<br>TX 5-954-371 |
| 54 | 23 (Supp) | 31, 32 | | 2012/2014 | TX 7-898-935<br>TX 5-954-371 |
| 55 | 25 (Supp) | 33 | 23-64 | 2013/2014 | TX 7-898-935<br>TX 5-954-371 |
| 56 | 26 (Supp) | 34 | | 2008/2014 | TX 7-898-935<br>TX 5-954-371 |
| 57 | 27 (Supp) | 35, 36 | | 2012/2014 | TX 7-898-935<br>TX 5-954-371 |
| 58 | 28 (Supp) | 37-39 | | 2012/2014 | TX 7-898-935<br>TX 5-954-371 |
| 59 | 30 (Supp) | 43 | | 2011/2014 | TX 7-898-935 |

| No. | Volume | Titles | Chapters | Edition/ Supplement | Copyright Reg. Nos. |
|---|---|---|---|---|---|
|  |  |  |  |  | TX 5-954-371 |
| 60 | 31 (Supp) | 44 | 1-7 | 2010/2014 | TX 7-898-935<br>TX 5-954-371 |
| 61 | 32 (Supp) | 44 | 8-15 | 2002/2014 | TX 7-898-935<br>TX 5-954-371 |
| 62 | 33 (Supp) | 45 |  | 2002/2014 | TX 7-898-935<br>TX 5-954-371 |
| 63 | 34 (Supp) | 46 |  | 2004/2014 | TX 7-898-935<br>TX 5-954-371 |
| 64 | 35 (Supp) | 47 |  | 2010/2014 | TX 7-898-935<br>TX 5-954-371 |
| 65 | 36 (Supp) Reprint | 48 | 1-6 | 2010/2014 | TX 7-898-935<br>TX 5-954-371 |
| 66 | 37 (Supp) | 48 | 7-18 | 2013/2014 | TX 7-898-935<br>TX 5-954-371 |
| 67 | 38 (Supp) | 49, 50 | 1-12 (50) | 2013/2014 | TX 7-898-935<br>TX 5-954-371 |
| 68 | 38A (Supp) | 50 | 13-38 | 2013/2014 | TX 7-898-935<br>TX 5-954-371 |
| 69 | 39 (Supp) | 51 |  | 2000/2014 | TX 7-898-935<br>TX 5-954-371 |
| 70 | 40 (Supp) | 52, 53 |  | 2011/2014 | TX 7-898-935<br>TX 5-954-371 |