IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>    Plaintiff,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-2594-RWS |

**PUBLIC RESOURCE.ORG'S SUPPLEMENTAL STATEMENT IN SUPPORT OF JOINT MOTION FOR ENTRY OF <u>PROPOSED PERMANENT INJUNCTION ORDER</u>**

Defendant and Counterclaim-Plaintiff Public.Resource.Org, Inc. ("Public Resource") files this supplemental statement to clarify that its joinder in the Motion for Permanent Injunction Order (Dkt. 45) is not intended to waive, and expressly does not waive, its right to appeal the Court's March 23, 2017 Order to the United States Court of Appeals for the Eleventh Circuit and seek reversal of the order and judgment against it.

On March 23, 2017, upon learning of the Court's Order granting the Commission's motion for partial summary judgment, to comply with the order,

1

Public Resource took down all versions of the O.C.G.A. from its website and every other website within its possession, custody, or control. Public Resource also removed all fundraising solicitations for its use of the O.C.G.A. from its website and any other website within its possession, custody, or control and from its web server. Public Resource joined in the Motion for Permanent Injunction Order to avoid the need for briefing to address the injunctive relief issue and thus preserve the Parties' and Court's resources.

    Respectfully submitted, this 7th day of April, 2017.

_____

Elizabeth H. Rader (*pro hac vice*)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3008
Fax: (202) 239-3333
elizabeth.rader@alston.com

Jason D. Rosenberg
Georgia Bar No. 510855
Sarah Parker LaFantano
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone 404-881-7461
Fax (404) 253-8861
jason.rosenberg@alston.com

Saran.Lafantano@alston.com

*Counsel for the Defendant,
Public.Resource.Org*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>      Plaintiff,<br><br>  v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>      Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-2594-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing **Supplemental Statement In Support of Joint Motion for Entry of Proposed Permanent Injunction of Defendant Public.Resource.Org, Inc.** electronically with the Clerk of Court, using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

                                                       */s/ Sarah P. LaFantano*
                                                       Sarah P. LaFantano
                                                       Georgia Bar No. 734610