# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **JAMES N. HATTEN**<br>**DISTRICT COURT EXECUTIVE**<br>**AND CLERK OF COURT** | **DOCKETING SECTION**<br>404-215-1655 |

April 7, 2017

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

> **U.S.D.C. No.:**  1:15-cv-2594-RWS
> **U.S.C.A. No.:**  00-00000-00
> **In re:**       *Code Revision Commission, et al. v. Public.Resource.Org.Inc.*

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

X   **Certified copies of the Notice of Appeal, Docket Sheet and Order appealed enclosed.**

___   This is not the first notice of appeal.  Other notices were filed on: .

___   There is no transcript.

___   The court reporter is .

___   There is sealed material as described below: .

___   Other: .

X   **Fee paid on 4/7/17; Receipt Number 113E-7076702.**

___   Appellant has been  leave to file *in forma pauperis*.

___   This is a bankruptcy appeal.  The Bankruptcy Judge is .

___   The Magistrate Judge is .

X   **The United States District Judge is Richard W. Story.**

___   This is a **DEATH PENALTY** appeal.

                                         Sincerely,

                                         James N. Hatten
                                         District Court Executive
                                         and Clerk of Court

                              By:   /s/ Kimberly Carter
                                         Deputy Clerk

Enclosures