IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>   Plaintiff,<br><br> v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>   Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-2594-RWS |

**PLAINTIFF'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND OTHER COSTS**

Pursuant to this Court's April 7, 2017 Judgment (Dkt. No. 52), 17 U.S.C. § 505, Fed. R. Civ. P. 54(d)(2), and Local Rule 54.2, Plaintiff and Counterclaim-Defendant the Code Revision Commission, on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia hereby moves for an award of its reasonable attorneys' fees and other costs in the amount of $250,000.00, which is a fair estimate of such attorneys' fees and other costs to date. Plaintiff's motion is timely filed within fourteen (14) days of this Court's Judgment (Dkt. No. 52) as required by Fed. R. Civ. P. 54(d)(2)(B)(i).

1

Respectfully submitted, this 21st day of April, 2017.

/s/*Anthony B. Askew*

Anthony B. Askew (G.A. Bar: 025300)
Lisa C. Pavento (G.A. Bar: 246698)
Warren Thomas (G.A. Bar: 164714)
Meunier Carlin & Curfman LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
taskew@mcciplaw.com
lpavento@mcciplaw.com
wthomas@mcciplaw.com

*Counsel for the Plaintiff, Code Revision Commission on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, the foregoing PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND OTHER COSTS complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

/s/*Anthony B. Askew*
Anthony B. Askew (G.A. Bar: 025300)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Telephone: 404-645-7700
Email: taskew@mcciplaw.com

## CERTIFICATE OF SERVICE

I certify that on April 21, 2017, I electronically filed the foregoing PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND OTHER COSTS with the Clerk of Court using the CM/ECF system, which constitutes service of the filed document on all counsel of record in this proceeding under LR 5.1(A)(3), N.D. Ga.

By: /s/*Anthony B. Askew*
Anthony B. Askew (G.A. Bar: 025300)