# EXHIBIT 8

# LEVY, RAM & OLSON LLP

May 16, 2008

**VIA FACSIMILE – (503) 373-1043
AND MAIL**

Dexter Johnson
Legislative Counsel
State of Oregon
Legislative Counsel Committee
900 Court St. NE, S-101
Salem, Oregon 97301-4065

  Re: Public License Agreement

  I am writing to follow up on my May 2, 2008 letter to you, to which I await a response.

  In light of the Legislative Counsel Committee's continued position that it has copyright ownership over certain features of the Oregon Revised Statutes, my clients have concluded it is in the public interest to resolve this dispute by means of a declaratory judgment action. The need for such an action could be obviated if the Committee disclaimed copyright ownership over the Oregon Revised Statutes, but the current posture of things – with the Committee having promulgated a "Public License" which my clients find unacceptable, and having stated only that Justia need not remove its copy of Oregon Revised Statutes "at this time" – leaves my clients in a state of unacceptable limbo.

  Accordingly, it is my clients' current intention – absent a disclaimer of copyright ownership as set forth above – to file a Complaint for Declaratory Relief on or before June 2, 2008. As a courtesy, the Committee can access a draft complaint at the following URL: http://resource.org/oregon.

  If you have any questions, please do not hesitate to give me a call.

        Sincerely,

        Karl Olson

KO:amw

cc: Tim Stanley
   Carl Malamud

Karl Olson (SBN 104760)
ko@lrolaw.com
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, JUSTIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF OREGON LEGISLATIVE COUNSEL COMMITTEE, <br><br> Defendant. | CASE NO. <br><br> **COMPLAINT FOR DECLARATORY RELIEF RE NON-INFRINGEMENT OF COPYRIGHT** |

    1. This is a civil action seeking declaratory relief. Defendant the Legislative Counsel Committee of the State of Oregon (hereafter "the Committee") – in contrast to the vast majority of states – has taken the position that it is the copyright owner of the Oregon Revised Statutes and thus has a copyright interest in basic information about that state's laws. The Committee claims that such basic information as the arrangement and subject-matter compilation of the Oregon Revised Statutes, leadlines and numbering for each section, and tables and indexes can be copyrighted. Plaintiffs – whose mission is to make the law widely available to people who are expected to comply with it – take issue with the state's broad assertion of rights over such basic information, and contend that the state cannot acquire copyright over the laws in the first instance. This declaratory relief action seeks to resolve that dispute.

PRO-000834

## PARTIES

2. Plaintiff Public.Resource.Org is a 501(c)(3) non-profit corporation headquartered in Sebastopol, California, which makes the text of laws available to the public over the Internet.

3. Plaintiff Justia, Inc. is a corporation headquartered in Mountain View, California which likewise makes available laws to the public over the Internet and otherwise.

4. Defendant the Legislative Counsel Committee of the State of Oregon, which is counsel to the Legislature of the State of Oregon, headquartered in Salem, Oregon, has claimed that it is the copyright owner of the Oregon Revised Statutes. The Committee is a financially self-sufficient agency which generates its own revenue and pays its own debts. This action does not seek an affirmative financial judgment paid out of the state treasury, although it does seek an award of attorneys' fees.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this claim pursuant to the Copyright Act, 17 U.S.C. section 101 et seq., 28 U.S.C. sections 1331 and 1338, and the Declaratory Judgment Act, 28 U.S.C. section 2201.

6. Plaintiffs are informed, believe, and thereon allege that Defendant has sufficient contact with this district generally and, in particular, with the events herein alleged, including but not limited to its promulgation over the Internet of the Oregon Revised Statutes in a form available to millions of Californians, so as to subject it to both personal jurisdiction in this Court and to make this Court a proper venue pursuant to 28 U.S.C. section 1391. Defendant also sells to California residents and ships to California. Defendant maintains an Internet E-Commerce website at securepay.oregon.gov which sells to residents of all states including California and Plaintiffs are informed, believe and thereon allege that the securepay.oregon.gov e-commerce server used by Defendant is physically located in San Jose, California. Venue is also proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in the Northern District of California: defendant sent "take down" notices to and affecting parties residing in the Northern District of California, and residents of the Northern District of California are alleged to have infringed copyright.

