AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of The General . . . et al.<br>v.<br>PUBLIC.RESOURCE.ORG, INC. | )<br>)<br>)   Case No.: 1:15-cv-2594-RWS<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __04/07/2017__ against __Defendant__,
                                                                  *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 400.00 |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | 2,722.59 |
| **TOTAL** | **$ 3,122.59** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   Anthony B. Askew

Name of Attorney:   Anthony B. Askew

For:   Code Revision Commission on behlaf of and for the benefit of The General . . . et    Date:   05/22/2017
            *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                *Deputy Clerk*                    *Date*

## ITEMIZATION AND SPECIFICATION OF EXPENSES SOUGHT BY PLAINTIFFS

| COURT FILING FEES | | | |
|---|---|---|---|
| Date | Description | Amount | MCC Invoice No. |
| 7/21/2015 | Complaint Filing Fee | 400.00 | 59285 |

| COMPUTERIZED LEGAL RESEARCH | | | |
|---|---|---|---|
| Date | Description | Amount | MCC Invoice No. |
| 7/31/2014 | Online research - LexisNexis | 154.70 | 43666 |
| 7/3/2014 | PACER | 12.60 | 43666 |
| 1/5/2015 | PACER | 2.20 | 50348 |
| 7/31/2015 | Online research - LexisNexis | 203.22 | 58757 |
| 8/31/2015 | Online research - LexisNexis | 402.11 | 59285 |
| 9/30/2015 | Online research - LexisNexis | 696.70 | 62588 |
| 10/31/2015 | Online research - LexisNexis | 1232.63 | 62588 |

| COURIER CHARGES | | | |
|---|---|---|---|
| Date | Description | Amount | MCC Invoice No. |
| 2/23/2016 | Federal Express Courier charge for delivery from Meunier Carlin & Curfman to Alston & Bird on 2/19/2016 | 18.43 | 68775 |



# INVOICE

**Account Summary**

Invoice Date: 07/03/2014
Usage From: 04/01/2014 to: 06/30/2014

Account #: MMCCIP
Invoice #: MMCCIP-Q22014
Due Date: 08/08/2014
Amount Due: ▮

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**
Current Balance:

**Total Amount Due:** ▮

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My PACER Account** section of the PACER Service Center web site at
**www.pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **www.pacer.gov/billing**

### PACER Down Time

Some PACER functions will be down for maintenance in order to implement website enhancements. NOTE: This service interruption will not affect your e-filing privileges.

What Will Be Unavailable:

All of PACER (including search and login functions)
Sunday, August 10, 8 AM–12PM CT

Manage My Account and Manage My Appellate Filer Account
Friday, August 8, 6 PM CT–Sunday, August 10, 12 PM CT

All services will be back online and functioning normally by Monday, August 11, 5 AM CT. Please check pacer.gov for updates as well as additional information.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



| Account # | Due Date | Amount Due |
|---|---|---|
| MMCCIP | 08/08/2014 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing. The total amount due, ▮, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

Visit http://www.pacer.gov for address changes.

Meunier, Carlin & Curfman LLC
Meg Cogburn
Suite 500
817 W. Peachtree Street, Nw
Atlanta, GA 30308

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

**ENTERED A/P**

JUL 1 1 2014



```
CUSTOMER NUMBER: MMCCIP ALL
0
DATE RANGE:      04/01/2014 - 06/30/2014                         PAGE:          1

DATE         ACCOUNT ID    COURT       TIME IN    TIME OUT TIME/PAGES    AMOUNT
             SEARCH CRITERIA                               DESCRIPTION
--------------------------------------------------------------------------------
```

[redacted]

SUBTOTAL FOR CLIENT CODE: 10539-001GEN                                    12.60

[redacted]

TOTAL:                                                              ===========
                                                                    [redacted]


# LexisNexis

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1407410504 | 31-JUL-14 |

BILLING PERIOD 01-JUL-14 - 31-JUL-14

***INVOICE TO:***
MEUNIER, CARLIN & CURFMAN
ATLANTA GA 30308-1163

| ACCOUNT NUMBER |
|---|
|  |

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | 10539-002LIT | $ 524.00 | ($ 369.30) | $ 154.70 | - | - | $ 154.70 | - | $ 154.70 |

ACCOUNT TOTAL:

4



**BILLING HISTORY**

Close

Summary Transaction Report by Client Code
All Courts
from 10/01/2014 to 12/31/2014

Thu Jan 15 12:31:23 CST 2015
MCCIPLAW

Back    New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| ■■■■■■■■■■■■■■■■■■ | ■■ | ■ | ■■■■ |
| 10539-002LIT | 22 | 0 | $2.20 |
| ■■■■■■■■■■■■■■■■■■ | ■■ | ■ | ■■■■ |
| Grand Total: | | | |





| INVOICE NO: | INVOICE DATE |
|---|---|
| 1507360848 | 31-JUL-15 |

BILLING PERIOD 01-JUL-15 - 31-JUL-15

*INVOICE TO:*
MEUNIER, CARLIN & CURFMAN
ATLANTA GA 30309

| ACCOUNT NUMBER |
|---|
| ▮ |

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| ▮ | 10539-002LIT | $ 626.00 | ($ 496.28) | $ 129.72 | - | $ 73.50 | $ 203.22 | - | $ 203.22 |
| ACCOUNT TOTAL: | ▮ | | | | | | | | |

4



# Travis Williams

| | |
|---|---|
| **From:** | Meg Cogburn |
| **Sent:** | Wednesday, July 22, 2015 8:24 AM |
| **To:** | Travis Williams |
| **Subject:** | BACK-UP FOR CREDIT CARD CHARGE // 10539-002LIT: Pay.gov Payment Confirmation: GAND CM ECF |

Payment of filing fee for lawsuit.

