UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION and STATE OF GEORGIA,<br><br>        Plaintiffs,<br><br>vs.<br><br>PUBLIC RESOURCE.ORG,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO.  1:15-cv-02594-RWS |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this _____ day of _____, 2018.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE