UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

NOV 21 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

CODE REVISION COMMISSION
and STATE OF GEORGIA,

        Plaintiffs,

vs.

PUBLIC RESOURCE.ORG,

        Defendant.

CIVIL ACTION FILE

NO. 1:15-cv-02594-RWS

## ORDER

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 21st day of Nov, 2018.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE