# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION, et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:15-CV-2594-RWS |
| : | |
| PUBLIC.RESOURCE.ORG INC., : | |
| : | |
| Defendant. : | |

## **ORDER**

The parties are ORDERED to confer and to submit a joint status report regarding any issues left to be decided in this litigation within fourteen days.

**SO ORDERED**, this 6th day of December, 2018.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)