IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>        Plaintiff,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>        Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-2594-RWS |

## JOINT STATUS REPORT AND
## JOINT MOTION TO STAY PROCEEDINGS PENDING
## APPEAL TO U.S. SUPREME COURT

Pursuant to this Court's Order on December 6, 2018 (Dkt. No. 65), the

parties, Plaintiff and Counterclaim-Defendant, the Code Revision Commission, on

behalf of and for the benefit of the General Assembly of Georgia, and the State of

Georgia ("State of Georgia"), and Defendant and Counterclaim-Plaintiff,

Public.Resource.Org., Inc. ("Public Resource"), hereby submit the following joint

status report regarding any issues left to be decided in this litigation.

The Parties submit that the issues left to be decided in this litigation are yet

to be determined because the State of Georgia will be filing a Petition For a Writ of

Certiorari to the United States Supreme Court regarding the 11th Circuit Court of Appeals' decision holding the O.C.G.A. annotations uncopyrightable. *See* Dkt. No. 61. Any decision by the U.S. Supreme Court on this central issue will dictate the scope of issues left to be decided by this Court and/or the 11th Circuit Court of Appeals.

The State of Georgia currently has a deadline of January 17, 2019 to file the Petition for Certiorari, but, through newly designated co-counsel at Vinson & Elkins LLP, has requested an extension of time to file such Petition until March 4, 2019.  *See* Application For An Extension Of Time In Which To File a Petition For a Writ Of Certiorari To The United States Court of Appeals For The Eleventh Circuit, Exhibit A.

Accordingly, the Parties submit this Joint Motion For A Stay of these proceedings pending the decision of the U.S. Supreme Court regarding the Petition for Certiorari, and if the Petition is granted, further pending a decision of the U.S. Supreme Court on the merits.  The Parties propose that they notify the Court via a status report or motion to lift the stay within ten days after an order or decision refusing or terminating the appeal is issued by the U.S. Supreme Court—or any other schedule as directed by this Court.

2

Public Resource makes the following statement, which is not joined by State of Georgia:  Public.Resource.Org wishes to advise the Court that despite the Court of Appeals' ruling, LexisNexis has not reinstated the account that he previously used to purchase the OCGA at regular market price, nor will his previous account representative return calls or emails, although LexisNexis's counsel told Public.Resource.Org's counsel that LexisNexis was willing to sell it the OCGA.  Public.Resource.Org has also written to legislative counsel and while they said they would look into it, that has not resulted in reinstatement of the account or assignment to a representative who can accept an order to purchase the OCGA.  The plaintiff could exert its influence with LexisNexis to prevent LexisNexis from making it difficult for Public.Resource.Org to obtain the OCGA in order to post it, as the Court of Appeals has ruled he has the right to do, but the plaintiff has not done so.

State of Georgia, without the joining of Public Resource, responds to the above statement by Public Resource as follows:  State of Georgia understands from Public Resource that Lexis has told Public Resource that it may order the O.C.G.A. from Lexis' normal public facing customer support number.  On Monday, December 17, 2018, Public Resource informed the State of Georgia that Mr. Malamud is not satisfied with ordering the O.C.G.A. from Lexis through the

normal public facing customer support number and would like special

accommodations made for him in this respect.  The State of Georgia responded to

Public Resource that it should request the special accommodation directly from

Lexis or Lexis' counsel.  This is an issue not germane to these proceedings.

Respectfully submitted, this 20th day of December, 2018.

/s/*Anthony B. Askew*

Anthony B. Askew (G.A. Bar: 025300)
Lisa C. Pavento (G.A. Bar: 246698)
Warren Thomas (G.A. Bar: 164714)
Meunier Carlin & Curfman LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
taskew@mcciplaw.com
lpavento@mcciplaw.com
wthomas@mcciplaw.com

*Counsel for the Plaintiff, Code Revision Commission on behalf of and for the*

/s/*Elizabeth H. Radar* (*w/express permission*)

Elizabeth H. Rader (*pro hac vice*)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3008
Fax: (202) 239-3333
elizabeth.rader@alston.com

Jason D. Rosenberg
Georgia Bar No. 510855
Sarah Parker LaFantano
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone 404-881-7461
Fax (404) 253-8681
jason.rosenberg@alston.com
sarah.lafantano@alston.com

*Counsel for the Defendant, Public.Resource.Org*

*benefit of the General Assembly of
Georgia, and the State of Georgia*

## CERTIFICATE OF COMPLIANCE

I hereby certify that, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, the foregoing JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS PENDING APPEAL TO U.S. SUPREME COURT complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

/s/ *Anthony B. Askew*
Anthony B. Askew (G.A. Bar: 025300)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Telephone: 404-645-7700
Email: taskew@mcciplaw.com

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2018, I electronically filed the foregoing

JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS

PENDING APPEAL TO U.S. SUPREME COURT with the Clerk of Court

using the CM/ECF system, which constitutes service of the filed document on all

counsel of record in this proceeding under LR 5.1(A)(3), N.D. Ga.


By:     /s/*Anthony B. Askew*
          Anthony B. Askew (G.A. Bar: 025300)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:15-CV-2594-RWS |
| PUBLIC.RESOURCE.ORG, INC. | |
| Defendant. | |

## [PROPOSED] STAY OF PROCEEDINGS ORDER

The Court stays these proceedings pending the U.S. Supreme Court's 1)

denial of a Petition for Certiorari to be filed by Plaintiff and Counterclaim-

Defendant, the Code Revision Commission, on behalf of and for the benefit of the

General Assembly of Georgia, and the State of Georgia ("State of Georgia")

requesting review of the November 15, 2018 decision of the 11th Circuit Court of

Appeals that is now the judgement of this Court ("Petition"), or 2) grant of the

Petition and further decision on the issues presented therein.

The Parties shall notify the Court via a status report or motion to lift the stay within ten days after an order or decision refusing or terminating the appeal is issued by the U.S. Supreme Court.

IT IS SO ORDERED, this _____ day of _____, 2018.


_____

UNITED STATES DISTRICT JUDGE

NORTHERN DISTRICT OF GEORGIA

2