IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION, et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:15-CV-2594-RWS |
| : | |
| PUBLIC.RESOURCE.ORG INC., : | |
| : | |
| Defendant. : | |

## ORDER

This action is STAYED pending appeal to the United States Supreme Court. The parties are ORDERED to inform the Court within fourteen days of the Supreme Court's decision regarding certiorari in this case.

**SO ORDERED**, this 3rd day of January, 2019.

RICHARD W. STORY
United States District Judge