IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>   Plaintiff,<br><br>  v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>   Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-2594-RWS |

**JOINT STATUS REPORT AND
JOINT MOTION TO CONTINUE THE STAY PENDING A
DECISION BY THE U.S. SUPREME COURT**

 Pursuant to this Court's Order on January 3, 2019 (Dkt. No. 68), the parties, Plaintiff and Counterclaim-Defendant, the Code Revision Commission, on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia ("State of Georgia"), and Defendant and Counterclaim-Plaintiff, Public.Resource.Org., Inc. ("Public Resource"), hereby submit the following joint status report regarding the Supreme Court's decision concerning certiorari in this case.

1

The Court stayed this action on January 3, 2019 pending State of Georgia's appeal to the United States Supreme Court and ordered the parties to inform the Court within fourteen days of the Supreme Court's decision regarding certiorari. On June 24, 2019, the Supreme Court granted State of Georgia's petition for writ of certiorari. A copy of the Supreme Court's Certiorari – Summary Dispositions for June 24, 2019 noting the grant of certiorari for this case is attached as Exhibit A.

Accordingly, the parties submit this Joint Motion To Continue The Stay of these proceedings pending the decision of the U.S. Supreme Court on whether the O.C.G.A. annotations are uncopyrightable. Any decision by the U.S. Supreme Court on this central issue will dictate the scope of issues left to be decided by this Court and/or the 11th Circuit Court of Appeals. The parties propose that they notify the Court via a status report or motion to lift the stay within fourteen (14) days after a decision or judgment is issued by the U.S. Supreme Court—or any other schedule as directed by this Court.

Respectfully submitted, this 3rd day of July 2019.

/s/ *Anthony B. Askew*

Anthony B. Askew (G.A. Bar: 025300)
Lisa C. Pavento (G.A. Bar: 246698)
Warren Thomas (G.A. Bar: 164714)

/s/ *Elizabeth H. Rader (w/express permission)*

Elizabeth H. Rader (*pro hac vice*)
Calliope Legal

Meunier Carlin & Curfman LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
taskew@mcciplaw.com
lpavento@mcciplaw.com
wthomas@mcciplaw.com

*Counsel for the Plaintiff, Code Revision Commission on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia*

1666 Connecticut Avenue N.W.
Washington, DC 20009
Telephone: 202-400-1003
elizabeth@calliopelaw.com

*/s/ Jason D. Rosenberg (w/express permission)*

Jason D. Rosenberg
Georgia Bar No. 510855
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone 404-881-7461
Fax (404) 253-8861
jason.rosenberg@alston.com

*Counsel for the Defendant, Public.Resource.Org*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, the foregoing JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE THE STAY PENDING A DECISION BY THE U.S. SUPREME COURT complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

/s/ *Anthony B. Askew*
Anthony B. Askew (G.A. Bar: 025300)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Telephone: 404-645-7700
Email: taskew@mcciplaw.com

## **CERTIFICATE OF SERVICE**

I certify that on July 3, 2019, I electronically filed the foregoing JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE THE STAY PENDING A DECISION BY THE U.S. SUPREME COURT with the Clerk of Court using the CM/ECF system, which constitutes service of the filed document on all counsel of record in this proceeding under LR 5.1(A)(3), N.D. Ga.

By:  /s/ *Anthony B. Askew*
     Anthony B. Askew (G.A. Bar: 025300)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>      Plaintiff,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>      Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-2594-RWS |

## [PROPOSED] STAY OF PROCEEDINGS ORDER

The Court notes that the U.S. Supreme Court has granted certiorari in this case and continues the stay for these proceedings pending the U.S. Supreme Court's decision on the issues presented therein.

The Parties shall notify the Court via a status report or motion to lift the stay within fourteen days after a decision or judgment on the merits is issued by the U.S. Supreme Court.

IT IS SO ORDERED, this _____ day of _____ 2019.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA