# EXHIBIT A

(ORDER LIST: 588 U.S.)

MONDAY, JUNE 24, 2019

CERTIORARI -- SUMMARY DISPOSITIONS

| | | |
|---|---|---|
| 17-1679 | ) | GRAY, ROBERT H. V. WILKIE, SEC. OF VA |
| | ) | |
| | ) | The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Federal Circuit with instructions to dismiss the case as moot. See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950). |
| 17-1693 | ) | BLUE WATER NAVY VIETNAM VETERANS V. WILKIE, SEC. OF VA |

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Federal Circuit with instructions to dismiss the case as moot. See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

### ORDERS IN PENDING CASES

18A1104    FORD, MELBA V. UNITED STATES

The application for stay addressed to the Chief Justice and referred to the Court is denied.

18A1238    PRICE, CHRISTOPHER L. V. DUNN, COMM'R, AL DOC, ET AL.

The motion of National Public Radio, Inc., et al. for leave to intervene to file a motion to unseal is granted, and the motion to unseal is granted.

18M173    HOLMES, JOSEPH H. V. AL DEPT. OF HUMAN RESOURCES

18M174    DOE, JOHN V. COLGATE UNIVERSITY

The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

| | |
|---|---|
| 150, ORIG. | ARIZONA V. CALIFORNIA |

      The Solicitor General is invited to file a brief in this case expressing the views of the United States.

| | |
|---|---|
| 17-1678 | HERNANDEZ, JESUS C., ET AL. V. MESA, JESUS |
| 18-877 | ALLEN, FREDERICK L., ET AL. V. COOPER, GOV. OF NC, ET AL. |

      The motions of petitioners to dispense with printing the joint appendices are granted.

| | |
|---|---|
| 18-921 | ARCHDIOCESE OF SAN JUAN V. FELICIANO, YALI A., ET AL. |
| 18-1140 | AVCO CORP. V. SIKKELEE, JILL, ET AL. |

      The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

| | |
|---|---|
| 18-7988 | FORNEY, JAMES V. FLORIDA |

      The motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* is denied.

| | |
|---|---|
| 18-8930 | GURVEY, AMY R. V. COWAN, LIEBOWITZ, ET AL. |
| 18-8934 | MILLER, TERESA V. GAUJOT, JUDGE, ET AL. |

      The motions of petitioners for leave to proceed *in forma pauperis* are denied.  Petitioners are allowed until July 15, 2019, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

## CERTIORARI GRANTED

| | | |
|---|---|---|
| 18-776 | ) | GUERRERO-LASPRILLA, PEDRO P. V. BARR, ATT'Y GEN. |
| | ) | |
| 18-1015 | ) | OVALLES, RUBEN V. BARR, ATT'Y GEN. |

      The petition for a writ of certiorari in No. 18-776 is granted.  The petition for a writ of certiorari in No. 18-1015 is granted limited to Question 2 presented by the petition.  The

2

cases are consolidated, and a total of one hour is allotted for oral argument.

18-916        DEX MEDIA, INC. V. CLICK-TO-CALL, ET AL.

The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

18-1023   )   MAINE COMMUNITY HEALTH OPTIONS V. UNITED STATES
          )
18-1028   )   MODA HEALTH PLAN, INC. V. UNITED STATES
          )
18-1038   )   LAND OF LINCOLN MUTUAL HEALTH V. UNITED STATES

The petitions for writs of certiorari are granted.  The cases are consolidated, and a total of one hour is allotted for oral argument.

18-1150       GEORGIA, ET AL. V. PUBLIC.RESOURCE.ORG, INC.

The petition for a writ of certiorari is granted.

18-6943       BANISTER, GREGORY D. V. DAVIS, DIR., TX DCJ

The motion of petitioner for leave to proceed *in forma pauperis* is granted, and the petition for a writ of certiorari is granted limited to the following question:  Whether and under what circumstances a timely Rule 59(e) motion should be recharacterized as a second or successive habeas petition under *Gonzalez* v. *Crosby*, 545 U. S. 524 (2005).

**CERTIORARI DENIED**

17-1175       POARCH BAND OF CREEK INDIANS V. WILKES, CASEY MARIE, ET AL.

