IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUL 03 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-2594-RWS |

## [~~PROPOSED~~] STAY OF PROCEEDINGS ORDER

The Court notes that the U.S. Supreme Court has granted certiorari in this case and continues the stay for these proceedings pending the U.S. Supreme Court's decision on the issues presented therein.

The Parties shall notify the Court via a status report or motion to lift the stay within fourteen days after a decision or judgment on the merits is issued by the U.S. Supreme Court.

IT IS SO ORDERED, this __3rd__ day of __July__ 2019.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

1