# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

October 30, 2019

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia     30303

**U.S.D.C. No.:** 1:15-cv-2594-RWS  
**U.S.C.A. No.:** 17-11589-AA  
**In re:**     Code Revision Commission, et al. v Public.Resource.Org, Inc.

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

Certified copies of the Notice of Appeal, Docket Sheet and Order appealed enclosed.

☐ This is not the first notice of appeal.   Other notices were filed on: .

☐ There is no transcript.

☐ The court reporter is .

☐ There is sealed material as described below: .

☒ **Other: The Record on Appeal is available electronically.**

☐ Fee paid electronically on .

☐ Appellant has been   leave to file *in forma pauperis*.

☐ This is a bankruptcy appeal.   The Bankruptcy Judge is .

☐ The Magistrate Judge is .

☐ The District Judge is .

☐ This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten  
District Court Executive  
and Clerk of Court

By:   <u>Kimberly Carter</u>  
          Deputy Clerk

Enclosures