IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA and THE STATE OF GEORGIA,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>PUBLIC.RESOURCE.ORG,INC.,<br><br>　　　　　Defendant. | Civil Action No.<br><br>1:15-CV-2594-RWS |

## ORDER

This case was stayed pending the U.S. Supreme Court's decision on the issues presented herein. The Supreme Court affirmed the decision of the Court of Appeals reversing this Court and directing this Court to vacate the order granting the State of Georgia injunctive relief and to enter judgment in favor of Defendant. Georgia v. Public.Resource.Org,Inc., 140 S.Ct. 1498 (2020). Accordingly, this Court's Order [Dkt. 46] granting the State of Georgia injunctive relief is hereby **VACATED**, and the Clerk shall enter **JUDGMENT** in favor of Defendant. The Clerk shall close the case.

**SO ORDERED** this 28th day of September, 2021.

_____
RICHARD W. STORY
United States District Judge

2