UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION and STATE OF GEORGIA, <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:15-CV-2594-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, Senior United States District Judge, for consideration of the U.S. Supreme Court's decision affirming the Court of Appeals decision and this court having vacated the previous Order on April 7, 2017 granting the State of Georgia's injunctive relief, it is,

ORDERED AND ADJUDGED that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is DISMISSED.

Dated at Atlanta, Georgia, this 28th day of September, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By: s/*Shane Gazaway*
Deputy Clerk

Filed and Entered:
September 28, 2021
in the Clerk's Office
Kevin P. Weimer
Clerk of Court

By: s/Shane Gazaway
Deputy Clerk