## FACTUAL ALLEGATIONS

7. On April 7, 2008, the State of Oregon Legislative Counsel Committee (hereafter "Committee") wrote a "take-down notice" to plaintiff Justia, Inc. asking it to remove all copies of Oregon Revised Statutes from the Internet and claiming a copyright in (1) the arrangement and subject-matter compilation of Oregon statutory law, (2) prefatory and explanatory notes, (3) leadlines and numbering for each statutory section, and (4) the tables, index and annotations of those laws. A copy of the Committee's letter is attached hereto as Exhibit A. [link to document on scribd.]

8. On April 13, 2008, plaintiff Public.Resource.Org wrote the committee explaining that (1) there is a right to read public law which precludes the state's assertion of copyright, and (2) the state was asserting a copyright over non-copyrightable material. Carl Malamud, the president and CEO, stated that Public.Resource.Org had posted, but had currently restricted, both 2005 and 2007 copies of the Oregon Revised Statutes. Mr. Malamud pointed out that section 173.763(1)(a)(H) of the Oregon Revised Statutes spelled out a mandate of making available a number of items including bills, bill histories, and "all Oregon Laws enacted on and after September 9, 1995." A copy of his April 13 letter is attached as Exhibit B. [link to document on scribd]

9. Mr. Malamud followed up his April 13 letter with an April 15 letter explaining to the Committee that its own website "does not meet broadly accepted standards of functionality and validity." He pointed out that ORS section 173.763 mandates that the law "shall be made available to the public through the largest nonproprietary, nonprofit cooperative public computer network. The information shall be made available in one or more formats and by one or more means in order to provide the general public in this state with the greatest feasible access." A copy of his April 15 letter is attached hereto as Exhibit C.

10. The Committee replied to the April 13 and April 15 letters by promulgating, on or about April 29, a so-called "Public License" which would allow plaintiffs to post the Oregon Revised Statutes on the Internet only if they acknowledged that portions of the Oregon Revised Statutes "are protected by copyright and other applicable law to the extent stated in this license."

1  The "Public License" stated, "Any copying, reproduction, download or other use of the ORS
2  Website Edition as provided on this website other than as authorized under this License or under
3  copyright law is prohibited." A copy of the "Public License" is attached hereto as Exhibit D. A
4  day later, the Committee wrote to Tim Stanley, the head of Justia, informing him that it would not
5  require him to remove content "at this time," but it did not back down from or renounce its claim
6  of copyright over portions of the Oregon Revised Statutes ("ORS"), nor did the Committee rule
7  out future legal action to remove the ORS from Justia's website. A copy of the state's April 30
8  letter is attached hereto as Exhibit E.

9      11. Plaintiffs' counsel wrote to the Committee on May 2, 2008 informing the Committee
10 that plaintiffs had reached an impasse with the Committee, and that plaintiffs intended to post the
11 entirety of the Oregon Revised Statutes, including the material the Committee had asserted a
12 copyright over, on June 2, 2008. A copy of the May 2 letter is attached hereto as Exhibit F.

13     12. It is generally recognized that the Oregon Revised Statutes are the definitive statement
14 of Oregon law as enacted by the elected representatives of the citizens of Oregon. The Wikipedia
15 entry for "Oregon Revised Statutes" says it is the "codified body of statutory law governing the
16 U.S. state of Oregon, as enacted by the Oregon Legislative Assembly." [Oregon Revised
17 Statutes, WikiPedia, http://en.wikipedia.org/wiki/Oregon_Revised_Statutes, last accessed May
18 13, 2008]. That the Oregon Revised Statutes is official is reinforced throughout the government.
19 (See, e.g., Oregon Department of Revenue which links to the Oregon Revised Statutes as
20 controlling law at http://www.oregon.gov/DOR/adminrules.shtml, last accessed May 13, 2008
21 and City of Medford, Oregon, which also links to the Oregon Revised Statutes at
22 http://www.ci.medford.or.us/Page.asp?NavID=1484, last accessed May 13, 2008.)

23                       **COUNT I: DECLARATORY RELIEF OF NON-INFRINGEMENT**
24     13. Plaintiffs repeat and incorporate as though fully set forth herein each and every
25 allegations in paragraphs 1 through 12 above.

26     14. There is a real and actual controversy between plaintiffs and the State of Oregon
27 Legislative Counsel Committee regarding whether the Committee owns a copyright over portions
28 of the Oregon Revised Statutes ("ORS").