Thanks!
Meg

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Tuesday, July 21, 2015 3:21 PM
To: Meg Cogburn
Subject: Pay.gov Payment Confirmation: GAND CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Kathy Farmer at (404) 215-1630.

Application Name: GAND CM ECF
Pay.gov Tracking ID: 25MF7LKB
Agency Tracking ID: 113E-5942262
Transaction Type: Sale
Transaction Date: Jul 21, 2015 3:21:05 PM

Account Holder Name: Melanie Jeckel
Transaction Amount: $400.00
Billing Address: Suite 1300
Billing Address 2: 999 Peachtree Street, NE
City: Atlanta
State/Province: GA
Zip/Postal Code: 30309
Country: USA
Card Type: AmericanExpress
Card Number: ************3012


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

# LexisNexis

| INVOICE NO: | INVOICE DATE |
|---|---|
| 150836O273 | 31-AUG-15 |

BILLING PERIOD 01-AUG-15 - 31-AUG-15

INVOICE TO:
MEUNIER, CARLIN & CURFMAN
ATLANTA GA 30309

**ITEMIZATION OF LEXISNEXIS & RELATED CHARGES**
ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 0539-002LIT | $822.00 | ($461.89) | $360.11 | - | $42.00 | $402.11 | - | $402.11 |

ACCOUNT TOTAL: | | | | | |

4

V08  6497



# LexisNexis

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1509359984 | 30-SEP-15 |

BILLING PERIOD 01-SEP-15 - 30-SEP-15

INVOICE TO:
MEUNIER, CARLIN & CURFMAN
ATLANTA GA 30309

ACCOUNT NUMBER

## ITEMIZATION OF LEXSNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 00539-002LIT | $2,145.00 | ($1,448.30) | $696.70 | - | - | $696.70 | - | $696.70 |

ACCOUNT TOTAL:

4

V08   6538



**INVOICE NO:** 1510359429
**INVOICE DATE:** 31-OCT-15

BILLING PERIOD 01-OCT-15 - 31-OCT-15

*INVOICE TO:*
MEUNIER, CARLIN & CURFMAN
ATLANTA GA 30309

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇539-002LIT | $3,500.50 | ($2,267.87) | $1,232.63 | - | - | $1,232.63 | - | $1,232.63 |

**ACCOUNT TOTAL:**

4


ACCOUNT NUMBER

V08   6613

# Tonya Clay

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, February 19, 2016 9:23 AM |
| **To:** | Montrell McCaskill |
| **Subject:** | FedEx Shipment 775681864397 Delivered |

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Melanie Jackson |
| Name: | Montrell McCaskill |
| E-mail: | mmccaskill@mcciplaw.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 10539-002LIT LP/mdm |
| Ship (P/U) date: | Feb 18, 2016 |
| Delivery date: | Feb 19, 2016 9:16 am |
| Sign for by: | G.DEAN |
| Delivery location: | ATLANTA, GA |
| Delivered to: | Mailroom |
| Delivery date: | Fri, 2/19/2016 9:16 am |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 775681864397 |

| Shipper Information | Recipient Information |
|---|---|
| Montrell McCaskill | Jason D. Rosenberg |
| Melanie Jackson | Alston & Bird LLP |
| 999 Peachtree Street | 1201 West Peachtree Street |
| Suite 1300 | One Atlantic Center |
| ATLANTA | ATLANTA |
| GA | GA |
| US | US |
| 30309 | 30309 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:22 AM CST on 02/19/2016.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the status of this shipment online, please use the following:
https://www.fedex.com/insight/findit/nrp.jsp?tracknumbers=775681864397&language=en&opco=FX&clientype=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.





| Payer Account | Invoice Month (yyyymm) | OPCO | Service Type | Pay Type | Shipment Date | Shipment Delivery Date | Shipment Tracking Number | Shipper Name | Shipper Company Name | Shipment Freight Charge Amount | Shipment Miscellaneous Charge | Shipment Duty and Tax Charge | Shipment Discount Amount | Net Charge Amount | Pieces in Shipment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇ | 201602 | Express | PO | Bill_Sender_Prepaid | 2/18/2016 | 2/19/2016 | 775681864397 | Montrell McCaskill | Melanie Jackson | 21.77 | 0.14 | 0 | -3.48 | 18.43 | 1 |

| Shipment Rated Weight | Original weight | Proof of delivery recipient | Recipient Name | Recipient Company Name | Recipient Address | Recipient City | Recipient State | Recipient Postal Code | Recipient Country | Invoice date (mm/dd/yyy) | Invoice number | Master Tracking Number | Dom_Intl | Package Type | Shipment Delivery Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | G.DEAN | Jason D. Rosenberg | Alston & Bird LLP | One Atlantic Center | ATLANTA | GA | 30309 | US | 2/23/2016 | 532871499 | null | Domestic | Fedex Letter | 9:16 |