17-1183       AIRLINE SERV. PROVIDERS, ET AL. V. LA WORLD AIRPORTS, ET AL.

17-5503       OCHOA, RAMIRO V. UNITED STATES

17-6680       EATON, WILLIAM M. V. UNITED STATES

17-6856       BEARCOMESOUT, TAWNYA V. UNITED STATES

17-7177       GORDILLO-ESCANDON, MANUEL V. UNITED STATES

17-8002       SANDERS, QUIYONTAY V. UNITED STATES

17-8475     SMITH, RODNEY D. V. UNITED STATES

18-106      TURNER, JOHN R. V. UNITED STATES

18-109      ARIOSA DIAGNOSTICS, INC. V. ILLUMINA, INC.

18-164      FIRST SOLAR, INC., ET AL. V. MINEWORKERS' PENSION, ET AL.

18-447    ) AL DEPT. OF REVENUE, ET AL. V. CSX TRANSPORTATION, INC.
          )
18-612    ) CSX TRANSPORTATION, INC. V. AL DEPT. OF REVENUE, ET AL.

18-486      TOSHIBA CORP. V. AUTO. INDUS. PENSION, ET AL.

18-575    ) YPF S.A. V. PETERSEN ENERGIA, ET AL.
          )
18-581    ) ARGENTINE REPUBLIC V. PETERSEN ENERGIA, ET AL.

18-600      TEXAS ADVANCED OPTOELECTRONIC V. RENESAS ELECTRONICS AMERICA

18-762      PINA, JAIME V. V. UNITED STATES

18-821      WILLS, DAVID K. V. UNITED STATES

18-866      IL CENTRAL RAILROAD CO. V. TN DEPT. OF REVENUE, ET AL.

18-987      McKESSON CORPORATION, ET AL. V. TRUE HEALTH CHIROPRACTIC, INC.

18-1054     JACKSON, JASON A. V. UNITED STATES

18-1055     MAURICIO-BENITEZ, ROBERTO E. V. BARR, ATT'Y GEN.

18-1062     LOVE TERMINAL PARTNERS, ET AL. V. UNITED STATES

18-1092     ASSOC. BUILDERS AND CONTRACTORS V. BECERRA, ATT'Y GEN. OF CA

18-1097   ) SKYWEST, INC., ET AL. V. HIRST, ANDREA, ET AL.
          )
18-1419   ) HIRST, ANDREA, ET AL. V. SKYWEST, INC., ET AL.

18-1120     RIFFEY, THERESA, ET AL. V. PRITZKER, GOV. OF IL, ET AL.

18-1122     ALPENGLOW BOTANICALS, ET AL. V. UNITED STATES

18-1145     MINERVA DAIRY, INC., ET AL. V. HARSDORF, SHEILA, ET AL.

18-1166     SIEVERS, COLTON W. V. NEBRASKA

18-1191     DAVENPORT, CARTER V. ESTATE OF MARQUETTE F. CUMMINGS

18-1198     ALBRIGHT, WESTLEY A. V. TENNESSEE

18-1199     INVESTPIC, LLC V. SAP AMERICA, INC.