Case No. _____ -- COMPLAINT FOR DECLARATORY RELIEF RE NON-INFRINGEMENT OF COPYRIGHT     4

PRO-000837

15. The Committee contends that it owns a copyright on the arrangement and subject-matter compilation of ORS, the prefatory and explanatory notes, the lead-lines and numbering for sections, and tables, indexes and annotations.

16. Plaintiffs contend that the Committee's assertion of copyright is precluded by the First Amendment to the United States Constitution, by Oregon law, by United States copyright law, and by such authorities as *Feist Publications, Inc. v. Rural Telephone Service Co., Inc.*, 499 U.S. 340 (1991) [alphabetical listings of names, accompanied by towns and telephone numbers, in telephone book white pages held not copyrightable] and *Matthew Bender & Co. v. West Publishing*, 158 F.3d 674, 676 (2d Cir. 1998) [alterations to judicial opinions, such as annotating to reflect subsequent procedural developments and choices on selection and arrangement, "can reasonably be viewed as obvious, typical, and lacking even minimal creativity"]. Plaintiffs also contend that the Oregon Revised Statutes are in the public domain and that any use they are making or propose to make of the ORS is a fair use pursuant to 17 U.S.C. section 107. Indeed, the Committee itself in its April 7 letter (Exhibit A) conceded that the entirety of the Oregon Revised Statutes is freely available online at the Oregon Legislative Assembly's own website.

17. Since the ORS is used by the executive branch, legislative branch, courts and lawyers as a statement of the law (the Committee calls the printed version the "official legal text" on its website, www.leg.state.or.us/ors ), it has "enter[ed] the public domain and [is] not subject to the copyright holder's exclusive prerogatives." *Veeck v. Southern Building Code Congress Intl., Inc.*, 293 F.3d 791, 793.

18. Plaintiffs therefore request that the Court determine and adjudge that each and every one of the propositions stated in paragraphs 16 and 17 above states the law applicable to the facts stated in this action, and that plaintiffs have a right to post the Oregon Revised Statutes including the organizational scheme of the statutes, the numbers and leadlines, editorial notes, source notes and prefatory material, the index, the annotations, tables, and other material as to which the Committee claims copyright ownership.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiffs pray for relief as follows:

1. A declaratory judgment that the use they have made and propose to make of the Oregon Revised Statutes is not an infringement of copyright;

2. Injunctive relief restraining Defendant, and its agents, servants, employees, successors and assigns, and all those in privity with it, from bringing any lawsuit or threat against plaintiffs for copyright infringement for their use of the Oregon Revised Statutes, including but not limited to plaintiffs' publication, distribution, display, licensing, arrangement, or the ability to host it online or link to it from any website;

3. Attorney's fees pursuant to, *inter alia*, 17 U.S.C. section 505, on a private attorney general basis according to California Code of Civil Procedure section 1021.5, or otherwise as allowed by law;

4. For plaintiffs' costs and disbursements; and

5. For such other and further relief as the court may deem just and proper.

Dated: May 16, 2008                              LEVY, RAM & OLSON LLP

By: _____
Karl Olson
ko@lrolaw.com
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA  94111
Telephone:  415-433-4949
Facsimile:  415-433-7311

*Attorneys for Plaintiffs*

Exhibit C: Public License Proposed by Oregon Legislative Counsel

Exhibit C: PUBLIC LICENSE PROPOSED BY OREGON LEGISLATIVE COUNSEL

The ORS Website Edition (defined below) is provided on this website under the terms of this public license ("License"). Portions of the Oregon Revised Statutes are protected by copyright and other applicable law to the extent stated in this license. Any copying, reproduction, download or other use of the ORS Website Edition as provided on this website other than as authorized under this License or under copyright law is prohibited.

By exercising any rights to the ORS Website Edition, You accept and agree to be bound by the terms of this License. To the extent this License may be considered to be a contract, the State of Oregon, acting by and through the Legislative Counsel Committee ("Licensor"), grants You the rights contained in this License in consideration of your acceptance of such terms and conditions and your promise to abide by the limitations set forth in this License.