18-1220     FRANKLIN, CLEVELAND V. AMERICAN ELEVATOR INSPECTIONS

4

| | |
|---|---|
| 18-1260 | COOKE, JESSICA V. UNITED STATES |
| 18-1300 | OBUSKOVIC, NEVENKA V. WOOD, KATHLEEN L., ET AL. |
| 18-1318 | MARQUETTE TRANSPORTATION CO. V. DUNN, KELVIN |
| 18-1327 | SIMS, CHRISTIAN V. V. TEXAS |
| 18-1328 | GILMORE, STEPHEN, ET AL. V. HOLLAND, NEIL R., ET AL. |
| 18-1331 | BOLTON, WILLIAM G. V. DEPT. OF NAVY BD. FOR CORR. |
| 18-1332 | RECINOS, MARIO A. V. BOARD OF TRUSTEES |
| 18-1335 | CONTINENTAL MOTORS, INC. V. SNIDER, ELIZABETH, ET AL. |
| 18-1337 | RAEL, ROBERT, ET UX. V. LAYNG, PATRICK S. |
| 18-1340 | FOWLER, BONNIE R. V. UTAH, ET AL. |
| 18-1348 | ORION INSURANCE GROUP, ET AL. V. WA OFFICE OF MINORITY, ET AL. |
| 18-1352 | COMMERCE BANK V. WILLIAMSON, BEVERLY, ET AL. |
| 18-1360 | THORNTON, ROBERT G. V. UNITED STATES, ET AL. |
| 18-1361 | STILLWELL, PENELOPE, ET VIR V. EAGLE-KIRKPATRICK MGMT., ET AL. |
| 18-1377 | GYAMFI, KWAME V. ACOSTA, SEC. OF LABOR, ET AL. |
| 18-1378 | LEDET, MICHAEL V. LA DEPT. OF PUBLIC SAFETY |
| 18-1391 | BAMBA, N'DAMA M. V. FENTON, KIMBERLY, ET AL. |
| 18-1396 | PELLETIER, DERECK V. KELLEY, DIR., AR DOC, ET AL. |
| 18-1403 | MIR, JEHAN Z. V. LEVINE, SHARON, ET AL. |
| 18-1408 | WASHEK, JOHN V. VERMONT |
| 18-1420 | BURNS, TIMOTHY V. ALABAMA |
| 18-1453 | RANGARAJAN, MITRA V. JOHNS HOPKINS UNIVERSITY, ET AL. |
| 18-1463 | MAHER, MELISSA V. IOWA STATE UNIVERSITY |
| 18-1464 | JIRICKO, MILOS V. FRANKENBURG JENSEN LAW, ET AL. |
| 18-1467 | CLEVENGER, TY V. LAWRENCE, MELANIE, ET AL. |
| 18-1478 | STECK, RYAN L. V. MARYLAND |
| 18-1483 | BARRY, GENE N. V. FRESHOUR, SCOTT M., ET AL. |
| 18-7038 | OWENS, WILLIAM V. TEXAS |

| | |
|---|---|
| 18-7449 | PATTON, JOEL D. V. UNITED STATES |
| 18-7696 | WALTON, TONY J. V. BALLARD, WARDEN |
| 18-7721 | CARTER, LARON D. V. UNITED STATES |
| 18-8046 | PAULMIER, STEPHEN L. V. HAWAII |
| 18-8224 | DICKERSON, ANTONIO V. UNITED STATES |
| 18-8270 | HETTINGA, WYLMINA V. LOUMENA, TIMOTHY P. |
| 18-8432 | FOUST, KELLY V. OHIO |
| 18-8456 | ROMAN, ROBERTO M. V. UNITED STATES |
| 18-8524 | TSHIANSI, TONY K. V. UNITED STATES |
| 18-8666 | WOOD, TREMANE V. CARPENTER, INTERIM WARDEN |
| 18-8844 | MORRIS, FARRIS G. V. TENNESSEE |
| 18-8857 | WEISHEIT, JEFFREY A. V. INDIANA |
| 18-8887 | SOLER, MIRIAM V. CAPITAL ONE AUTO FINANCE |
| 18-8890 | JONES, CARL L. V. SMITH, WARDEN, ET AL. |
| 18-8899 | ELESON, ERIC R. V. LIZARRAGA, WARDEN, ET AL. |
| 18-8901 | JONES, DANIEL H. V. GOODWIN, JUDGE |
| 18-8903 | BARNABY, OWEN W. V. WITKOWSKI, BRET, ET AL. |
| 18-8904 | MATTHEWS, OCTAVIUS V. RATLIFF, TERRY |
| 18-8905 | BRYANT, ANTHONY G. V. ARMY CORPS OF ENGINEERS, ET AL. |
| 18-8914 | CAZARES, MANUEL V. CASSADY, WARDEN |
| 18-8916 | WRIGHT, STEVEN L. V. CALIFORNIA |
| 18-8918 | WILEY, DAVID V. WILEY, JENNIFER |
| 18-8921 | TELLEZ, HECTOR V. DAVIS, DIR., TX DCJ |
| 18-8925 | COOKS, CHARLES R. V. SUPERIOR COURT OF CA, ET AL. |
| 18-8926 | JACKSON, DONALD C. V. MUKORO, PRIYE T., ET AL. |
| 18-8927 | GILLARD, LISA J. V. ILLINOIS |
| 18-8933 | STEVENSON, ZAAMAR B. V. PA BOARD OF PROBATION, ET AL. |
| 18-8939 | DAISY T. V. AZ DEPT. OF CHILD SAFETY, ET AL. |

18-8945     BLACK, LORRAINE V. LIFE UNLIMITED

18-8947     PALMA, MICHAEL-FRANCIS V. HARRIS CTY. APPRAISAL REVIEW BD.