Subject to the limitations described in this paragraph, the Oregon Revised Statutes is copyrighted by the State of Oregon and, except as authorized under this License, may not be reproduced or distributed by any means or in any manner without the written permission of the Office of the Legislative Counsel. This copyright extends solely to the organizational scheme of the statutes, the numbers and Leadlines (defined below) that appear at the head of each section, all Editorial Notes, Source Notes and Prefatory Material (defined below), the Index (defined below), the Annotations (defined below), all Tables (defined below) and any other material produced by the Office of the Legislative Counsel as part of the compilation and production of the Oregon Revised Statutes. The State of Oregon disclaims any copyright in the text of the statutes as enacted by the Oregon Legislative Assembly. Any

Exhibit C: Public License Proposed by Oregon Legislative Counsel

person may refer or cite to any portion of the Oregon Revised Statutes in any work, including to any section number, and may quote from any copyrighted portion of the Oregon Revised Statutes to the extent consistent with fair use under Title 17 of the United States Code.

**1. Definitions**

As used in this License:

"Annotations" means the case law annotations to the Oregon Revised Statutes compiled and printed as the last volume of the Oregon Revised Statutes or as the Annotations Cumulative Supplement.

"Collective Work" means a work, such as a periodical issue, anthology, citation service, digest, encyclopedia or other collection, in which the entirety or portions of the ORS Website Edition, in unmodified form and exclusive of those parts of the ORS Website Edition over which Licensor does not claim copyright, are assembled into a collective whole, along with one or more other contributions constituting separate and independent works in themselves. A work that constitutes a Collective Work is not a Derivative Work for the purposes of this License.

"Commercial Advantage" means a use of the ORS Website Edition in which You charge or receive, directly or indirectly, any monetary compensation or thing of value for distributing copies of, displaying, performing or otherwise providing or granting access to the ORS Website Edition to any person. "Commercial Advantage" does not include monetary compensation or a thing of value You receive in connection with a display of advertising or related to

PRO-000841

Exhibit C: Public License Proposed by Oregon Legislative Counsel

an offer of services in the ordinary operation of a website You control, provided that the display or offer is not connected with or contingent on the distribution, display or performance of the ORS Website Edition on the website and provided that You state on the website that the State of Oregon does not evaluate, endorse, approve, warrant, support or have any liability or responsibility for, knowledge of or connection with the services offered or any advertising displayed.

"Derivative Work" means a work based upon the ORS Website Edition or upon the ORS Website Edition and other pre-existing works, such as a translation, abridgment, condensation, or any other form in which the ORS Website Edition may be recast, transformed or adapted, except that a work that constitutes a Collective Work is not a Derivative Work for the purposes of this License.

"Edition," including a use of the term "Edition" as part of the term "ORS Website Edition," means a compilation of the Oregon Revised Statutes prepared for use during a particular year or biennium as, more or less, the currently effective statute laws of the State of Oregon and that is so identified on a website maintained by the State of Oregon, in the text of the Oregon Revised Statutes or the ORS Website Edition or, in the printed version of the Oregon Revised Statutes, on the title page of each printed volume.

"Editorial Notes" means explanatory notes in the Oregon Revised Statutes that appear immediately before or after the text of a statutory section and explain some aspect of the wording, placement, status, effectiveness or application of the section.

Exhibit C: Public License Proposed by Oregon Legislative Counsel

"Index" means the alphabetical list of subjects or topics, and statutory section numbers that correspond to those subjects or topics, usually but not always compiled into and printed as volumes 18 and 19 of the Oregon Revised Statutes.

"Leadlines" means the brief summaries of the provisions of sections of the Oregon Revised Statutes that appear in boldface immediately after the numbers that identify sections of the Oregon Revised Statutes.

"Licensor" means the State of Oregon, acting by and through the state's Legislative Counsel Committee.

"Oregon Revised Statutes" means an Edition of the official topically compiled permanent and general statute laws of the State of Oregon, together with the topical and hierarchical schemes, Annotations, cross-references, Editorial Notes, Indexes, Leadlines, Prefatory Material, Source Notes, Tables and text of the Oregon Constitution and the Oregon Rules of Civil Procedure, or any part thereof, that the Legislative Counsel Committee compiles, produces or publishes.

"ORS Website Edition" means the text of the current Edition of the Oregon Revised Statutes that is posted on the same website on which this License appears.

"Prefatory Material" means that part of the Oregon Revised Statutes that appears at the beginning of volume 1 of the printed version of the Oregon Revised Statutes, and such other text as may appear at the beginnings of volumes or chapters of the Oregon Revised Statutes or in other places in the

Exhibit C: Public License Proposed by Oregon Legislative Counsel

Oregon Revised Statutes, and that explains how the statutes are compiled and the history, use and constituent parts of the Oregon Revised Statutes, or that provides other information of a similar character or content.