18-8950     MORAN, JESUS M. V. ARIZONA

18-8954     MILLHOUSE, KAREEM H. V. DAVIS, MS., ET AL.

18-8955     BUTLER, GREGORY V. JOHNSON, ADM'R, NJ, ET AL.

18-8959     ARLOTTA, JAMES P. V. McKESSON CORPORATION, ET AL.

18-8962     COLLINS, RONALD V. KELLER, KRISTEN

18-8966     DRAKE, ERIC V. USDC ED TX

18-8969     LUNSFORD, RONALD V. INDIANA

18-8973     JOHNSON, JOSHUA M. V. CLARKE, DIR., VA DOC

18-8974     ROBERSON, STANLEY B. V. TEXAS

18-8976     SHEPPARD, WILFRED W. V. DAVIS, DIR., TX DCJ

18-8979     JACOBS, LISA V. MACDONALD, LORRAINE, ET VIR

18-8981     BOWLING, JOHN V. MARYLAND

18-8984     CAETANO, NATHAN V. PEERY, WARDEN

18-9004     ARCHER, VAUGHN S. V. PARAMO, WARDEN

18-9012     ENDSLEY, MARC A. V. BROWN, EDMUND G., ET AL.

18-9047     SWECKER, GREGORY, ET AUX V. UNITED STATES

18-9048     BOYKINS, BRIAN V. NAPEL, WARDEN

18-9054     FORQUER, SANDRA V. WELLS FARGO BANK

18-9065     ROSA, CHARLENE T. V. FLORIDA, ET AL.

18-9072     McBRIDE, DEWEY L. V. RYAN, DIR., AZ DOC

18-9078     BRADFORD, TINA V. WORKERS' COMPENSATION

18-9083     GRYDER, KEN V. RUDY, LAURA, ET AL.

18-9112     BRONSON, DANIEL V. JACKSON-MITCHELL, WARDEN

18-9136     J. T. V. FL DEPT. OF CHILDREN, ET AL.

18-9226     SEARS, ANNE A. V. BOTTORFF, LUCAS D., ET AL.

18-9230     KENNEDY, RUSHANE D. V. BARR, ATT'Y GEN.

| | |
|---|---|
| 18-9257 | RARDEN, LONNIE V. OHIO |
| 18-9260 | BRAXTON, FREDERICK E. V. TENNESSEE |
| 18-9279 | PREETORIUS, REGINA M. V. UNITED STATES |
| 18-9314 | PIERCE, RANDALL V. SHERMAN, WARDEN |
| 18-9329 | BARNHILL, SEAN M. V. UNITED STATES |
| 18-9335 | ILLARRAMENDI, FRANCISCO V. UNITED STATES |
| 18-9336 | CAMILO, SAUL E. V. UNITED STATES |
| 18-9340 | SUBASIC, ANES V. UNITED STATES |
| 18-9352 | RIDLEY, DONALD C. V. UNITED STATES |
| 18-9357 | BRADLEY, MONDRICK V. MISSISSIPPI |
| 18-9362 | RING, TIMOTHY S. V. RYAN, DIR., AZ DOC, ET AL. |
| 18-9368 | BLACKSTONE, ANTONIO D. V. UNITED STATES |
| 18-9371 | ADKINSON, LAWRENCE D. V. UNITED STATES |
| 18-9394 | EVANS, WARD T. V. DELAWARE |
| 18-9413 | ROYAL, HOZAY V. GREWAL, ATT'Y GEN. OF NY, ET AL. |
| 18-9445 | VASSOR, VOLVICK V. FLORIDA |
| 18-9474 | MADDEN, IRVING V. MELVIN, WARDEN |

      The petitions for writs of certiorari are denied.

17-5410    TYLER, WILLIE V. UNITED STATES

      The petition for a writ of certiorari is denied. Justice Alito took no part in the consideration or decision of this petition.