"Source Notes" means the citations that appear in small print after a statutory section or number and that cite the year of enactment, amendment or repeal of the statutory section and the Oregon Laws chapter and section that enacted, amended or repealed the section.

"Tables" means the tables of data that are usually but not always compiled into and printed as volume 20 of the Oregon Revised Statutes and that contain historical material and such other tables as may appear elsewhere in the Oregon Revised Statutes, except for tables that appear in the text of the statutes as enacted by the Oregon Legislative Assembly.

"You" means an individual or entity exercising rights under this License that has not previously violated the terms of this License with respect to the ORS Website Edition, or that has received express permission from Licensor to exercise rights under this License despite a previous violation.

**2. Fair Use Rights**

Nothing in this License is intended to reduce, limit or restrict any rights arising from fair use, first sale or other limitations on the exclusive rights of the copyright owner under copyright law or other applicable laws.

**3. License Grant**

Exhibit C: Public License Proposed by Oregon Legislative Counsel

Subject to the terms and conditions of this License, Licensor hereby grants You a worldwide, royalty-free, nonexclusive, perpetual license, for the duration of the applicable copyright in the ORS Website Edition that is specifically subject to this License, to exercise the following rights in the ORS Website Edition:

    a.    You may reproduce the ORS Website Edition, incorporate the ORS Website Edition into one or more Collective Works, and reproduce the ORS Website Edition as incorporated in the Collective Works; and

    b.    You may distribute copies of the ORS Website Edition, display or perform the ORS Website Edition publicly, and perform the ORS Website Edition publicly by means of a digital transmission, including as incorporated in Collective Works.

You may exercise these rights in all media and formats whether now known or hereafter devised. These rights include the right to make such modifications as are technically necessary to exercise the rights in other media and formats, but otherwise You have no rights to make Derivative Works. All rights not expressly granted by Licensor are hereby reserved.

**4. Restrictions**

The rights granted in section 3 of this License are expressly made subject to and limited by the following restrictions:

    (a)    With every copy of the ORS Website Edition that You distribute, publicly display, publicly perform or publicly digitally perform, You

Exhibit C: Public License Proposed by Oregon Legislative Counsel

must include a copy of this License or the Uniform Resource Identifier for the web page on which this License appears. You may not offer or impose any terms on the ORS Website Edition that restrict the terms of this License or the ability of a recipient of the ORS Website Edition to exercise the rights granted to that recipient under the terms of this License. You may not sublicense the ORS Website Edition. You must keep intact all notices that refer to this License and to the disclaimer of warranties. When You distribute, publicly display, publicly perform or publicly digitally perform the ORS Website Edition, You may not impose any technological measures on the ORS Website Edition that restrict the ability of a person that receives the ORS Website Edition from You to exercise the rights granted to that person under the terms of the License. This paragraph applies to the ORS Website Edition as incorporated in a Collective Work, but this does not require the Collective Work apart from the ORS Website Edition itself to be made subject to the terms of this License. If You create a Collective Work, upon notice from Licensor You must, to the extent practicable, remove from the Collective Work any credit required by paragraph (c) of this section, as requested.

(b) You may not exercise any of the rights granted to You in section 3 of this License in any manner for Commercial Advantage. The exchange of the ORS Website Edition for other copyrighted works by means of digital file-sharing or otherwise shall not be considered to be for Commercial Advantage, provided there is no payment of any monetary compensation in connection with the exchange of copyrighted works.

Exhibit C: Public License Proposed by Oregon Legislative Counsel

(c) If You distribute, publicly display, publicly perform or publicly digitally perform the ORS Website Edition or Collective Works, You must, unless Licensor has given You notice to the contrary under paragraph (a) of this section, keep intact all copyright notices for the ORS Website Edition and provide, to the degree reasonable for the medium or means You are using, the following notice:

> Subject to the limitations described in this paragraph, the Oregon Revised Statutes is copyrighted by the State of Oregon and may not be reproduced or distributed by any means or in any manner without the written permission of the Office of the Legislative Counsel. This copyright extends solely to the organizational scheme of the statutes, the numbers and leadlines that appear at the head of each section, all editorial notes, source notes and prefatory material, the index, the annotations, all tables and any other material produced by the Office of the Legislative Counsel as part of the compilation and production of the Oregon Revised Statutes. The State of Oregon disclaims any copyright in the text of the statutes as enacted by the Oregon Legislative Assembly. Any person may refer or cite to any portion of the Oregon Revised Statutes in any work, including to any section number, and may quote from any copyrighted portion of the Oregon Revised Statutes to

Exhibit C: Public License Proposed by Oregon Legislative Counsel

    the extent consistent with fair use under Title 17 of the United States Code.