18-1065    INTERPIPE CONTRACTING, INC. V. BECERRA, ATT'Y GEN OF CA, ET AL.

      The motion of Associated General Contractors of America for leave to file out of time a brief as *amicus curiae* is denied. The petition for a writ of certiorari is denied.

18-1074    PERRYMAN, BRIAN V. ROMERO, JOSUE, ET AL.

      The motion of Center for Individual Rights for leave to file

8

a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

18-1084      MINNESOTA V. JOHNSON, MARK J.

The motion of respondent for leave to proceed *in forma pauperis* is granted.  The motion of Mothers Against Drunk Driving for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

18-1317      AM. INT'L. STEEL, ET AL. V. UNITED STATES, ET AL.

The petition for a writ of certiorari before judgment is denied.

18-1371      MORLEY, JEFFERSON V. CIA

The petition for a writ of certiorari is denied.  Justice Kavanaugh took no part in the consideration or decision of this petition.

18-1430      ReDIGI INC., ET AL. V. CAPITOL RECORDS, LLC, ET AL.

The motion of OmniQ for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

18-1468      UNITED MINE WORKERS, ET AL. V. TOFFEL, ANDRE M., ET AL.

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

18-8440      RUNNELS, TRAVIS T. V. DAVIS, DIR., TX DCJ

The motion of respondent for leave to file a brief in opposition under seal with redacted copies for the public record is granted.  The motion of petitioner for leave to file a reply brief under seal with redacted copies for the public record is granted.  The petition for a writ of certiorari is denied.

18-8953    MORRIS, CAROL J. V. FRANCISCO, NOEL, ET AL.

   The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

18-8982    WARREN, DANIEL V. SHAPIRO, ATT'Y GEN. OF PA

   The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

18-9250    DREVALEVA, TATYANA E. V. ALAMEDA HEALTH SYSTEM, ET AL.

   The petition for a writ of certiorari before judgment is denied.

## HABEAS CORPUS DENIED

18-9476    IN RE ANTHONY K. ANDERSON

   The petition for a writ of habeas corpus is denied.

## REHEARINGS DENIED

18-1060    WEISS, MICHAEL A. V. MARSH, STEPHEN D., ET AL.

18-1153    RIZZO, TIMOTHY J. V. APPLIED MATERIALS, INC., ET AL.

18-7409    LEONARD, STEPHEN D. V. FLORIDA, ET AL.

18-7724    JOHNSON, ELLOYD V. DAVIS, DIR., TX DCJ

18-7850    HOWARD, LARRY V. LESATZ, WARDEN

18-7852    HUG, DONALD V. CONLEY, WARDEN

18-7908    HAYNES, TWILA V. WALMART, ET AL.

18-7932    HAMER, DALE A. V. DAVIS, DIR., TX DCJ

18-7934    FARTHING, SEAUN L. V. WATSON, WARDEN

18-7945    WATTS, CARL A. V. MICHIGAN

18-7956    IBEABUCHI, IKEMEFULA C. V. PENZONE, PAUL

18-7987    IBEABUCHI, IKEMEFULA C. V. PENZONE, PAUL, ET AL.

18-7999    GALAN, RAOUL A. V. GEGENHEIMER, LARRY, ET AL.

```
18-8018    KENDRICK, MICHAEL A. V. INCH, SEC., FL DOC, ET AL.

18-8105    HERRIOTT, ALICJA V. HERRIOTT, PAUL

18-8193    GONZALEZ, ADA A. V. STERN, WILLIAM M., ET AL.

18-8200    BOONE, TOMMY E. V. TEXAS

18-8206    CLARK, ROBERT L. V. CARR, ATT'Y GEN. OF GA

18-8335    CHAPMAN, LAMAR C. V. OBAMA, BARACK H.

18-8585    BLOODYWONE, ZHORDRACK V. BELLNIER, SUPT., MARCY, ET AL.

18-8716    DONAHUE, SEAN M. V. PA DEPT. OF LABOR AND INDUSTRY
```

The petitions for rehearing are denied.

```
18-6700    DePIETRO, MICHAEL V. ALLSTATE INSURANCE CO., ET AL.
```

The motion for leave to file a petition for rehearing is denied.

11