(d)    You may use the notice required by paragraph (c) of this section only for the purpose of attribution in the manner set out above. By exercising rights under this License, You may not implicitly or explicitly assert or imply that the State of Oregon, the Legislative Counsel Committee or the Office of the Legislative Counsel sponsors or endorses You or any use of the ORS Website Edition by You.

## 5. Representations, Warranties and Disclaimer

LICENSOR OFFERS THE ORS WEBSITE EDITION AS-IS AND ONLY TO THE EXTENT OF ANY RIGHTS HELD IN THE LICENSED ORS WEBSITE EDITION BY LICENSOR. LICENSOR MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND CONCERNING THE ORS WEBSITE EDITION, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, MARKETABILITY, MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR THE ABSENCE OF LATENT OR OTHER DEFECTS, ACCURACY, OR THE PRESENCE OR ABSENCE OF ERRORS, WHETHER OR NOT DISCOVERABLE. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SUCH EXCLUSION MAY NOT APPLY TO YOU.

UNDER ORS 171.285, THE ORS WEBSITE EDITION DOES NOT CONSTITUTE THE OFFICIAL TEXT OF OREGON LAW AND IS NOT PRIMA FACIE EVIDENCE OF THE LAW IN ANY COURT OR PROCEEDING. FOR THE OFFICIAL TEXT OF THE OREGON REVISED STATUTES, YOU ARE ADVISED TO CONSULT THE PRINTED

Exhibit C: Public License Proposed by Oregon Legislative Counsel

EDITION OF THE OREGON REVISED STATUTES THAT BEARS THE CERTIFICATE REQUIRED FROM THE OFFICE OF THE LEGISLATIVE COUNSEL OR THE REVISOR OF STATUTES UNDER ORS 171.285.

## 6. Limitation on Liability

EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE LAW, IN NO EVENT WILL LICENSOR BE LIABLE TO YOU ON ANY LEGAL THEORY FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES OR DAMAGES OF ANY OTHER CHARACTER OR KIND ARISING OUT OF THIS LICENSE OR THE USE OF THE ORS WEBSITE EDITION, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## 7. Termination

This License and the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License. Individuals or entities who have received Collective Works from You under this License, however, will not have the licenses terminated, provided the individuals or entities remain in full compliance with those licenses. Sections 1, 2, 5, 6, 7 and 8 of this License survive any termination of this License.

Licensor reserves the right to release the ORS Website Edition under different license terms or to stop distributing the ORS Website Edition at any time provided, however, that any such election does not withdraw this License (or any other license that has been, or is required to be, granted under the terms of this License), and this License will continue in full force and effect unless terminated as stated in this section.

Exhibit C: Public License Proposed by Oregon Legislative Counsel

## 8. Miscellaneous

Each recipient of a distribution of the ORS Website Edition provided by You and each performance or public digital performance of the ORS Website Edition that is based on a distribution of the ORS Website Edition provided by You is subject to the same terms and conditions granted to You under this License. In providing a distribution of the ORS Website Edition to a recipient or in performing or publicly digitally performing the ORS Website Edition You may not modify or disclaim a term or condition of this License.

You agree that if any term or provision of this License is declared by a court of competent jurisdiction to be illegal or in conflict with any law, the validity of the remaining terms and provisions is not affected, and the remaining rights and obligations granted to You shall be construed and enforced as if this License did not contain the particular term or provision held to be invalid.

No term or provision of this License shall be deemed waived and no breach consented to unless such waiver or consent shall be in writing and signed by the party to be charged with such waiver or consent.

This License constitutes the entire agreement between Licensor and You with respect to the ORS Website Edition licensed here. There are no understandings, agreements or representations with respect to the ORS Website Edition not specified here. Licensor shall not be bound by any additional provisions that may appear in any communication from You. Except for any typographical or other nonsubstantive changes, this License

Exhibit C: Public License Proposed by Oregon Legislative Counsel

may not be modified except by Licensor after 60 days' notice given on the website on which the License appears.

---

Case No. _____ -- COMPLAINT FOR DECLARATORY RELIEF RE NON-INFRINGEMENT OF COPYRIGHT     18

PRO-000851